MATTHEW F. MILLER (CA Bar No. 172661)
**SCHNADER HARRISON SEGAL & LEWIS LLP**
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Tel.:   415-364-6700
Fax:   415-364-6785
mmiller@schnader.com

BRUCE A. McDONALD, *pro hac vice* application pending
**SCHNADER HARRISON SEGAL & LEWIS LLP**
2001 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20006
Tel.:   202-419-4235
Fax:   202-419-3454
bmcdonald@schnader.com

Attorneys for Plaintiff

**CATHOLIC CHARITIES CYO**

ORIGINAL

MAY 18 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CATHOLIC CHARITIES CYO,** a California non-profit corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>**MARY M. GORDON,** a California resident; **ERIK "WITAKAE" OBERG,** a California resident; **EMILY WOOD ORDWAY,** a California resident; **PAULA PARDINI,** a California resident; and **CARITAS CREEK,** a California corporation,<br><br>                    Defendants. | **MEJ**<br><br>**C 07 2658**<br><br>Case No.:<br><br>**VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL** |

        Plaintiff CATHOLIC CHARITIES CYO ( "CYO") hereby demands judgment against the above named Defendants and in support of this Complaint as follows:

/////

1

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

1    (1)    This is an action for federal unfair competition and false designation of origin

2  under Section 43(a) of the Federal Trademark Act of 1946, as amended (the "Lanham Act), 15

3  U.S.C. § 1125(a); California statutory service mark infringement under Cal. Bus. & Prof. Code §

4  14335; California statutory unfair competition under Cal. Bus. & Prof. Code § 17200; violation

5  of the California anti-dilution statute, Cal. Bus. & Prof. Code § 14330; and common law unfair

6  competition.

### Jurisdiction

8    (2)    The Court has subject matter jurisdiction pursuant to Section 39 of the Lanham

9  Act, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1338, and 1367.  Plaintiff engages in interstate

10  commerce and the Catholic Charities and Catholic Youth Organizations associated with the

11  disputed mark are national in scope.  The amount in controversy exceeds $75,000, exclusive of

12  interest and costs.  Those causes which arise under the common law or statutes of the State of

13  California are pendent or ancillary causes under 28 U.S.C. § 1338(b) and subject to the Court's

14  supplemental jurisdiction.

15    (3)    The Court has personal jurisdiction over the Defendants as they reside, engage in

16  business and are organized in California.

### Intradistrict Assignment

18    (4)    This is an Intellectual Property Action which shall be assigned on a district-wide

19  basis pursuant to Civil L.R. 3-2(c).

### Venue

21    (5)    Venue is proper in this District pursuant to 28 U.S.C. § 1391 as the claims arise in

22  this District and Defendants are subject to personal jurisdiction in this Court.

### Parties

24    (6)    Plaintiff is a non-profit corporation established in 1907 and headquartered at 180

25  Howard Street, Suite 100, San Francisco, CA 94105-1617.

26    (7)    On information and belief, Defendant Mary M. Gordon is a California resident.

27  As explained herein, Ms. Gordon holds herself out as a "Caritas Creek$^{SM}$ Board Member."

28    (8)    On information and belief, Defendant Paula M. Pardini is a California resident

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

2

1  residing at 99 Monte Cresta Avenue, #C, Oakland, CA 94611. As explained herein, Ms. Pardini

2  holds herself out as a "Caritas Creek$^{SM}$ Board Member."

3      (9)    On information and belief, Defendant Erik "Witakae" Oberg is a California

4  resident with a last-known address of P.O. Box 246, Occidental, CA 95465. As explained

5  herein, Mr. Oberg holds himself out as a "Caritas Creek$^{SM}$ Site Director."

6      (10)    On information and belief, Defendant Emily Wood Ordway is a California

7  resident residing at 108 Westfield Circle, Sebastopol, CA 95472. As explained herein, Ms.

8  Ordway holds herself out as a "Caritas Creek$^{SM}$ Site Director."

9      (11)    On information and belief, Defendant Caritas Creek is a California corporation

10  located at 99 Monte Cresta Ave. #C, Oakland, CA 94611, and may be served in care of its

11  registered agent, Justus Dobrin, at the corporation's registered address of 302 Laurel Ave., #1,

12  Mill Valley, CA 94941.

13  **Background**

14      (12)    Plaintiff was founded in 1907 to care for the orphans of the San Francisco

15  earthquake. With approximately $40 million in annual revenues and 800 employees at multiple

16  locations, Plaintiff is one of the largest non-profit providers of social services in the San

17  Francisco Bay Area. Plaintiff provides services to persons of all faiths though an agency of the

18  San Francisco Archdiocese. While Plaintiff is the social services and youth-serving arm of the

19  San Francisco Archdiocese, it is a separate non-profit organization with approximately 85% of

20  donations received by Plaintiff going directly into Plaintiffs' programs.

21      (13)    Plaintiff currently operates more than 30 programs throughout San Francisco,

22  Marin, and San Mateo Counties. These programs are addressed to the needs of children, families

23  in crisis, single parents, the homeless, the elderly and disabled, those living with HIV/AIDS, and

24  refugees and immigrants. Plaintiff's programs bring youth of all socioeconomic backgrounds

25  together to participate in organized athletic programs, summer camp, and environmental

26  education.

27      (14)    Plaintiff is well known to the public for its involvement in the activities described

28  in the preceding paragraph and is part of a larger network of Catholic Charities and Catholic

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

3

Youth Organizations.

(15)    Since 1946, one of Plaintiff's most popular programs has been a faith-based summer camp located in western Sonoma County. The camp is situated on 216 acres of redwood forest and open meadow approximately six miles from the Pacific Ocean and walking distance from the town of Occidental. The camp features miles of wooded hiking trails, a large redwood amphitheater/chapel accommodating up to 300 guests, a private lake, and a 6,000 square foot lodge with surrounding decks. The property has a second localized meeting hall, playing fields, basketball and volleyball courts, a horseshoe pit, two full-size pools, and multiple camping and campfire sites. Twenty-four heated cabins house up to twelve people each and have centralized bathhouses, with additional apartments containing kitchens, living rooms, and separate bedrooms and baths. The premises include a fully equipped and staffed main kitchen accommodating up to 250 people.

(16)    In 1975, a group of Oakland, California school teachers formed a California corporation named "Caritas Creek." Concerned with getting Oakland-area teens and pre-teens off the streets, the founders of Caritas Creek began operating an environmental education program ("EEP") and summer camp at rented camp facilities in Mendocino, California.

(17)    In 1983, the California corporation "Caritas Creek" approached Plaintiff requesting the opportunity to begin operating the "CARITAS CREEK" EEP at CYO's Sonoma County camp. Plaintiff agreed. Caritas Creek's then-director, Paula Pardini, became Plaintiff's part-time employee with the title Director of the CYO's "CARITAS CREEK" EEP.

(18)    Between 1983 and 1985, the California corporation "Caritas Creek" still operated its own summer camp at the rented Mendocino location with Ms. Pardini as its director. In 1985, the California corporation "Caritas Creek" ceased operation of its summer camp in Mendocino. Ms. Pardini became the full-time Director of CYO Caritas Creek EEP and CYO Summer Camp. Ms. Pardini served as the full-time director of both programs from 1985 through 1999, when she was replaced by Paul Raia.

(19)    From 1985 to 2007, Plaintiff made substantial, exclusive and continuous use of the name "CARITAS CREEK" for its EEP.

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2220
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

4

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

(20)     Since 1985, Plaintiff's "CARITAS CREEK" EEP has been operated entirely by CYO employees.  During that time, Plaintiff has expended approximately $9.6 million to operate and run the CYO "CARITAS CREEK" EEP.

(21)     From 1985 to 2007, Plaintiff invested heavily in the development of public recognition and goodwill for its "CARITAS CREEK" EEP, beginning with capital improvements on the property, including by way of example the following expenditures incurred between 1994 – 2007:

| Description | Amount |
| --- | --- |
| Extensive lodge remodel: Seismic work, remodel bathrooms, remodel commercial kitchen, replace all windows and doors, new carpet and tile, replace roof and roof system, extensive deck additions, extensive electrical upgrades, replace all plumbing, remodel all offices. | $500,000 |
| Replace 24 cabins | $1,620,000 |
| Replace 3 bathhouses | $750,000 |
| Extensive infrastructure replacement | $50,000 |
| Roadway improvement | $35,000 |
| Extensive recreation structure improvement | $100,000 |
| Extensive water treat upgrades | $20,000 |
| Replace amphitheater | $25,000 |
| Extensive erosion control | $20,000 |
| Trail improvement | $15,000 |
| Extensive equipment to facilitate improvements and maintenance | $50,000 |
| New septic | $98,000 |
| **Total** | **$3,283,000** |

5

1    (22)    Due to Plaintiff's substantial, exclusive and continuous use of the name

2 "CARITAS CREEK" as a service mark for many years, and the success of the "CARITAS

3 CREEK" EEP, the name "CARITAS CREEK" became well known, and is now well known, by

4 the public in the San Francisco Bay area and beyond, as one of the most renowned EEP's of its

5 kind.

6    (23)    From 1985 to 2007, Plaintiff advertised and promoted its sponsorship of the

7 "CARITAS CREEK" EEP. As a result, Plaintiff's "CARITAS CREEK" EEP became well

8 known, and is now well known, by the public in the San Francisco Bay area and beyond, as an

9 activity of the Catholic Charities CYO.

10    (24)    Plaintiff's sponsorship of its "CARITAS CREEK" EEP is illustrated by an article

11 from the September 28, 2001, edition of the San Francisco Chronicle, reproduced herewith as

12 Complaint Exhibit A, referring to "Camp Caritas Creek" as a "Catholic Youth Organization –

13 affiliated camp;" and by an article from the September 10, 2000, edition of the Press Democrat

14 Santa Rosa, reproduced herewith as Complaint Exhibit B, referring to the "Catholic Youth

15 Organization's camp program at Caritas Creek."

16    (25)    After 1985, the California corporation "Caritas Creek" never made any claim of

17 ownership in Plaintiff's "CARITAS CREEK" EEP, or in the name "CARITAS CREEK;" nor did

18 the California corporation engage in any business whatsoever to the best of Plaintiff's

19 knowledge.

20    (26)    On information and belief, the California corporation "Caritas Creek" went out of

21 business after ceasing operation of its own summer camp in 1985.

22    (27)    On information and belief, the California corporation "Caritas Creek" made no

23 use of the name "Caritas Creek" for any EEP or summer camp services after 1985.

24    (28)    Any use of the name "Caritas Creek" by the California corporation "Caritas

25 Creek" in connection with EEP or summer camp services after 1985 was under the exclusive

26 supervision and control of Plaintiff.

27    (29)    After hiring the California corporation's principals as employees of Plaintiff's

28 organization between 1983 and 1985, Plaintiff had no subsequent communication or relationship

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

6

1    of any kind with, or awareness of, the California corporation "Caritas Creek."

2          (30)     There was never any license or other understanding, written or verbal, between

3    Plaintiff and the California corporation – or its principals – regarding Plaintiff's ownership and

4    use of "CARITAS CREEK" as a service mark for its EEP.

5          (31)     From 1985 to 2007, without interruption or exception, Plaintiff exercised

6    exclusive supervision and control over both the use of the name "CARITAS CREEK" as a

7    service mark and the quality of programs offered using the name.

8                             **Events Leading to this Controversy**

9          (32)     In recent years, disagreements developed between Plaintiff and Defendants about

10    the curriculum, management and administration of Plaintiff's "CARITAS CREEK" EEP and

11    summer camp program. Beginning in August 2006, CYO retained several external youth

12    camping consultants to evaluate and audit both the Plaintiff's "CARITAS CREEK" EEP and the

13    CYO Summer Camp program. The external consultants reviewed all aspects of the two

14    programs, including staffing, program content and overall safety issues involving staff and

15    campers. The consultants were unanimous in their assessment that camp counselors under the

16    age of 18 should not function as "cabin leaders" with the grade school children enrolled in the

17    camp. Plaintiff also acted to curtail the degree of emotional intimacy exhibited by camp

18    counselors toward children enrolled in the camp after one of the counselors made an elaborate

19    confession to the children regarding his sexual orientation. Another disagreement arose over

20    Plaintiff's decision to alter the practice of unescorted "night hikes" on the camp property.

21          (33)     In January 2007, Plaintiff's Executive Director Brian Cahill and Director of

22    Programs and Services Dr. Glenn Motola advised the "CARITAS CREEK" staff that multiple

23    programmatic and staffing changes, including those mentioned in the previous paragraph, were

24    to be instituted based upon the external audit and concerns of senior staff. The "CARITAS

25    CREEK" staff rejected the proposed changes and refused to implement these changes.

26    Accordingly, Brian Cahill asked for and received the resignation of on-site Director Paul Raia.

27    Other staff members indicated that they would not implement the proposed changes. Based upon

28    this impasse, it was determined that the Spring 2007 "CARITAS CREEK" EEP would need to be

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

Complaint
Catholic Charities CYO v. Gordon *et al.*

SFDATA 626041_1

1   canceled. On January 19, 2007, the remainder of the "CARITAS CREEK" EEP staff was laid

2   off, although various staff members were encouraged to return to work at the 2007 CYO

3   Summer Camp.

4          (34)    On January 19, 2007, Plaintiff's Executive Director Brian Cahill notified

5   Plaintiff's "clients," i.e., pastors and principals of schools whose students had attended the CYO

6   "CARITAS CREEK" EEP and CYO Summer Camp, that although the Spring 2007 program had

7   to be canceled due to the lay-offs and programmatic changes, Plaintiff was working diligently to

8   hire staff for the 2007 Summer Camp and endeavoring to have "CARITAS CREEK" EEP in

9   place for a Fall 2007 program. A copy of Mr. Cahill's notification letter is reproduced herewith

10  as Complaint Exhibit C. At no time has Plaintiff intended to discontinue permanently the CYO

11  "CARITAS CREEK" EEP. Indeed, based upon the present pace of re-staffing for the 2007

12  Summer Camp, CCCYO believes it likely that there will be a Fall 2007 "CARITAS CREEK"

13  EEP.

14         (35)    On January 21, 2007, one of the former "CARITAS CREEK" staff used

15  Plaintiff's list server to send out an "open e-mail" to former campers and staff of Plaintiff's

16  "CARITAS CREEK" EEP and CYO Summer Camp, addressed "Dear Beloved Camp Family,"

17  and copied to members of Plaintiff's Board of Directors, outlining Defendants' grievances

18  against Plaintiff. The communication incorrectly states that Plaintiff is discontinuing and

19  shutting down the "CARITAS CREEK" EEP and CYO Summer Camp program, that Plaintiff is

20  against diversity, and that Plaintiff opposes "hugging." The communication, reproduced

21  herewith as Complaint Exhibit D, concludes by attaching the private home addresses of

22  Plaintiff's Board of Directors.

23         (36)    On January 23, 2007, Plaintiff released a statement, reproduced herewith as

24  Complaint Exhibit E, and distributed it to schools and parishes in the San Francisco Bay Area.

25         (37)    On January 27, 2007, Plaintiff issued an announcement, a copy of which is

26  reproduced herewith as Complaint Exhibit F, making it clear that "Camp is On." This

27  announcement was sent to 4,500 present and past campers.

28         (38)    Defendants' misleading public pronouncements have created a firestorm requiring

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

8

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

1  Plaintiff to engage in a campaign of public education regarding the reasons for temporary

2  suspension of Plaintiff's "CARITAS CREEK" EEP. An example of communications undertaken

3  by Plaintiff for this purpose is the letter dated February 9, 2007, from Brian Cahill to camper

4  Jessica Murphy, reproduced herewith as Complaint Exhibit G.

5      (39)  During the period of these events, Defendants sent out a wave of mass

6  communications addressed to school principals and faculty, on newly generated letterhead,

7  bearing the name "Caritas Creek" accompanied by the symbol "SM" to signify a claim of right in

8  the name "Caritas Creek" as a service mark. These communications refer to Defendants Mary

9  M. Gordon, Erik "Witakae" Oberg, Emily Wood Ordway and Paula Pardini as "Board

10  Member[s]" or "Site Director[s]" of "Caritas Creek$^{SM}$." An example is Defendants' letter to the

11  principal and faculty of St. Jerome Catholic School, reproduced herewith as Complaint Exhibit

12  H. This letter states:

Caritas Creek$^{SM}$ was founded in 1975 by a group of San Francisco Bay Area educators. The organization's mission was – and still is – to help young people discover the connection between all living things, to build bridges between diverse socio-economic and ethnic groups, and to foster in youth a deeper connection to the environment, to self, to Spirit, and to community. To accomplish this mission, Caritas Creek$^{SM}$ established an Environmental Education Program and Summer Camp that served school groups / individual families from different regions [in] the San Francisco Bay Area. Both programs were initially housed at Mendocino Woodlands, in Mendocino, CA.

In 1983 Caritas Creek's$^{SM}$ Environmental Education Program moved to the San Francisco Archdiocese' Catholic Youth Organization (CYO) facility in Occidental, California. The original curriculum and philosophy developed by Caritas Creek's founders was used as the basis of the Environmental Education Program at CYO. In 1985, CYO adopted both the Caritas Creek$^{SM}$ philosophy and program design for use in its Summer Camp as well, so that the two programs would present a unified continuum of services. The Environmental Education and Summer Camp programs continued to flourish at this site for over 20 years. During this period, hundreds of Bay Area schools – and tens of thousands of children – benefited from the services, mission, and philosophy of Caritas Creek.$^{SM}$

The Caritas Creek$^{SM}$ philosophy, however, was periodically challenged by CYO over the years. There was a final ideological split on January 19, 2007, when Catholic Charities/CYO (CC/CYO) decided to suspend the current program immediately and without prior notice to Caritas Creek$^{SM}$ participating schools, students, and staff persons. It is our understanding that CC/CYO intends to provide programs on their Occidental property in the future, separate from the mission and philosophy of Caritas Creek.$^{SM}$ We are grateful for the

9

1    many years of partnership and support we have received from CC/CYO. There is an on-
going need for quality programs to serve our youth.

2

3    In the meantime, the original vision of Caritas Creek[SM] is rising again in the hands of
some of the most recent Caritas Creek[SM]/Summer Camp staff, with the support of founding
members of the original Caritas Creek[SM] Program. We will be providing Fall and Spring

4    semester programs at our new site and will send you all upcoming program information in

5    the near future.

6

7    (40)    On March 9, 2007, Defendants filed two service mark applications, U.S.

8    Application Serial Nos. 77/127,627 and 77/127,619, at the United States Patent and Trademark

9    Office (PTO), seeking registration of "CARITAS" and "CARITAS CREEK," respectively, as

10    service marks for day camp, recreational camps, and summer camps, claiming a first-use date of

11    1975. Copies of these applications are reproduced herewith as Complaint Exhibits I and J,

12    respectively.

13    (41)    The following day, March 10, 2007, Defendants filed a service mark application

14    at the PTO, U.S. Service Mark Application Serial No. 77/127,640, reproduced herewith as

15    Complaint Exhibit K, seeking registration of "CARITAS CREEK" and the following logo, also

16    as a service mark for day camp, recreational camps, and summer camps with a claimed first-use

17    date of 1975:



18

19

20

21

22

23

24

25    (42)    Contemporaneously, Defendants established a website at

26    www.preservethevision.com, a partial print-out of which is reproduced herewith as Complaint

27    Exhibit L, at which they concede Plaintiff's ownership of the "CARITAS CREEK" service

28    mark. On information and belief, Defendants also registered the Internet domain name

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

10

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

1  CARITASCREEK.ORG and are in the process of designing a website at which they intend to

2  advertise and promote the name "CARITAS CREEK" as a service mark for environmental

3  education and summer camp programs.  Defendants' website at www.caritascreek.org currently

4  appears as follows:



(43)    In response to Defendants' advertising and promotion of the name "CARITAS

CREEK," Plaintiff has issued numerous communications to church pastors and school principals

such as the letters reproduced herewith collectively as Complaint Exhibit M.

(44)    On April 20, 2007, Plaintiff's Director of Programs and Services, Dr. Glenn

Motola, sent a report to the Caritas Advisory Group regarding the curriculum for Plaintiff's

"CARITAS CREEK" EEP.  A copy of the report is reproduced herewith as Complaint Exhibit N.

(45)    Plaintiff subsequently received a threatening letter dated April 27, 2007, from

Mark Swendsen, Esq., on behalf of Defendants, directing Plaintiff to cease and desist from

further use of the name "CARITAS CREEK."  Mr. Swendsen's letter, reproduced herewith as

11

1   Complaint Exhibit O, concludes:

2           We demand that you immediately identify, by name and address, the persons to
3       whom you have mailed your "CYO Camp Summer Camp 2007" brochure, and all other
        mailings which claim to represent Caritas Creek$^{SM}$, and furnish us proof by 5/11/2007
4       that you have mailed to them a correction, stating that you are no longer affiliated with
        Caritas Creek$^{SM}$, and that Caritas Creek$^{SM}$ has its own programs not affiliated with
5       Catholic Charities CYO.

6           If you wish to license your use of Caritas Creek$^{SM}$, you may contact us to discuss
7       terms of licensing.  Otherwise, we expect to receive your proof of correction by
        5/11/2007.
8

9   Attorney Swendsen's letter contradicts Defendants' admission on their "Preserve the Vision"

10  website that Defendants' new camp "probably will not be called Caritas Creek or CYO Summer

11  Camp any more because CYO legally owns both names."  See Complaint Exhibit L at FAQ No.

12  5.

13          (46)    On May 3, 2007, the State of California granted a service mark registration to

14  Plaintiff for "CARITAS CREEK" in connection with environmental education programs,

15  reproduced herewith as Complaint Exhibit P

16                          **COUNT I**

17                  **Federal Unfair Competition, False**

18          **Representation and False Designation of Origin**

19

20          (47)    Plaintiff incorporates by references Paragraphs 1 through 46 above.

21          (48)    Plaintiff has made substantial, continuous and exclusive right of the name

22  "CARITAS CREEK" since 1985 and therefore owns the exclusive right to use that name as a

23  service mark for environmental education and summer camp programs.
24

25          (49)    Defendants have no valid claim of ownership in the "CARITAS CREEK" name.

26  To the extent that Defendants' claim of ownership in the "CARITAS CREEK" name derives

27  from the previous use of that name by a California corporation named "Caritas Creek" during the

28  years 1975-1985, Defendants' claim is void because the California corporation "Caritas Creek"

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

                                12

never made any use of the name "CARITAS CREEK" or otherwise engaged in any substantial operations after 1985. Between 1983 and 1985, the principals of the California corporation "Caritas Creek" became employees of Plaintiff and functioned at all times thereafter under the exclusive direction and control of Plaintiff. From 1985 – 2007, all supervision over and management of the services rendered under the name "CARITAS CREEK" was exercised exclusively by Plaintiff. Plaintiff during this time invested millions of dollars in the development of public recognition and good will associated with "CARITAS CREEK" name. Any claim of ownership in the name "CARITAS CREEK" on the part of the California corporation to the exclusion of Plaintiff was therefore abandoned.

(50)    Defendants have used, and are now using, in commerce, Plaintiff's "CARITAS CREEK" name and service mark in a manner that represents a false designation of origin in respect to the EEP and summer camp programs promoted, instituted and supported by Plaintiff from 1985 – 2007. Plaintiff is the sole and exclusive entity responsible for development of those programs as they have come to be known by the public, and Plaintiff is the exclusive rightful owner of the name "CARITAS CREEK" as a service mark used to identify those programs.

(51)    Members of the public who encounter Defendants' communications, announcements, advertising and promotion, are likely to believe, erroneously, that Defendants own the "CARITAS CREEK" service mark and goodwill inhering in the mark; that the services rendered by Plaintiff for 22 years were the services of Defendant. Members of the public who hear about or observe the service mark "CARITAS CREEK" used by Defendants are also likely to believe that the services rendered by Defendants under that mark are sponsored, endorsed or approved by Plaintiff, or that the parties are otherwise related.

(52)    The fact that that a California corporation named "Caritas Creek" may have first

13

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

1  used the name "CARITAS CREEK" for environmental education and summer camp programs

2  during the period 1975 through 1985 does not mean that the services rendered exclusively by

3  Plaintiff for the following 22 years under that name now may be claimed to "originate" with

4  Defendants within the meaning of the trademark law.  While Defendants have a right to disclose

5  their past affiliation with Plaintiff and its "CARITAS CREEK" programs, Defendants cannot

6
7  lawfully adopt the "CARITAS CREEK" name as means of advertising that they are the "source

8  and origin" of services rendered under that name.

9      (53)    After 22 years of substantial, continuous and exclusive use by Plaintiff, the name

10  "CARITAS CREEK" is understood by the public as a designation of origin that identifies

11
    Plaintiff, not Defendants, as the source and origin of services rendered under that name.
12
13      (54)    The name "CARITAS CREEK" as developed exclusively by Plaintiff for the past

14  22 years represents a standard of quality and trust that is specifically associated with Plaintiff in

15  the mind of the public.  Defendants' refusal to cooperate in the evolution and refinement of

16  specific standards, mandated by Plaintiff in the interest of the children who attend Plaintiff's
17
    "CARITAS CREEK" EEP and summer camp program, is what led to this dispute.  Therefore,
18
19  Defendants' continued use of the name "CARITAS CREEK" as a service mark for an EEP and

20  summer camp program does not merely constitute irreparable harm to Plaintiff, it also represents

21  a threat to the public, because the public is likely to believe, erroneously, that Plaintiff sponsors,
22
    endorses and approves the EEP and summer camp program which Defendants intend to offer
23
24  under the name "CARITAS CREEK" and utilizing the programmatic philosophy and staffing

25  standards to which Plaintiff strenuously objects.

26      (55)    Defendants' use of Plaintiff's service mark "CARITAS CREEK" is likely to

27  cause confusion, mistake and deception as to the affiliation, connection, or association of

28

14

---

Complaint
Catholic Charities CYO v. Gordon *et al.*

1    Defendants with Plaintiff, and as to the origin, sponsorship and approval of the services rendered

2    under that mark.

3        (56)    By their acts aforesaid, Defendants have engaged, and are engaged, in federal

4    unfair competition, false representation, and false designation of origin, causing irreparable

5    injury to Plaintiff and damage to the public, in violation of Section 43(a) of the Lanham Act, 15

6    
7    U.S.C. § 1125(a).

8        (57)    WHEREFORE, Plaintiff demands judgment against Defendants as set forth in the

9    Prayer for Relief below.

10                          **COUNT II**

11
12              **California Statutory Service Mark Infringement**

13       (58)    Plaintiff incorporates by references Paragraphs 1 through 57 above.

14       (59)    The Court has original jurisdiction over this pendent claim pursuant to 28 U.S.C.

15    § 1338(b) and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

16       (60)    Plaintiff owns all right, title and interest in California Service Mark Registration

17
18    No. 63443, issued May 3, 2007, reproduced herewith as Exhibit P, covering the name

19    "CARITAS CREEK" in connection with its "CARITAS CREEK" environmental education and

20    overnight camp programs.

21       (61)    Defendants, by their acts aforesaid, have infringed, and are infringing, Plaintiff's

22    
23    California service mark registration, causing irreparable injury to Plaintiff and damage to the

24    public, in violation of Cal. Bus. & Prof. Code § 14335.

25       WHEREFORE, Plaintiff demands judgment against Defendants as set forth in the Prayer

26    for Relief below.

27                          **COUNT III**

28

15

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

### California Statutory Unfair Competition

(62)    Plaintiff incorporates by references Paragraphs 1 through 61 above.

(63)    The Court has original jurisdiction over this pendent claim pursuant to 28 U.S.C. § 1338(b) and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

(64)    By their acts aforesaid, Defendants are engaged in California statutory unfair competition, causing irreparable injury to Plaintiff and an damage to the public, in violation of Cal. Bus. & Prof. Code § 17200.

WHEREFORE, Plaintiff demands judgment against Defendants as set forth in the Prayer for Relief below.

### COUNT IV

### California Dilution

(65)    Plaintiff incorporates by references Paragraphs 1 through 64 above.

(66)    The Court has original jurisdiction over this pendent claim pursuant to 28 U.S.C. § 1338(b) and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

(67)    By their acts aforesaid, Defendants have violated, and are violating, the California anti-dilution statute, Cal. Bus. & Prof. Code § 14330, causing irreparable injury to Plaintiff and damage to the public.

WHEREFORE, Plaintiff demands judgment against Defendants as set forth in the Prayer for Relief below.

### COUNT V

### California False Advertising

(68)    Plaintiff incorporates by references Paragraphs 1 through 67 above.

16

1    (69)    The Court has original jurisdiction over this pendent claim pursuant to 28 U.S.C.

2  § 1338(b) and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

3    (70)    By their acts aforesaid, Defendants have violated, and are violating, the California

4  false advertising statute, Cal. Bus. & Prof. Code § 17500, causing irreparable injury to Plaintiff

5  and damage to the public.

6    WHEREFORE, Plaintiff demands judgment against Defendants as set forth in the Prayer

7  for Relief below.

8                        **COUNT VI**

9                  **Common Law Unfair Competition**

10    (71)    Plaintiff incorporates by references Paragraphs 1 through 70 above.

11    (72)    The Court has original jurisdiction over this pendent claim pursuant to 28 U.S.C.

12  § 1338(b) and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

13    (73)    By their acts aforesaid, Defendants are engaged in unfair competition under the

14  common law of the State of California, causing irreparable injury to Plaintiff and damage to the

15  public.

16    WHEREFORE, Plaintiff demands judgment against Defendants as set forth in the Prayer

17  for Relief below.

18                      **PRAYER FOR RELIEF**

19    Plaintiff prays for judgment against Defendants as follows:

20

21    1.    For an order preliminarily and permanently enjoining Defendants and their

22  agents, employees, attorneys and distributors, and all persons acting by, under, or in concert with

23  them or with any of them, including but not limited to the named Defendants, from:

24        (a)    registering or using Plaintiff's "CARITAS CREEK" service mark, or any

25    mark confusingly similar thereto, as all or part of any trademark, service mark, trade

26    name or Internet domain name in the future.

27        (b)    infringing Plaintiff's "CARITAS CREEK" name and service mark,

28    including all written and spoken terms equivalent or confusingly similar thereto,

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

17

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

1    including but not necessarily limited to "CARITAS CREEK;"

2    (c)    using Plaintiff's "CARITAS CREEK" name and service mark, or any

3    name or mark reminiscent of or confusingly similar thereto, including but not necessarily

4    limited to "CARITAS CREEK," for any product or service, or in any letterhead, sign,

5    advertising or promotion, e-mail or other sales solicitation or business listing, either in

6    print, broadcast, electronic or other form, either separately or compositely with other

7    words, as a trademark, service mark or trade name;

8    (d)    using Plaintiff's "CARITAS CREEK" name and service mark, or any

9    name or mark confusingly similar thereto, including but not necessarily limited to

10    "CARITAS CREEK," as a corporate and/or trade name or portion thereof;

11    (e)    making representations, directly or indirectly, to anyone, anywhere, by

12    any means, that Defendants are related, associated or affiliated in any way with Plaintiff

13    or its subsidiaries, their business operations or programs;

14    (f)    in any manner imitating Plaintiff's "CARITAS CREEK" name and service

15    mark, or any name or mark similar thereto, for the purpose of acquiring the trade and

16    goodwill of Plaintiff and/or its subsidiaries by association, imitation, fraud, mistake or

17    deception; and

18    (g)    unfairly competing with Plaintiff in any manner.

19    2.    For an order holding that Defendants' acts aforesaid constitute federal unfair

20    competition, false representation and false designation of origin; California statutory service

21    mark infringement; violation of the California statutory unfair competition statute; violation of

22    the California false advertising statute; and common law unfair competition.

23    3.    For an order directing Defendants to file with this Court and serve upon Plaintiff

24    within thirty (30) days after service of injunction, a report in writing under oath, setting forth in

25    detail the manner and form in which Defendants have complied with, and will continue to

26    comply with, the injunction and further orders of this Court.

27    4.    For damages in such amount as may appear appropriate following a trial on the

28

---

18

Complaint
Catholic Charities CYO v. Gordon *et al.*

1  merits, plus profits and costs of suit, pursuant to Section 35(a) of the Lanham Act, 15 U.S.C.

2  § 1117(a).

3       5.    For costs and attorney fees pursuant to 15 U.S.C. §1117(a).

4       6.    For such other and further relief as the Court may deem just and proper.

5

6  Dated:    5/18/07          SCHNADER HARRISON SEGAL & LEWIS LLP

7                       By:    _Matthew F Miller_____.

8                              MATTHEW F. MILLER
                               Attorneys for Plaintiff
9                              CATHOLIC CHARITIES CYO

10

11                    DEMAND FOR JURY TRIAL

12

13       Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of

14  Civil Procedure.

15                       By:    _Matthew F Miller_____

16                              MATTHEW F. MILLER
                               Attorneys for Plaintiff
17                             CATHOLIC CHARITIES CYO

18

19                         VERIFICATION

20       The undersigned, being hereby warned that willful false statements and the like so made

21  are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, states that he is

22  Plaintiff's Executive Director, that he has first-hand knowledge of the facts and circumstances

23  recounted in this Verified Complaint; that all of the statements in this Complaint regarding the

24  Plaintiff are known by him to be true and correct; that all of the statements in this Verified

25  /////

26  /////

27  /////

28  /////

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

19

Complaint
Catholic Charities CYO v. Gordon *et al.*

SFDATA 626041_1

1    Complaint regarding the Defendants are true and correct to the best of his knowledge,

2    information and belief; and that all of the exhibits appended to this Complaint are authentic

3    reproductions of what they purport to be.

4                                CATHOLIC CHARITIES CYO

5

6

7    By:

8                                Brian Cahill
                                 Executive Director
9                                180 Howard Street, Suite 100
                                 San Francisco, CA 94105-1617

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

20

**Complaint**
**Catholic Charities CYO v. Gordon** *et al.*

# Exhibits

| Exhibit | Description |
|---|---|
| A | September 28, 2001, edition of the San Francisco Chronicle |
| B | September 10, 2000, edition of the Press Democrat Santa Rosa |
| C | Notification letter dated January 2007, from Brian Cahill to pastors and principals |
| D | "Open e-mail" dated January 21, 2007, to former campers and staff of Plaintiff's "CARITAS CREEK" EEP and CYO Summer Camp, addressed "Dear Beloved Camp Family" |
| E | Plaintiff's statement dated January 23, 2007 |
| F | Plaintiff's statement dated January 27, 2007, "Camp is On." |
| G | Letter dated February 9, 2007, from Brian Cahill to camper Jessica Murphy |
| H | Defendants' letter to the principal and faculty of St. Jerome Catholic School, |
| I | Defendants' U.S. Service Mark Application Serial No. 77/127,627 |
| J | Defendants' U.S. Service Mark Application Serial No. 77/127,619, |
| K | Defendants' U.S. Service Mark Application Serial No. 77/127,640 |
| L | Partial print-out of website at www.preservethevision.com |
| M | Collective communications by Plaintiff to church pastors and school principals |
| N | Report dated April 20, 2007, from Dr. Glenn Motola to the Caritas Advisory Group regarding the curriculum for Plaintiff's "CARITAS CREEK" EEP |
| O | Letter dated April 27, 2007, from Mark Swendsen, Esq. |
| P | California Service Mark Registration No. 63443, issued May 3, 2007 |

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

Complaint
Catholic Charities CYO v. Gordon *et al.*

SFDATA 626041_1

# EXHIBIT A

PROFILE;Jamal Modica;Pet project;One young man strives to change the way pit pulls are raised in Bayview The San Francisco Chronicle SEPTEMBER 28, 2001, FRIDAY,

Copyright 2001 The Chronicle Publishing Co.
The San Francisco Chronicle

SEPTEMBER 28, 2001, FRIDAY, FINAL EDITION

**SECTION:** SAN FRANCISCO FRIDAY; Pg. 1

**LENGTH:** 2564 words

**HEADLINE:** PROFILE;

Jamal Modica;

Pet project;

One young man strives to change the way pit pulls are raised in Bayview

**SOURCE:** Chronicle Staff Writer

**BYLINE:** La Tricia Ransom

**BODY:**
A dog is a man's best friend. Especially if the man lives in the projects.

"We can't have nothing else in the projects," says Jamal Modica. "They talk about animal-assisted therapy, why not pets in the projects? If anybody needs animal-assisted therapy it's in a community like this."

Modica is a passionate 27-year-old who commutes between his home in the housing projects in Bayview and his mother's home in Pittsburg. He sports the gear that is popular with young men of his generation: His clothes - a clothing line created by a rapper - look several sizes too big; his hair is in cornrows; he has a tattoo or two.

And he loves dogs. But not just any dog. Modica, an animal care assistant at the San Francisco Society for the Prevention of Cruelty to Animals, advocates for pit bulls in the Bayview-Hunters Point area through his nonprofit Tough House American Pit Bull Club and Outreach Project.

Pit bulls don't have the best of reputations these days, particularly in the wake of the June 18 mauling of 11-year-old Shawn Jones by three pit bulls. Modica and other fans of the much-maligned breed insist the dogs are unfairly singled out.

"What I'm trying to do is educate the young brothers about backyard breeding. I want to create some positive activities and competitions they can involve their dogs in. They don't know the half of what their dogs are capable of.

Although he says there hasn't been any recent dog fighting, Modica says: "People (who fight dogs) aren't killers here; they're just uneducated, not informed. People love these dogs, even the fighters. Everybody has feelings here, but nobody has bothered to find out what those feelings are."

So Modica, who is also making a documentary film, grabs his camcorder, leashes up Johnny Blade, a.k.a. JB, his 2-year-old pit bull, and walks around the neighborhood.

"I'm probably the only one who can walk around with a camera and videotape goings-on around here," Modica says. "Other media reports hyped me as a gang member, but I'm not. Never been. That's why no one bothers me. They know who I am. Just being in the projects doesn't mean you're in a gang. That's just your residence."

Modica counsels young pit bull owners and does puppy coaching - teaching them how to care for and responsibly handle and train their dogs, urging them to vaccinate and spay or neuter their dogs.

PROFILE;Jamal Modica;Pet project;One young man strives to change the way pit pulls are raised in Bayview The San Francisco Chronicle SEPTEMBER 28, 2001, FRIDAY,

"I direct them away from using backyard remedies like motor oil or transmission fluid on something like mange. And now more puppies are being vaccinated; they are spaying or neutering their dogs. They come up to me and show me the vaccination papers like they got their high school diploma or something."

As he spoke about his plans and dreams for Tough House, Kenyatta Green, 6, comes over with a pit bull puppy dragging him along. The 4-month-old puppy, Mimi, instantly jumps all over JB, and they begin to play, rolling around on the sidewalk and in the dirt.

It's kids like Kenyatta, whom Modica works with to train Mimi (who sits on command without hesitation), that he's reaching out to.

Modica's Tough House mission is drawing attention. Kate Pullen, director of animal sheltering issues at the Humane Society of the United States in Washington, is interested, though she and Modica have not had a chance to talk in-depth about what he wants to do with Tough House.

"We're always looking at the national level for innovative methods to affect change of perception," Pullen says. "The premise of his program is one that it is encouraging to see, a different view of the solution."

Corinne Dowling at Give a Dog a Bone in San Francisco, which works with dogs that have been taken from their owners while court proceedings progress, says: "He's the guy to do it because he lives there. I applaud his efforts and Tough House. I thought it was an excellent proposal when he first showed it to me.

"It's great work, if we can reach these people who are fighting their dogs; it's a wonderful idea. It could be a pilot program for other cities that have the same problems of people fighting their dogs or posturing and so on."

--- --- ---

Modica didn't come by his love for pit bulls automatically.

"I've never been bit, but I was terrified of dogs when I was a kid. I was on a roof for three hours once. I was at John McLaren school and saw this dog, and climbed on the roof to get away from it. The dog wouldn't go away, so I stayed up there."

Modica's mother, Lottie Brundidge of Pittsburg, laughs as she recalls the incident. "My nephew, who was a policeman at the time, I told him Jamal (who was around 6 then) was missing - this was around the time another little boy had gone missing - and he went looking for him and found him on that roof.

"He was afraid of dogs until his grandfather had a dog named Duke. My dad told him that dogs are just like people - all you gotta do is talk to 'em and watch what happens. Finally, JJ started talking, and Duke started coming closer and closer, and boom. After that, I had about five dogs on my doorstep because dogs would follow him home after that. As he got older, he became a dog magnet."

Modica says he used to fight dogs. "But I wasn't heavy into it," he says. "I wouldn't have done it by myself, but there wasn't anything else to do, and everyone else was doing it."

"JJ saw the fighting and the aggressive dogs, and he began to feel bad about it," Brundidge says. "He said, Mama, I feel like I can make a difference. I don't like what they're doing with those dogs. After working at the SPCA, I can see how they can approach the dogs and make them good dogs. They aren't educated on how they can make the dogs be good dogs. I know I can do it.'

"I said good luck and to go for it. He's a very strong person; he sees a challenge, he has to go for it."

--- --- ---

Modica has worked at the SFSPCA for five years.

"I saw things at the SPCA I never saw in the projects. I had just a one-track mind - you know, the hustling and stuff like that. When I saw the SPCA programs . . . I had no idea."

Judy Nemzoff, the SFSPCA spokeswoman, says: "We support Jamal's efforts and looked for ways to support him in the past year. We had hoped to partner with him in some financial capacity, but haven't been able to realize that.

PROFILE;Jamal Modica;Pet project;One young man strives to change the way pit pulls are raised in Bayview The San Francisco Chronicle SEPTEMBER 28, 2001, FRIDAY,

"We really encourage him, it's a very vital program. His work is needed. Very, very needed."

"A number of departments would like to work with a program like Tough House, but we are not embarking on any new programs at this time. We've had cutbacks in the past six months, and we're not in a financial situation right now where we can fund an outside program."

Modica says he looked around at the situation in his neighborhood, knowing there are resources for people to learn about their dogs.

"(I got into this because) true change has to start in the community, (by) someone that understands the situation here. Plus, my love for pit bulls in general.

"Tough House could be an intermediary. Others can come to us to get ideas across and get involved with a community that is left out."

Nemzoff says, "We can only penetrate so far into the community, and what Jamal is doing is great."

--- --- ---

Modica and a friend who was working at the SPCA with him, Danielle, decided about 3 years ago to start Tough House American Pit Bull Rescue. "As we began to do it - we placed one dog - we realized we don't have enough space or time to do rescue work.

"But it's like with STDs: Prevention is best. We took that approach. If we could educate people on how to handle dogs, we wouldn't need to be a rescue because they'd be home, not in a situation to be rescued. "

In addition to Tough House and his neighborhood counseling, Modica is making a documentary, "Through the Eyes of America's Most Wanted."

"That could be about black people, with that title, but it's about pit bulls," he says. "I'm like a one-man army. It's hard to reach everybody, all day long. That's why I'm doing this documentary. I want to be able to go into schools and show this film and hand out cards. Those kids might not have dogs, but their neighbors might, and they can pass on my cards to them."

Modica says people's faces in the film will be obscured: "Some of the footage of the dog fights were shot a few years ago. I don't want the police, or anyone else, to use this movie to point fingers or make accusations, incriminate people. This movie is about pit bulls."

Filmmaker and pit bull fan Kevin Epps ("Straight Outta Hunters Point") lives near Modica and has helped him with his documentary.

"I've provided a little bit of direction. It's easy to help someone when they have passion, and he has passion. I used to have a dog, but with so much going on in my life right now - film festivals and stuff - I had to give it to my cousin in Oakland."

Modica said: "We have to stop being afraid of what we don't know and don't understand. You can't ban a breed without first trying to reach the owners.

"Cops kicked me out of McLaren Park. Pits are bad for McLaren Park,' they said. They might as well ban Negroes, then, because it's blacks - and Latinos - who have pit bulls they want to bring to the park."

It's obvious that Modica is familiar to - and liked - by many of the people in his neighborhood. People honk horns while driving by, or call out as he walks JB. Others bring their puppies over to him, like Michael Johnson and his pup, Crook, so named because she has a short, crooked tail, to show her off.

"It's illegal to have dogs here. I could get evicted," Modica says, pointing out the management office. "But it's my job to save these dogs. It's a small price to pay if it will help these dogs."

Among the neighbors who want to help Modica with Tough House are brother and sister Kenya and Kenisha Hawkins, who've drawn pictures of pit bulls and want to be Tough House's resident artists.

"I promised them I'd mention them," Modica says holding up their art. "They're in the sixth and fourth grade."

--- --- ---

PROFILE;Jamal Modica;Pet project;One young man strives to change the way pit pulls are raised in Bayview The San Francisco Chronicle SEPTEMBER 28, 2001, FRIDAY,

Modica is in postproduction on his documentary and says he is producing a soundtrack that will feature some unsigned Bay Area rappers. "Tough House is different from the SPCA in that our audience is different. This is something for us to belong to, to be proud of, like a hip hop club."

He also wants to create a two-week summer camp. "When I was in the fifth grade, going to St. Pascal's in Oakland, I went to Camp Caritas Creek. I had never been outside the city. That changed my life," he says of the Catholic Youth Organization-affiliated camp.

The graduate of Jefferson High School in Daly City says he has a a five-year plan that includes the camp for 9- to 15-year-olds. "Each cabin would have two puppies to take care of," he says. "They'd learn what it is to care for an animal, what it's like to have a kid, essentially. There would be play money to buy food and other supplies. It would be rigorous and fun. Every kid will look at life different after this camp."

"We got to get kids away from this."

So far, Tough House, which has achieved 501(c)(3) status as a nonprofit, hasn't done a lot of outreach with other groups. "We're just now expanding publicly," Modica says, "just getting the word out." But he has gotten support from Katie Dineen at Bad Rap, an the East Bay pit bull rescue group. "She helped get some dogs adopted that I'd found."

Tough House has a five-member board of directors, and Modica is trying to add two more. "I want to get a police officer on the board," he says. "They're an important part of the community. Usually, when they come in here, they come with force; that's becoming the norm. I've had cops draw-down (pull their guns) on me (while walking down the street) because they expect JB to get hostile.

"But if I can get a cop on the board, that'll allow police to participate in the community."

One thing's for certain: Modica has his work cut out for him. "It's hard in the projects. People aren't all cooperative. I have rapport with some people, but it won't be easy. But I do this for the dogs.

"Tough House will stop a lot of bad stuff happening with pit bulls, but other stuff in general, too. When people have something to do in the community, that makes a difference."

JB, a rock-solid muscular dog, rolls on his back as he and much-smaller Mimi wrestle. "If we're gonna have these dogs (in the projects), let's have something to belong to. Why not organize something constructive and positive? I've seen Rotts and shepherds in schutzhund,(see related box); people didn't think a pit bull could do that, but they do. We should have competitions (in the projects), with prize money.

"They said we couldn't walk on the moon, but we did. Why can't we succeed at this?"

-----------------------------------------------I say pit bull, you say Staffordshire terrierHere are a few tidbits about the breed people love or hate:

-- There are several types of dogs that are commonly called pit bulls. Primarily, these are the American Pit Bull Terrier, the American Staffordshire Terrier and the Staffordshire Bull Terrier. All come from the same line, a United Kingdom-bred dog that came along in the late 1800s. The lines diverged when the dogs began to be imported into the United States and used for purposes different from their United Kingdom cousins, mainly as watchdogs in America (in the United Kingdom they were bred to bait bulls, and later to be catch dogs for butchers or ranchers). Pit bulls tend to be rangier; AmStaffs tend to be shorter, heavier/stockier with straighter legs. There are probably as many people who believe the two are different breeds as there are those who believe they are the same.

-- Gameness: This refers to the willingness of a dog to continue a given task regardless of the circumstances. It does not refer to aggression. Because they are a very "game" breed, more pit bulls are being used in search-and-rescue missions.

-- Schutzhund: A German sport that developed at the turn of the 20th century as a breeding-suitability test for working dogs (mainly German shepherds). Schutzhund trials test the dog in tracking, obedience and bite work. It takes months, if not years, of hard work to earn a schutzhund title. Two U.S. clubs hold sanctioned schutzhund trials: The United Schutzhund Clubs of America allows some breeds other than German shepherds to compete (but not at the top championship level), including AmStaffs, but not pit bulls. DVG

PROFILE;Jamal Modica;Pet project;One young man strives to change the way pit pulls are raised in Bayview The San Francisco Chronicle SEPTEMBER 28, 2001, FRIDAY,

America allows all breeds to compete. (DVG stands for Deutscher Verband der Gebrauchshundsportver-eine.)

    -- To adopt a pit bull at San Francisco SPCA: General adoption cost: $58. Must show proof of liability insurance (homeowner or renter's insurance). Must attend a training class ($75). SFSPCA trainers must do a home check to make sure person lives where they say they live and that the environment is appropriate for the dog. (415) 554-3000.

    -- Web sites: www.sfspca.org/Advocacy_items/pitbull.html; www.badrap.org;www.nyx.net/mbur/.La Tricia Ransom

    ---------------------------------------------------Where to callTo volunteer or make a donation, contact Jamal Modica at Tough House American Pit Bull Club and Outreach Project, 81 Dimaggio Ave., Pittsburg, CA 94556; phone (925) 439-3000; or e-mail toughhouse@hotmail.com.

    E-mail La Tricia Ransom at lransom@sfchronicle.com.

**GRAPHIC:** PHOTO (3), (1-2) Jamal Modica uses his pit bull, JB, to educate Bayview residents about the breed. Below, Joseph Perkins (left) watches Kenyatta Green, Mimi and JB play., (3) GENTLE TOUCH: Jamal Modica (second from left) roams the Bayview area ecouraging pit bull owners to treat the animals with kindness. Michael Johnson (left) and Kenyatta Green, 6 (right), show their puppies Crook and Mimi to Modica. / Photos by Katy Raddatz/The Chronicle

**LOAD-DATE:** September 28, 2001

# EXHIBIT B

1/9/3 (Item 1 from file: 781)
07621712 SRPD02540195 **(THIS IS THE FULLTEXT)**

**LESSONS IN HELPING NEIGHBORS EVENT MATCHES KIDS, NONPROFITS**

ROBERT DIGITALE Staff Writer
Press Democrat Santa Rosa, CA , CITY ED , P B4
Sunday , September 10, 2000
**Document Type:** Newspaper, Small **Journal Code:** SRPD **Language:** ENGLISH
**Record Type:** FULLTEXT **Section Heading:** LOCAL; LOCAL/REGIONAL
**Word Count:** 774

**Text:**
For one day the Ursuline High School gymnasium has been transformed into a piece of social service heaven.

Behind rows of tables sit representatives from more than 30 nonprofit organizations. In the course of six hours, nearly 800 high school students pass through the gym doors looking for a place to give 20 or more hours of volunteer labor this academic year.

This is the annual Service Day Fair at Ursuline High School, a chance for Ursuline and Cardinal Newman students to learn about community agencies and to sign up to volunteer their time.

"One of the great benefits for nonprofits today is that so many schools are requiring kids to do community service," said Lindajoy Vantrease, the volunteer coordinator for the Redwood Empire Food Bank.

"It does good things for us," Vantrease said. "It does good things for them."

Rancho Cotate High School requires students to complete 40 hours of volunteer service before graduation; Comstock Junior High's leadership class students are expected to perform 25 hours of service. Other schools also have some volunteer element to their scholastic programs.

Representatives for the two Catholic high schools say the day's aim is to connect schools to the larger community.

While the educators strive to help students succeed academically, "what we really want is to see them transfer and apply what they've learned in the classroom," said Judi Greaney, Ursuline's campus ministry coordinator.

The service fair makes it easy for students to learn about community agencies -- especially when so many teens find it intimidating to pick up a phone and call for information, Greaney said.

Agency representatives said the fair also gives them the chance to reach students who normally wouldn't think of volunteering for their organization.

The groups represented at Wednesday's fair included the American Red Cross, Hanna Boys Center, the F.I.S.H. food pantry, Kid's Street Learning Center, Amnesty International and Face to Face.

Agency officials said their time was well spent talking with the students.

"This is probably the best service fair that I've been to," said Timothy Hedges, the teen leadership coordinator for the Catholic

Youth Organizations's camp program at Caritas Creek near Occidental.

About 30 students had signed their names expressing an interest in serving as a cabin leader to elementary students who will spend a week at camp during the fall and spring.

Among those interested in volunteering time at the camp was Cardinal Newman senior Nick Mule.

"If you go with a bunch of friends, you have a good time and help a lot of kids out," he said.

Last year Mule did his service work at the St. Vincent de Paul Dining Room, another agency at Wednesday's service fair. One of the things he learned after serving food to homeless people and the working poor was how good his own life is.

"Seeing that eye to eye and seeing the stuff people have to go through, you feel pretty lucky," he said.

Other teens said they have found worthwhile ways to serve in past years.

Sophomore Angie Schwartz took part in Free to Be, a group that challenges teens to consider sexual abstinence before marriage. Kristi Cole volunteered with the Sonoma County Repertory Theater. And Junior Noel Benton gave her time to a children's summer day camp located at Santa Rosa's Doyle Park.

The best part, Benton said, was "knowing that you're helping someone else."

Some students interested in a career in forestry or firefighting volunteer with the California Department of Forestry & Fire Protection. Students can help with fire safety programs at schools or fairs or work on the agency's fire resistant garden project.

"We get a lot of enthusiasm and strong backs," fire prevention Officer Harry Martin said of the student volunteers.

Linda Patterson, in charge of youth services for the Red Cross, said more than 30 students had signed up for information about the group's programs. Students can volunteer when needed to help set up emergency shelters or to get training to make their schools better prepared for disasters.

Still others can be trained to teach first-aid or other classes, possibly to fellow teens.

"Sometimes kids like learning from their peers rather than an older person," Patterson said.

You can reach Staff Writer Robert Digitale at 521-5285 or e-mail at rdigitale@pressdemocrat.com.

**Captions:**
PHOTO: color by Mark Aronoff/Press Democrat; Caption: At Ursuline High School's Service Day Fair, John Contreras, Cardinal Newman High teacher and senior project coordinator, talks to students Matt Kirk, left, Noel Benton and Gina Bucchianeri. Students at Ursuline and Cardinal Newman organize a senior project and the annual volunteer fair exposes them to a variety of volunteer opportunities in the community.
(Copyright 2000)


**Special Features:** Photo
**Country Of Publication:** Pacific Rim
**Descriptors:** NONPROFIT CHARITY TEEN EDUCATION

ProQuest Newsstand (Dialog® File 781): (c) 2007 ProQuest Info&Learning. All rights reserved.

# EXHIBIT C



**Catholic Charities CYO**

Tel 415 972-1200 Fax 415 972-1201
180 Howard Street, Suite 100
San Francisco, CA 94105-1617

January 19, 2007

Jay Buckley
Principal
San Domenico Middle School
1500 Butterfield Road
San Anselmo, CA 94960

Re: Caritas Creek Environmental Education Program - Spring 2007 Cancellation

Dear Jay,

Happy New Year from all of us at Catholic Charities CYO! We have completed the fall semester of Caritas Creek Environment Education Program at CYO Camp, seeing more than 250 middle school students in the last few months, all benefiting from the unsurpassed surroundings of our Northern California redwoods.

We write today to notify you that the Caritas Creek program will not take place during this upcoming semester. In our efforts to strive consistently for best practice, Camp and School Consulting, an outside consulting firm, was hired this fall to assess Caritas Creek program content, staffing patterns and security measures. Their recommendations, received in late December, reaffirm other consultant reports and the judgment of our senior staff, and led us to the decision to refine our program offerings and content, a process that is beginning at this time.

We apologize for what may be perceived as a sudden decision, but know that it was not made lightly. While much of the program assessment was positive and validated our thirty years of enriching outdoor student experiences, there is always room for and desire for achieving the highest standard of excellence. The majority of recommendations affected staffing patterns, as well as some curriculum adjustments and enhancement. After a thorough internal review, we realized that due to an unanticipated staffing shortage, we could not possibly implement the recommendations we insist upon for program excellence in time for the spring semester. Always keeping the interests and safety of our students in mind, this is a prudent but painful decision for us and even more so for our dedicated Caritas Creek staff.

We apologize for any inconvenience to your classes who were planning to attend Caritas Creek in the next few months. We know how students and faculty alike enjoy spending time at CYO Camp. Rather than a Caritas Creek environmental education experience, we would welcome your students and faculty to a 3-day or 5-day school-week retreat, provided this fits into your program needs and you can provide the necessary chaperones. We are pleased to offer our exceptional setting as a venue for these experiences and are holding your reservation until **February 1, 2007**. *If you wish to release your reservation and receive a deposit refund, please notify us as soon as possible.*

We look forward to welcoming your students and faculty as we have in the past, and hope you will support us in our continued commitment to offer the most outstanding outdoor and retreat experiences. We are already planning for the 2007 Summer Camp season and our ongoing retreat programs in the fall, designed to meet the needs of your students. For any questions you may have, we urge you to contact Dorothy Cartahena, at 415-972-1230 or dcartahena@cccyo.org, and she will arrange for me or one of our senior managers to return your call promptly.

Sincerely,

Brian F. Cahill
Executive Director

cc:     Catholic Charities CYO Board of Directors

*Changing Lives in San Francisco, Marin & San Mateo Counties*     www.cccyo.org

# EXHIBIT D

*REDACTED*

Dear Beloved Camp Family:

For the past two years, the vision of Catholic Charities CYO and the vision of the leadership at CYO Camp has not been unified. The specific grievances of CCCYO, voiced by Dr. Glenn Motola the new Director of Programs and Services, are as follows:

• They believe our commitment to diversity and building bridges of understanding between human beings is in fact detrimental to youth.
• They believe that the staff at CYO Camp are not qualified to facilitate serendipities or trust-building activities and cause harm by attempting to do so.
• They believe that Celebration is a harmful tradition and is fabricated by the staff to boost our egos.
• Hugging is inappropriate, and should not be allowed in our programs.

Despite our outstanding reviews and evaluations from students, campers, teachers, principals, and parents over the years, CCCYO hired two outside professional "camping consultants" to review our program this fall. The report that was issued by these consultants reflected the same opinions as Dr. Motola, and CCCYO immediately issued Paul Raia and the current Caritas staff with an ultimatum. Either we would have to cease serendipities, celebration, night hikes, solo hikes, and our leadership program, and sign on to their new vision for the program, or our programs would be terminated.

After days of negotiations and an attempt to unify our visions for camp, it became apparent that the Caritas staff and CCCYO leadership could not find a reasonable compromise. The staff felt it would have been disrespectful to the founders of Caritas and dishonor the spirit of camp to continue the program under the same name without the same traditions and mission.

In response, Dr. Glenn Motola and CCCYO laid-off all thirty Caritas Creek employees this morning. As of 11:00, all of the CYO Camp staff have been terminated and Caritas Creek and CYO Summer Camp have been shut down.

CCCYO is planning on conducting a nation-wide search for a new director of CYO Camp, and this person will be charged with creating a program that does not resemble or

reflect the beliefs and traditions of Caritas Creek or Summer Camp as we know it.

It is time to use your voice and speak out for camp. Below you will find a list of Catholic Charities Board Members and their contact information, I am urging you to express to the Board how camp has made a difference in your life. Tell your story, and how camp (specifically serendipities, connecting to a diverse community, etc.) has helped you grow. Help the people who have power over camp understand what we already know, that it is a unique, precious, and sacred space.

Spread the word; send out prayers; contact the media. Forward this to everyone that loves camp. Do whatever you can to help. After all that camp has given us, it is time for us to give back to camp.

We all know the spirit of Caritas and Summer Camp will live on in our hearts, and we have hopes for beginning again in a new place in the future.

I am sending love to you all on behalf of all of us at Camp, Paul and Mary and the rest.

May Camp live in our hearts forever,

Kristen Burlington

P.S. There will be a Prayer Service to honor the history of camp on January 27th. Stay tuned.


Contact Information:

Catholic Charities CYO
180 Howard Street, Suite 100
San Francisco, CA 94105
moreinfo@cccyo.org
Voice: 415.972.1200
Fax: 415.972.1201
The Roman Catholic Archdiocese of San Francisco
Attn: Archbishop George H. Niederauer, D.D, Ph.D
One Peter Yorke Way
San Francisco, CA 94109
415 614 5500
E-mail: info@sfarchdiocese.org

Board of Directors
Mr. Clint Reilly

465 California Street, 16th Floor SF, CA 94104

Mr. Nicholas Andrade
498 Hoffman, Apt. A SF, CA 94114

Mr. Steve G. Borden
200 Peacock Dr. San Rafael, CA 94901

Mr. Mark Cleary
445 Bush Street, 9th Floor SF, CA 94104

Rev. Thomas Daly
One Peter Yorke Way SF, CA 94109

Ms. Deborah Dasovich
25 Vista Tiburon Dr. Tiburon, CA 94920

Rev. Eduardo Dura
850 Judah Street SF, CA 94122

Mr. Jeffrey Fenton
19 Northridge Ln. Lafayette, CA 94509

Mr. Jack Fitzpatrick
206 Granville Way SF, CA 94127

Rev. Charles Gagan, SJ
650 Parker Ave., SF, CA 94116

Ms. Alison Morey Garrett
100 Del Casa Dr., Mill Valley, Ca 94941

Mr. Bernard P. Hagan, Sr.
1960 Broadway, SF, CA, 94109

Mrs. Cecilia Herbert
2636 Vallejo St., SF, CA, 94123

Mr. Doug Hickey
1 Lombard Suite 300, SF, CA 94111

Mr. Leo McCarthy
243 Kearny St., SF, CA 94108

Mr. Robert McLalan
400 S. El Camino Real, Ste 900, San Mateo, CA 94402

Ms. Nanette Lee Miller
655 Montgomery St. Suite 1220, SF, CA 94111

Mr. Christopher Needham
1340 Lombard St. 302, SF, CA, 94111

Ms. Kathryn Parish-Reese
156 Melissa Circle, Daly City, CA 94014

Mr. Tim Rea
12 Alverno Court, Redwood City, CA 94061

Mr. William T. Ring
185 Georgia Lane, Portola Valley, CA, 94028

Mr. Robert Rybicki
335 Buena Vista East, Apt. 108 SF, CA 94117

Mrs. Rita Semel
2190 Washington #907, SF, CA, 94109

Mr. Timothy Alan Simon
State Capital Building, Sacramento, CA 95814

Mrs. Maureen Sullivan
65 Montclair Terrace, SF, CA 94109

Mr. Brian Swift
38 Meadowhill Dr. Tiburon, CA, 94920

Mr. George Wesolek
One Peter Yorke Way, SF, CA 94109

Ms. Jacqueline Woodford
101 Miramar Ave. SF, CA 94112

# EXHIBIT E

   

### STATEMENT REGARDING THE CANCELLATION OF
### CARITAS CREEK ENVIRONMENTAL EDUCATION PROGRAM FOR SPRING 2007

Dear Caritas Creek Friends and Participants,

It has come to our attention that **misinformation is circulating** about the recently announced cancellation for Spring 2007 of the Caritas Creek Environmental Education program at CYO Camp. We wish to clear up any misconceptions.

1. Caritas Creek Environment Education program will not take place between February and the end of May as originally planned because **we could not staff the cabins with cabin leaders who were ages 18+.** We apologize for the apparent suddenness of this decision, but a recent call for applications in the winter edition of *CYO Today* and other publications for Caritas Service Corps applicants, ages 18+, did not result in qualified applicants.

2. School groups who had reserved space for Caritas Creek Environmental Education for the next few months **are still being welcomed to CYO Camp during their reserved time, if they are able to provide the necessary chaperones and faculty to conduct their curriculum.** Several schools are already working together to craft retreat programming that will particularly suit their schools' curriculum.

3. We acknowledge the passion and commitment of our Caritas staffers, the positive reaction of teachers, and the enthusiasm of so many of past and present Caritas participants. Even with this great feedback, we continue to seek out best practice standards, striving for program excellence. A recent external evaluation, combined with prior consultants' reports, validates management direction, making recommendations regarding program enhancements, safety/security and spirituality/faith formation that will allow us to continue to achieve the excellence that our participants expect and we require. These recommendations are being put into place at this time and **will be incorporated into our Fall 2007 school program that will retain much of the Caritas Creek experience.**

4. **CYO Summer Camp is not closing!** Summer Camp 2007 planning is well underway, with exciting program developments and a new technologically-enhanced website offering online registration. **Please visit the website on February 15 at http://www.cyocamp.org and register online for the greatest summer experience a child could have!**

5. **Community service opportunities at CYO Camp are once again available for Summer 2007.** Counselors-in-Training are an integral part of the CYO Camp experience and we look forward to welcoming Bay Area high school students who wish to accumulate community service hours. **Information about the Summer Camp CIT program will be available on February 15 at http://www.cyocamp.org.**

6. Planning is underway with CYO Athletics for **Specialty Sports Camps for 2007** in addition to our school programs and Summer Camp! More information to follow!

Thank you for your continued interest in and support of CYO Camp and Caritas Creek. For any questions regarding the above information, please contact Glenn Motola directly at 415-972-1235 or at gmotola@cccyo.org.

Sincerely,

Brian Cahill
Executive Director

Dr. Glenn Motola
Director of Programs

# EXHIBIT F

# SUMMER CAMP IS ON!
*the tradition continues*



## CYO summer camp 2007

Having fun and developing relationships with self, others, nature and God.

Call 707.874.0200 for a Summer Camp 2007 brochure or register online beginning February 15 at www.cyocamp.org







# EXHIBIT G

 **Catholic Charities CYO**

Tel 415 972-1200 Fax 415 972-1201
180 Howard Street, Suite 100
San Francisco, CA 94105-1617

February 9, 2007

Jessica Murphey
375 S. 9th Street, #2517
San Jose, CA 95112

Dear Jessica,

Archbishop Niederauer asked me to respond to your thoughtful letter relating to Caritas Creek. I understand you are upset and disappointed that we had to cancel Caritas for this Spring semester, and I respect that you disagree with the decision. Many principals, teachers and students are understandably angry with our decision and the suddenness of our action.

I agree with all your positive points about Caritas. It is impossible not to respect and admire the passion and commitment of our Caritas staffers. It is impossible to ignore the positive reaction of teachers and the enthusiasm of Caritas participants. But this does not excuse us from periodically reviewing the program.

For a number of years we have had some concerns about staffing, program content, safety and faith formation. Some time ago, I asked our Archdiocesan Director of Religious Instruction and Youth Ministry to review Caritas. While she emphasized the strengths of the program, she raised concerns in the above areas, particularly in the area of faith formation. Subsequently, our Director of Programs and Services raised concerns relating to staffing and program content. Finally, two independent Camp consultant firms, one faith based and one from the American Camping Association, raised similar concerns.

Since a number of misleading statements have been put out on the internet, let me clarify a few points. We are not against diversity, but we are against sending kids home because a few staff do not know how to manager their behavior. While this has only happened during Summer Camp, it is still an issue of serious concern to us. "Serendipities" are great for the majority of students, as long as they are managed by trained facilitators, and as long it is acknowledged that for a few children, the experience can be intimidating, intrusive or disturbing. Solo hikes are great as long as the conditions are safe. Finally, we are not against hugging, but we want to make sure there is never any inappropriate hugging, and I would think every teacher and every parent would want and expect us to be vigilant about that.

I apologize for the suddenness of the decision and for the disruption for so many students, but we made the decision based on our judgment about the best interests of all the children we serve. I believe the suddenness of the decision to cancel was avoidable, with a little flexibility on the part of the onsite program managers.

I worked at CYO Camp in the 1960s. I worked on the Search For Christian Maturity, the forerunner of Caritas. My children attended CYO Camp. I do not intend to lose the tradition and spirit of that great place. I do not intend to lose the spirit of Caritas. But I do not accept what I have heard from of number of Caritas

advocates who have said that it is a 31 year old program which needs no changes. I have been serving children and youth for 40 years and there is no program that should not be subject to periodic review; there is no program that cannot be improved. That is what we intend to do.

Thank you for sharing your thoughts and experience. I will share your letter with our program staff as they prepare for the Fall. I am enclosing a statement we sent out to all the schools and parishes.

Sincerely,

Brian Cahill
Executive Director

cc:    Archbishop George Niederauer

# EXHIBIT H



# Caritas Creek sm
Environmental Education Program

P.O. Box 488
Occidental, CA
95465

To the Principal & Faculty of St. Jerome Catholic School:

*In the Spirit of Easter,*
*We are thrilled to announce*
*the renewal and re-opening*
*of the Caritas Creek SM Environmental Education Program*
*as a private, non-profit organization*
*serving the schools of the San Francisco Bay Area.*

Following is a brief history of our organization, from it's inception to our current and exciting new status.

Caritas Creek SM was founded in 1975 by a group of San Francisco Bay Area educators. The organization's mission was – and still is – to help young people discover the connection between all living things, to build bridges between diverse socio-economic and ethnic groups, and to foster in youth a deeper connection to the environment, to self, to Spirit, and to community. To accomplish this mission, Caritas Creek SM established an Environmental Education Program and Summer Camp that served school groups/ individual families from different regions the San Francisco Bay Area. Both programs were initially housed at Mendocino Woodlands, in Mendocino, California.

In 1983 Caritas Creek's SM Environmental Education Program moved to the San Francisco Archdiocese' Catholic Youth Organization (CYO) facility in Occidental, California. The original curriculum and philosophy developed by Caritas Creek's SM founders was used as the basis of the Environmental Education Program at CYO. In 1985, CYO adopted both the Caritas Creek SM philosophy and program design for use in its Summer Camp as well, so that the two programs would present a unified continuum of services. The Environmental Education and Summer Camp programs continued to flourish at this site for over 20 years. During this period, hundreds of Bay Area schools – and tens of thousands of children - benefited from the services, mission, and philosophy of Caritas Creek SM.

The Caritas Creek SM philosophy, however, was periodically challenged by CYO over the years. There was a final ideological split on January 19, 2007, when Catholic Charities/CYO (CC/CYO) decided to suspend the current program immediately and without prior notice to Caritas Creek SM participating schools, students, and staff persons. It is our understanding that CC/CYO intends to provide programs on their Occidental property in the future, separate from the mission and philosophy of Caritas Creek SM. We are grateful for the many years of partnership and support we have received from CC/CYO. There is an on-going need for quality programs to serve our youth.

In the meantime, the original vision of Caritas Creek SM is rising again in the hands of some of the most recent Caritas Creek SM/Summer Camp staff, with the support of founding members of the original Caritas Creek SM Program. We will be providing Fall and Spring semester programs at our new site and will send you all upcoming program information in the near future.

Sincerely Yours,

Paula M. Pardini
Caritas Creek SM Board Member

Erik "Witakar" Oberg
Caritas Creek SM Site Director

Mary M. Gordon
Caritas Creek SM Board Member

Emily Wood Ordway
Caritas Creek SM Site Director

# EXHIBIT I

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77127627**
**Filing Date: 03/09/2007**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | Caritas |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Caritas |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Caritas Creek |
| *STREET | 99 Monte Cresta Ave. #C |
| *CITY | Oakland |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 94611 |
| PHONE | (707) 431 0235 |
| FAX | (707) 431 0235 |
| EMAIL ADDRESS | mdswendsen@comcast.net |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | No |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | California |

**GOODS AND/OR SERVICES AND BASIS INFORMATION**

| | |
|---|---|
| *INTERNATIONAL CLASS | 041 |
| *FIRST USE ANYWHERE DATE | At least as early as 10/31/1975 |
| *FIRST USE IN COMMERCE DATE | At least as early as 10/31/1975 |
| *DESCRIPTION | Day camp services |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 10/31/1975 |
| *FIRST USE IN COMMERCE DATE | At least as early as 10/31/1975 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\276 \77127627\xml1\FTK0003.JP G |
| SPECIMEN DESCRIPTION | Exerpt from distributed meeting notes showing Caritas in use. |
| *DESCRIPTION | Recreational camps |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 10/31/1975 |
| *FIRST USE IN COMMERCE DATE | At least as early as 10/31/1975 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\276 \77127627\xml1\FTK0003.JP G |
| SPECIMEN DESCRIPTION | Exerpt from distributed meeting notes showing Caritas in use. |
| *DESCRIPTION | Summer camps |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 10/31/1975 |
| *FIRST USE IN COMMERCE DATE | At least as early as 10/31/1975 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\276 \77127627\xml1\FTK0003.JP G |
| SPECIMEN DESCRIPTION | Exerpt from distributed meeting notes showing Caritas in use. |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | ███████████████ |
| *TRANSLITERATION (if applicable) | ███████████████ |
| *CLAIMED PRIOR REGISTRATION (if applicable) | ███████████████ |
| *CONSENT (NAME/LIKENESS) (if applicable) | ███████████████ |
| *CONCURRENT USE CLAIM (if applicable) | ███████████████ |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Mark Swendsen, Esq. |
| ATTORNEY DOCKET NUMBER | Caritas Creek |

| | |
|---|---|
| FIRM NAME | Mark Swendsen, Attorney at Law |
| STREET | 660 South Fitch Mountain Road |
| CITY | Healdsburg |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 95448-4606 |
| PHONE | (707) 431 0235 |
| FAX | (707) 431 0235 |
| EMAIL ADDRESS | mdswendsen@comcast.net |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**CORRESPONDENCE INFORMATION**

| | |
|---|---|
| *NAME | Mark Swendsen, Esq. |
| FIRM NAME | Mark Swendsen, Attorney at Law |
| *STREET | 660 South Fitch Mountain Road |
| * CITY | Healdsburg |
| * STATE (Required for U.S. applicants) | California |
| * COUNTRY | United States |
| * ZIP/POSTAL CODE (Required for U.S. applicants only) | 95448-4606 |
| PHONE | (707) 431 0235 |
| FAX | (707) 431 0235 |
| * EMAIL ADDRESS | mdswendsen@comcast.net |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**FEE INFORMATION**

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| TOTAL FEE DUE | 275 |

**SIGNATURE INFORMATION**

| | |
|---|---|
| * SIGNATURE | /Mark Swendsen/ |
| * SIGNATORY'S NAME | Mark Swendsen |
| SIGNATORY'S POSITION | Attorney |
| * DATE SIGNED | 03/09/2007 |

**FILING INFORMATION SECTION**

| | |
|---|---|
| SUBMIT DATE | Fri Mar 09 22:52:14 EST 2007 |

| TEAS STAMP | USPTO/FTK-24.5.48.163-200<br>70309225214238213-7712762<br>7-3705ab56b45f7ce20bbdf95<br>fa84ad38b9-CC-1105-200703<br>09223657043943 |
|---|---|

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

### Serial Number: 77127627
### Filing Date: 03/09/2007

To the Commissioner for Trademarks:

**MARK:** Caritas (Standard Characters, see mark)

The literal element of the mark consists of Caritas. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Caritas Creek, a corporation of California, having an address of 99 Monte Cresta Ave. #C, Oakland, California, United States, 94611, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item, you must view the display within the Input Table.**

International Class 041:  Day camp services; Recreational camps; Summer camps

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.

If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U. S. C. Section 1126(e), as amended.

The applicant hereby appoints Mark Swendsen, Esq. of Mark Swendsen, Attorney at Law, 660 South Fitch Mountain Road, Healdsburg, California, United States, 95448-4606 to submit this application on behalf of the applicant. The attorney docket/reference number is Caritas Creek.

Correspondence Information:  Mark Swendsen, Esq.
660 South Fitch Mountain Road
Healdsburg, California 95448-4606
(707) 431 0235(phone)
(707) 431 0235(fax)
mdswendsen@comcast.net (authorized)

A fee payment in the amount of $275 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Mark Swendsen/   Date: 03/09/2007
Signatory's Name: Mark Swendsen
Signatory's Position: Attorney
RAM Sale Number: 1105
RAM Accounting Date: 03/12/2007
Serial Number: 77127627
Internet Transmission Date: Fri Mar 09 22:52:14 EST 2007
TEAS Stamp: USPTO/FTK-24.5.48.163-200703092252142382
13-77127627-3705ab56b45f7ce20bbdf95fa84a
d38b9-CC-1105-20070309223657043943

# Caritas

If Frankie works passed the Aug 19th date, he will give
Caritas a 2 week notice and during that time try to hire
an office worker.  If one is hired, Frankie will train that

# EXHIBIT J

PTO Form ... (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

**Serial Number:** 77127619
**Filing Date:** 03/09/2007

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | Caritas Creek |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Caritas Creek |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Caritas Creek |
| *STREET | 99 Monte Cresta Ave. #C |
| *CITY | Oakland |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 94611 |
| PHONE | (707) 431 0235 |
| FAX | (707) 431 0235 |
| EMAIL ADDRESS | mdswendsen@comcast.net |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | No |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | California |

**GOODS AND/OR SERVICES AND BASIS INFORMATION**

| | |
|---|---|
| *INTERNATIONAL CLASS | 041 |
| *FIRST USE ANYWHERE DATE | At least as early as 10/31/1975 |
| *FIRST USE IN COMMERCE DATE | At least as early as 10/31/1975 |
| *DESCRIPTION | Day camp services |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 10/31/1975 |
| *FIRST USE IN COMMERCE DATE | At least as early as 10/31/1975 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\276\77127619\xml1\FTK0003.JP G |
| SPECIMEN DESCRIPTION | Caritas Creek name on top of a letterhead |
| *DESCRIPTION | Recreational camps |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 10/31/1975 |
| *FIRST USE IN COMMERCE DATE | At least as early as 10/31/1975 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\276\77127619\xml1\FTK0003.JP G |
| SPECIMEN DESCRIPTION | Caritas Creek name on top of a letterhead |
| *DESCRIPTION | Summer camps |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 10/31/1975 |
| *FIRST USE IN COMMERCE DATE | At least as early as 10/31/1975 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\276\77127619\xml1\FTK0003.JP G |
| SPECIMEN DESCRIPTION | Caritas Creek name on top of a letterhead |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Mark Swendsen, Esq. |
| ATTORNEY DOCKET NUMBER | Caritas Creek |

| | |
|---|---|
| FIRM NAME | Mark Swendsen, Attorney at Law |
| STREET | 660 South Fitch Mountain Road |
| CITY | Healdsburg |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 95448-4606 |
| PHONE | (707) 431 0235 |
| FAX | (707) 431 0235 |
| EMAIL ADDRESS | mdswendsen@comcast.net |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Mark Swendsen, Esq. |
| FIRM NAME | Mark Swendsen, Attorney at Law |
| *STREET | 660 South Fitch Mountain Road |
| * CITY | Healdsburg |
| * STATE (Required for U.S. applicants) | California |
| * COUNTRY | United States |
| * ZIP/POSTAL CODE (Required for U.S. applicants only) | 95448-4606 |
| PHONE | (707) 431 0235 |
| FAX | (707) 431 0235 |
| * EMAIL ADDRESS | mdswendsen@comcast.net |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| TOTAL FEE DUE | 275 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Mark Swendsen/ |
| * SIGNATORY'S NAME | Mark Swendsen |
| SIGNATORY'S POSITION | Attorney |
| * DATE SIGNED | 03/09/2007 |

## FILING INFORMATION SECTION

| | |
|---|---|
| SUBMIT DATE | Fri Mar 09 22:34:00 EST 2007 |

USPTO/FTK-24.5.48.163-200
70309223400770943-7712761
9-370bb32e618caf049e066d3
c1418daf32-CC-1101-200703
09211906819919

TEAS STAMP

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77127619**
**Filing Date: 03/09/2007**

To the Commissioner for Trademarks:

**MARK:** Caritas Creek (Standard Characters, see mark)

The literal element of the mark consists of Caritas Creek. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Caritas Creek, a corporation of California, having an address of 99 Monte Cresta Ave. #C, Oakland, California, United States, 94611, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item, you must view the display within the Input Table.**

    International Class 041: Day camp services; Recreational camps; Summer camps

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.

If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U. S. C. Section 1126(e), as amended.

The applicant hereby appoints Mark Swendsen, Esq. of Mark Swendsen, Attorney at Law, 660 South Fitch Mountain Road, Healdsburg, California, United States, 95448-4606 to submit this application on behalf of the applicant. The attorney docket/reference number is Caritas Creek.

Correspondence Information:              Mark Swendsen, Esq.
                                         660 South Fitch Mountain Road
                                         Healdsburg, California 95448-4606
                                         (707) 431 0235(phone)
                                         (707) 431 0235(fax)
                                         mdswendsen@comcast.net (authorized)

A fee payment in the amount of $275 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Mark Swendsen/   Date: 03/09/2007
Signatory's Name: Mark Swendsen
Signatory's Position: Attorney
RAM Sale Number: 1101
RAM Accounting Date: 03/12/2007
Serial Number: 77127619
Internet Transmission Date: Fri Mar 09 22:34:00 EST 2007
TEAS Stamp: USPTO/FTK-24.5.48.163-200703092234007709
43-77127619-370bb32e618caf049e066d3c1418
daf32-CC-1101-20070309211906819919

# Caritas Creek

# CARITAS CREEK

## Environmental Education Program

# EXHIBIT K

PTO Form (PTO Rev. 2-2006)
OMB No. 0651-0009 (Exp 09/30/2006)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

**Serial Number: 77127640**
**Filing Date: 03/10/2007**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK FILE NAME | \\TICRS2\EXPORT12\771\276 \77127640\xml1\FTK0002.JP G |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | CARITAS CREEK |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of A sun on a hilly and mountainous horizon, with trees and a creek running through the foreground, and three concentric three-quarter circles surrounding the scene and the words "CARITAS CREEK" in the lower right quadrant portion of the circle.. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 483 x 499 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Caritas Creek |
| *STREET | 99 Monte Cresta Ave. #C |
| *CITY | Oakland |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 94611 |
| PHONE | (707) 431 0235 |
| FAX | (707) 431 0235 |

| EMAIL ADDRESS | mdswendsen@comcast.net |
|---|---|
| AUTHORIZED TO COMMUNICATE VIA EMAIL | No |

## LEGAL ENTITY INFORMATION

| *TYPE | CORPORATION |
|---|---|
| *STATE/COUNTRY OF INCORPORATION | California |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| *INTERNATIONAL CLASS | 041 |
|---|---|
| *FIRST USE ANYWHERE DATE | At least as early as 10/31/1975 |
| *FIRST USE IN COMMERCE DATE | At least as early as 10/31/1975 |
| *DESCRIPTION | Day camp services |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 10/31/1975 |
| *FIRST USE IN COMMERCE DATE | At least as early as 10/31/1975 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\276 \77127640\xml1\FTK0003.JP G |
| SPECIMEN DESCRIPTION | Caritas Creek logo with the words "Caritas Creek Environmental Education Program" from a letterhead |
| *DESCRIPTION | Recreational camps |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 10/31/1975 |
| *FIRST USE IN COMMERCE DATE | At least as early as 10/31/1975 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\276 \77127640\xml1\FTK0003.JP G |
| SPECIMEN DESCRIPTION | Caritas Creek logo with the words "Caritas Creek Environmental Education Program" from a letterhead |
| *DESCRIPTION | Summer camps |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 10/31/1975 |
| *FIRST USE IN COMMERCE DATE | At least as early as 10/31/1975 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\276 \77127640\xml1\FTK0003.JP G |
| SPECIMEN DESCRIPTION | Caritas Creek logo with the words "Caritas Creek Environmental Education Program" from a letterhead |

## ADDITIONAL STATEMENTS INFORMATION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |

| *CLAIMED PRIOR REGISTRATION (if applicable) | ████████████████████ |
| *CONSENT (NAME/LIKENESS) (if applicable) | ████████████████████ |
| *CONCURRENT USE CLAIM (if applicable) | ████████████████████ |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Mark Swendsen, Esq. |
| ATTORNEY DOCKET NUMBER | Caritas Creek |
| FIRM NAME | Mark Swendsen, Attorney at Law |
| STREET | 660 South Fitch Mountain Road |
| CITY | Healdsburg |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 95448-4606 |
| PHONE | (707) 431 0235 |
| FAX | (707) 431 0235 |
| EMAIL ADDRESS | mdswendsen@comcast.net |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Mark Swendsen, Esq. |
| FIRM NAME | Mark Swendsen, Attorney at Law |
| *STREET | 660 South Fitch Mountain Road |
| * CITY | Healdsburg |
| * STATE (Required for U.S. applicants) | California |
| * COUNTRY | United States |
| * ZIP/POSTAL CODE (Required for U.S. applicants only) | 95448-4606 |
| PHONE | (707) 431 0235 |
| FAX | (707) 431 0235 |
| * EMAIL ADDRESS | mdswendsen@comcast.net |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |



| TOTAL FEE DUE | 275 |
| --- | --- |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Mark Swendsen/ |
| * SIGNATORY'S NAME | Mark Swendsen |
| SIGNATORY'S POSITION | Attorney |
| * DATE SIGNED | 03/09/2007 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Sat Mar 10 00:29:37 EST 2007 |
| TEAS STAMP | USPTO/FTK-24.5.48.163-200 70310002937176215-7712764 0-37003bb3a775bdbca43bfeb 933dc9fb8f-CC-1119-200703 10001350266917 |

[illegible small print]
[illegible small print]

### Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 77127640**
**Filing Date: 03/10/2007**

To the Commissioner for Trademarks:
**MARK: CARITAS CREEK** (stylized and/or with design, see mark)

The literal element of the mark consists of CARITAS CREEK. The mark consists of A sun on a hilly and mountainous horizon, with trees and a creek running through the foreground, and three concentric three-quarter circles surrounding the scene and the words "CARITAS CREEK" in the lower right quadrant portion of the circle..

The applicant, Caritas Creek, a corporation of California, having an address of 99 Monte Cresta Ave. #C, Oakland, California, United States, 94611, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item, you must view the display within the Input Table.**
     International Class 041:  Day camp services; Recreational camps; Summer camps

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.