If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U. S. C. Section 1126(e), as amended.

The applicant hereby appoints Mark Swendsen, Esq. of Mark Swendsen, Attorney at Law, 660 South Fitch Mountain Road, Healdsburg, California, United States, 95448-4606 to submit this application on behalf of the applicant. The attorney docket/reference number is Caritas Creek.

Correspondence Information:          Mark Swendsen, Esq.
                                     660 South Fitch Mountain Road
                                     Healdsburg, California 95448-4606
                                     (707) 431 0235(phone)
                                     (707) 431 0235(fax)
                                     mdswendsen@comcast.net (authorized)

A fee payment in the amount of $275 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Mark Swendsen/   Date: 03/09/2007
Signatory's Name: Mark Swendsen
Signatory's Position: Attorney
RAM Sale Number: 1119
RAM Accounting Date: 03/12/2007
Serial Number: 77127640
Internet Transmission Date: Sat Mar 10 00:29:37 EST 2007
TEAS Stamp: USPTO/FTK-24.5.48.163-200703100029371762
15-77127640-37003bb3a775bdbca43bfeb933dc
9fb8f-CC-1119-20070310001350266917





# CARITAS CREEK
## Environmental Education Program

# EXHIBIT L



# Preserve The Vision

Home

FAQs

T Shirts

Stickers

Calendar

Testimonials

Portfolio

**Frequently Asked Questions**

1. I heard that CYO Camp is shut down... Is this true?
2. Did an incident occur to cause this?
3. Is summer camp going to be the same?
4. Is Caritas Creek going to be the same?
5. I disagree with the decision that CCCYO has made. Can we make them change their minds?
6. Is there a plan to relocate the camp program we know and love?
7. Why is it important to continue writing letters?
8. Is there any sort of large celebration or event that is going to take place?
9. I still have more questions.

---

1. **I heard that CYO Camp is shut down... Is this true?**
   No. CYO made the decision to cancel the spring season of Caritas Creek, and lay off all year-round program staff. CYO is still planning to run a Summer Camp this summer, and a newly restructured Caritas Creek program in the Fall.

Return to Top

2. **Did an incident occur to cause this?**

   No. There was no single incident that brought about this decision.
   The year-round program staff were told, while being laid off, that
   CCCYO Corporate "Respectfully Disagreed" with many of our most
   sacred traditions and ceremonies, and that a restructuring of our
   program was going to take place. Many Caritas Creek clients
   recieved a letter stating that the decision to shut down for the
   spring was made due to an unforseen staffing shortage.

   Return to Top

3. **Is summer camp going to be the same?**

   This is a tough question. CCCYO is still planning to run a summer
   camp on their Occidental property in 2007, however many of the
   year-round staff that were laid off were the people who had
   planned and facilitated CYO Summer Camp for the past few
   decades. The traditions and principles that were in jeopardy at
   Caritas are shared during the summer program as well. With such
   a drastic change in program and staff, one can only believe that
   CYO Summer Camp will operate substantially different this year.

   Return to Top

4. **Is Caritas Creek going to be the same?**

   This is a tough question. CCCYO is planning to run Caritas Creek
   again in Fall 2007. The corporation is currently in the process of
   hiring a new Director for their Occidental property and from there
   they must also hire an entirely new program staff. The Caritas
   Creek Founders (or Original Creekies) who started this program in
   Mendocino in 1975 and brought it to CYO in Occidental in 1983 are
   no longer attached, in any way, to the direction that CYO Caritas
   Creek will be going from this point on. With such a drastic change
   in program and staff, one can only believe that CYO Caritas Creek

will operate substantially different from now on.

**5. I disagree with the decision that CCCYO has made. Can we make them change their minds?**

No. The direction CCCYO wants to take this property is not in line with the core values of the founders of the original program. The common vision that CYO and the Original Creekies once shared no longer exists and that's alright. We have been given a very divine opportunity to once again take the traditions, philosophy, and program that we all hold so dear to our hearts and find a new home for it. It will probably not be called Caritas Creek or CYO Summer Camp anymore because CCCYO legally owns both names.

Return to Top

**6. Is there a plan to relocate the camp program we know and love?**

Yes. There is a huge movement (this website being part of it) to move our beloved program to a new site. With full support and guidance from the Original Creekies, many individuals have begun working on all aspects of this overwhelming task, and the progress is encouraging. If you have any ideas or input please email them to Preservethevision@gmail.com Attn. New Camp Ideas.

Return to Top

**7. Why is it important to continue writing letters?**

On one hand, the letters currently being written to the corporate office may cause them to see the truth about the previous program's success and therefore help them reincorporate a bit of

the essence that made this program so special. On the other hand, we are doing our best to collect copies of each letter sent so we can create and publish an actual book of camp memories and experiences. Eventually we will need EVERY person (parents, campers, teachers, staff etc.) who has been influenced by this program to send letters and pictures to new potential camp properties and the people who run them so we can get our camp back on it's feet as soon as possible. We will let you know when and where to send them, keep checking back here.

**And heres who you can write to:**

*Contact Information:*
*Brian Cahill*
*Catholic Charities CYO*
*180 Howard Street, Suite 100*
*San Francisco, CA 94105*
*moreinfo@cccyo.org*
*Voice: 415.972.1200*
*Fax: 415.972.1201*

*The Roman Catholic Archdiocese of San Francisco*
*Attn: Archbishop George H. Niederauer, D.D., Ph.D*
*One Peter Yorke Way*
*San Francisco, CA 94109*
*415.614.5500*
*E-mail: info@sfarchdiocese.org*

*Board of Directors*
*Mr. Clint Reilly*
*465 California Street, 16th Floor SF, CA 94104*

*Mr. Nicholas Andrade*
*498 Hoffman, Apt. A SF, CA 94114*

*Mr. Steve G. Borden*

200 Peacock Dr. San Rafael, CA 94901

Mr. Mark Cleary
445 Bush Street, 9th Floor SF, CA 94104

Rev. Thomas Daly
One Peter Yorke Way SF, CA 94109

Ms. Deborah Dasovich
25 Vista Tiburon Dr. Tiburon, CA 94920

Rev. Eduardo Dura
850 Judah Street SF, CA 94122

Mr. Jeffrey Fenton
19 Northridge Ln. Lafayette, CA 94509

Mr. Jack Fitzpatrick
206 Granville Way SF, CA 94127

Rev. Charles Gagan, SJ
650 Parker Ave., SF, CA 94116

Ms. Alison Morey Garrett
100 Del Casa Dr., Mill Valley, Ca 94941

Mr. Bernard P. Hagan, Sr.
1960 Broadway, SF, CA, 94109

Mrs. Cecilia Herbert
2636 Vallejo St., SF, CA, 94123

Mr. Doug Hickey
1 Lombard Suite 300, SF, CA 94111

http://www.preservethevision.com/faqs.html

Mr. Leo McCarthy
243 Kearny St., SF, CA 94108

Mr. Robert McLalan
400 S. El Camino Real, Ste 900, San Mateo, CA 94402

Ms. Nanette Lee Miller
655 Montgomery St., Suite 1220, SF, CA 94111

Mr. Christopher Needham
1340 Lombard St. 302, SF, CA, 94111

Ms. Kathyn Parish-Reese
156 Melissa Circle, Daly City, CA 94014

Mr. Tim Rea
12 Alverno Court, Redwood City, CA 94061

Mr. William T. Ring
185 Georgia Lane, Portola Valley, CA, 94028

Mr. Robert Rybicki
335 Buena Vista East, Apt. 108 SF, CA 94117

Mrs. Rita Semel
2190 Washington #907, SF, CA, 94109

Mr. Timothy Alan Simon
State Capital Building, Sacramento, CA 95814

Mrs. Maureen Sullivan
65 Montclair Terrace, SF, CA 94109

Mr. Brian Swift
38 Meadowhill Dr. Tiburon, CA, 94920

*Mr. George Wesolek*
*One Peter Yorke Way, SF, CA 94109*

*Ms. Jacqueline Woodford*
*101 Miramar Ave, SF, CA 94112*

Return to Top

8. **Is there any sort of large celebration or event that is going to take place?**

   Yes. As we all know, to plan an event of this size and magnitude takes some time. The exact location and date are details that we're still working out. The Original Creekies hope to gather up all ages and generations of alumni from the past 4 decades, to celebrate together. Keep checking this website's calendar for updates. We will create an RSVP list when the date becomes certain.

9. **I still have more questions.**

   More questions? Please note: We are in no way connected to CCCYO. These emails DO NOT go to CCCYO or any of their affiliates.

   Parents use:    Preservethevisionparent@gmail.com

   Campers use:    Preservethevisioncampers@gmail.com

   Teachers use:    Preservethevisionteachers@gmail.com

Return to Top

Preserve The Vision - Frequently Asked Questions

All others use:

Preservethevision@gmail.com

Return to Top

©2007 Preserve The Vision. All Rights Reserved.

Resources
Build a website using Web Piston Web Site Builder

# EXHIBIT M

Catholic Charities CYO

 1907 100 2007
YEARS OF SERVICE

180 Howard Street, Suite 100
San Francisco, CA 94105-1617
Tel 415.972.1200   Fax 415.972.1201
www.cccyo.org

It is with a great sense of excitement that we are contacting you regarding our Fall Season of Catholic Charities CYO's Caritas Creek Environmental Program. We want to share some updates and some new information to make your experience with us even better.

As you may know, we took this past spring semester of Caritas off, during which time we enriched our curriculum, began some facility improvements, and hired a new Executive Director, Mr. Jim Willford, to lead our CYO Summer Camp, Caritas Creek Environmental Education Program, and our CYO Retreat Center. Jim comes to us with a wealth of experience in the field of youth camping and environmental education and we are confident you will enjoy working with him.

We frequently use external experts to evaluate our programs, and during our semester break, we reviewed some of our most recent consultant reports. As a result of this auditing process, we are making some minor staffing and programmatic changes to ensure that our program is dynamic, competitive, and constantly reflecting best practices in the field.

Our staffing pattern this fall will not include cabin leaders under the age of 18. We had a difficult time attracting qualified individuals for this function; therefore, we are adopting a model that requires schools to provide 1 adult chaperone for every 8 children they bring to Caritas. We are making this change because we want to be sure that only the most responsible of adults are supervising your children while they are in our charge.

Programmatically, we are currently reviewing our curriculum with the support of an advisory Committee comprised of Bay Area science teachers and principals from Catholic Schools who have been sending their children to Caritas. We are fortifying the curriculum in some areas, and really ensuring that it supports the California Science Standards for each grade level.

Our audit also confirmed for us that we need to ensure that any sharing group experience incorporated into the curriculum, is led by individuals that we have trained specifically to perform that function.

We want to continue the positive spirit of Caritas, but we want to do so with appropriate staffing and programming, and with assurance of emotional and physical safety for all the children we serve.

We are looking forward to registering you for the fall or the spring of 2007-2008. Please return the enclosed contract by June 15, 2007 for the fall semester, and September 15, 2007, for the spring semester.

Please feel free to call Dr. Glenn Motola (415-972-1200) with any questions you may have.

Sincerely,

Brian Cahill
Executive Director
Catholic Charities CYO

Glenn Motola, Psy.D.
Director of Programs and Services
Catholic Charities CYO

CHANGING LIVES SINCE 1907 IN SAN FRANCISCO, MARIN & SAN MATEO COUNTIES

Catholic Charities CYO

 1907  2007

YEARS OF SERVICE

**Catholic Charities CYO**

180 Howard Street, Suite 100
San Francisco, CA 94105-1617
Tel 415.972.1200  Fax 415.972.1201
www.cccyo.org

# Catholic Charities CYO
# CARITAS CREEK
# ENVIRONMENTAL EDUCATION PROGRAM
# 5th – 8th GRADES

**Introduction:**

It is with a great sense of excitement that we are contacting you regarding our Fall and Spring Season of Catholic Charities CYO's Caritas Creek Environmental Program, located at CYO Camp in Occidental. Catholic Charities CYO has been conducting Caritas Creek Environmental Education Program for over 30 years. This is a wonderful nature based, environmental education program, which is conducted in a beautiful 216 acre Redwood forest in Sonoma County. The curriculum is meant to support the California Science Standards for 5th – 8th grades, while also interweaving an opportunity for classmates to get to know one another in a more meaningful way. Age-appropriate spiritual development themes are also introduced throughout the 5 day program.

Classes, accompanied by their teachers and chaperones, are welcome to come and experience this program. The attached contract will give you terms and pricing. We welcome the opportunity to speak with you about this in a more in-depth manner, so please feel free to call Dr. Glenn Motola for additional information (415-972-1235).

**FALL 2007 UPDATES:**

We want to share some updates and some new information with you regarding our programming and staffing. As you may know, we took this past spring semester of Caritas off, during which time we enriched our curriculum, began some facility improvements, and hired a new Executive Director, Mr. Jim Willford, to lead our CYO Summer Camp, Caritas Creek Environmental Education Program, and our CYO Retreat Center. Jim comes to us with a wealth of experience in the field of youth camping and environmental education and we are confident you will enjoy working with him.

We frequently use external experts to evaluate our programs, and during our semester break, we reviewed some of our most recent consultant reports. As a result of this auditing process, we are making some minor staffing and programmatic changes to ensure that our program is dynamic, competitive, and constantly reflecting best practices in the field.

Our staffing pattern this fall will not include cabin leaders under the age of 18. We had a difficult time attracting qualified individuals for this function; therefore, we are adopting a model that requires schools to provide 1 adult chaperone for every 8 children they bring to Caritas. We are making this change because we want to be sure that only the most responsible of adults are supervising your children while they are in our charge.

Programmatically, we are currently reviewing our curriculum with the support of an advisory Committee comprised of Bay Area science teachers and principals from Catholic Schools who have been sending their children to Caritas. We are fortifying the curriculum in some areas, and really ensuring that it supports the California Science Standards for each grade level.

Our audit also confirmed for us that we need to ensure that any sharing group experience incorporated into the curriculum, is led by individuals that we have trained specifically to perform that function.

We are continuing the positive spirit of Caritas, and are committed to do so with appropriate staffing and programming, and with assurance of emotional and physical safety for all the children we serve. Thus, we are implementing our enhancements and program updates beginning this Fall, 2007.

We are looking forward to registering you for the fall or the spring of 2007-2008. Please return the enclosed contract by June 15, 2007 for the fall semester, and September 15, 2007, for the spring semester.

Please feel free to call with any questions you may have.

Sincerely,

Brian Cahill
Executive Director

Glenn Motola, Psy.D.
Director of Programs and Services

CHANGING LIVES SINCE 1907 IN SAN FRANCISCO, MARIN & SAN MATEO COUNTIES

Catholic Charities CYO



1907    2007

YEARS OF SERVICE

## CCCYO Caritas Creek
### Outdoor Education Program for Grades 5-8

Thank you for considering our school trip program! Our team will work with you to identify what your goals are for the trip to CCCYO Caritas Creek. The following questions are intended to help guide our planning of your time with us:

1. What are the objectives of your trip to Caritas?
* Natural Science
* Environmental Awareness
* Group Dynamics
* Spiritual Development

2. What are the age and developmental levels of your students? Physical, Social, Emotional and Intellectual needs?

3. What are the California State Science Standards that your students need to meet?

4. What are the prior, current and upcoming curriculum units at your school?

5. What time of year you are attending camp? (Weather considerations)

As a result of considering the previous factors, we will then work with you to design your curriculum by selecting from the offering of sample segments and activities listed below.

### Sample MENU OF OFFERINGS

NATURAL SCIENCE:
1. A Taste of Nature: Students will explore the importance of wild edible plants to Native Americans that lived in this area. They will discuss medicinal, craft and dietary benefits of certain plants found on camp. This class aims to develop student's abilities to use good judgment about our actions and how they can affect nature beneficially or adversely.
2. Aquatic Ecologists: Students will collect organisms from the camp lake or stream, looking specifically for indicator species that will help them predict the water quality of the ecosystem. After making predictions about the quality of the water, they will have the opportunity to test their hypotheses by measuring several abiotic factors such as temperature, dissolved oxygen, nitrates, pH and turbidity.
3. Birds of a Feather: Through the use of activities and discussion, students will learn the characteristics and adaptations of birds.
4. Ecosystems: Ecological concepts such as food webs, Predator and prey communities and ecosystems are explored in this interactive segment.
5. In Cold Blood: After a discussion about cold-blooded and warm blooded animals, students will identify different reptiles and amphibians.
6. Mammalian Mayhem: Through the use of activities and discussion, students will learn the characteristics of adaptations of mammals.
7. Mean Green Oxygen Machines: Students will learn what plants and trees are native to the area and what has been introduced.
8. Microscopic Ponderings: Students will collect specimens from the lake and then use microscopes and field guides to classify and identify various organisms.
9. Power of water: Students will have the opportunity to learn about glaciers and rivers and how they have shaped our planet.

10. Starlab: In this segment, students will be introduced to the night sky. They will attempt to locate stars and constellations.

ENVIRONMENTAL AWARENESS:
1. Extinction Distinction: The students will discuss threats to species survival such as habitat fragmentation, pollution, overuse and global warming.
2. Nature Explorers: Students will use their senses and learn how to identify the animals that live around CYO Camp through their tracts and other natural evidence.

GROUP DYNAMICS:
1. Incredible Journey: Students participate in a series of obstacle or challenges that are designed to promote a strong group dynamic that includes every member of the group.
2. Low Ropes: Students learn and develop teambuilding skills such as communication, cooperation, and trust as groups work to overcome the challenges presented by the low ropes challenge course.
3. Our Class Core Values: Through a series of discussions, the class develops their 3 core values and practices them throughout the week. They will also discuss how they will bring these back to their school and classroom.

SPIRITUAL DEVELOPMENT:
1. Reflections: At the days end, the cabin group is asked to identify one of their most significant experiences of that day as a group and discuss it. This is an area that can be customized by classroom. Some suggested topics:
   a. Sharing what I want people to know most about me.
   b. What are my greatest gifts?
2. Community Gatherings and Celebrations: There will be several opportunities during the week for the larger group to assemble for community building activities and group reflections. These gatherings may include some inspirational readings, poetry, stories, and music.
3. Quiet Journaling and or drawing: Students will each be given a notebook and the opportunity to write about their daily experience at Caritas.
4. Quiet Meditation: There will be the opportunity to engage in several guided meditations, and several silent times throughout the week.

<br>

**Advisory Group Member's name** _____

**E-mail address:** _____

**Phone Number:** _____

Please return in the enclosed envelope by April 30, 2007

# EXHIBIT N

**Catholic Charities CYO**



**YEARS OF SERVICE**

180 Howard Street, Suite 100
San Francisco, CA 94105-1617
Tel 415.972.1200  Fax 415.972.1201
www.cccyo.org

### Catholic Charities CYO
### Caritas Creek Environmental Education Program
### Advisory Group review of sample curriculum

April 20, 2007

Dear Mr. Joe Silveira,

Thank you for giving us your time to review a sample of our curriculum for our Caritas Creek Environmental Education Program located in Occidental, California. The program is designed to serve classrooms of 5th -8th graders at our beautiful 216 acre camp in Occidental.

We would like for you to review the following sample curriculum. Our goal is to be able to work with teachers to customize the curriculum for their particular visit.

Of particular importance to us is:
1. To provide age-appropriate curriculum that has the emphasis on the areas that you (the classroom teacher) determines is needed for your classroom.
2. To provide curriculum that compliments your lesson planning and is also reinforcing of the California State Science Standards.
3. To incorporate group process activities as guided by your understanding of your classroom and their needs.
4. To incorporate a level of spiritual emphasis that you, as the teacher, determine is best for your classroom.

We have enclosed a sample of the questions we would like to explore with each teacher who is bringing their classroom to Caritas. We have also included sample activities to support and develop the key focus areas we have available to you.

Would you please:
1. Review the enclosed document
2. Offer any feedback as to the process of customizing the curriculum with teachers and also any suggestions or feedback you may have on activities to develop the target areas.
3. Return your comments to us by April 30, with your e-mail address, so that we can schedule one group meeting to discuss all of your insights and thoughts which will lead to the finalization of our curriculum for the fall.

We thank you for your time and expertise and are looking forward to working with you.

Warmly,

Glenn Motola, Psy.D.
Director of Programs and Services
Catholic Charities CYO

# EXHIBIT O

*Mark Swendsen*
*Attorney at Law*

*The Alexander Mansion*
*660 South Fitch Mountain Road*
*Healdsburg, CA 95448-4606*
*(707) 431 0235*
*fax (707) 431 0235*

4/27/07

Archbishop George H. Niederauer
The Roman Catholic Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

Jim Wilford
Executive Director
Catholic Charities CYO Summer Camp
180 Howard Street, Suite 100
San Francisco, CA 94105-1617

Glenn Motola
Director of Programs and Services
Catholic Charities CYO
180 Howard Street, Suite 100
San Francisco, CA 94105-1617

Brian Cahill
Executive Director
Catholic Charities CYO
180 Howard Street, Suite 100
San Francisco, CA 94105-1617

Re: Caritas Creek[sm]

Dear Sirs:

I represent Caritas Creek[sm], a California corporation.

CYO, the Archdiocese of San Francisco, and their affiliates, are no longer licensed to use Caritas Creek[sm], Caritas[sm], the Caritas Creek[sm] programs, materials, documents, training resources, or any other intellectual property of Caritas Creek[sm].

It has been brought to our attention that you are still using Caritas Creek[sm] in your signage, advertising, and sales brochures which you have mailed to potential customers. One recent mailing, sent out after you severed your relationship with Caritas Creek[sm], says, "CYO Summer Camp and Caritas Creek Environmental Education Program share the same site and spirited staff." This is false, and damages Caritas Creek[sm], its business, its relationship with customers, and its intellectual property. This is a serious violation of

CYO
4/27/07
Page 2

the intellectual property rights of Caritas Creek[sm], and if you continue to do so, I shall advise my client to take appropriate legal action. You must immediately cease and desist any and all violations of the intellectual property rights of Caritas Creek[sm]. You may not use the Caritas Creek[sm] name, the Caritas[sm] name, or the trademark of Caritas Creek[sm], nor may you use the Caritas Creek[sm] programs, materials, documents, or programs, materials or documents which are made using Caritas Creek[sm] intellectual property.

We demand that you immediately identify, by name and address, the persons to whom you have mailed your "CYO Camp Summer Camp 2007" brochure, and all other mailings which claim to represent Caritas Creek[sm], and furnish us proof by 5/11/07 that you have mailed to them a correction, stating that you are no longer affiliated with Caritas Creek[sm], and that Caritas Creek[sm] has its own programs not affiliated with Catholic Charities CYO.

If you wish to license your use of Caritas Creek[sm], you may contact us to discuss terms of licensing. Otherwise, we expect to receive your proof of correction by 5/11/07.

Sincerely,

MARK SWENDSEN

MDS:ct

# EXHIBIT P



SECRETARY OF STATE
STATE OF CALIFORNIA

# Business Programs Division

Congratulations, the mark you submitted has been registered with the California Secretary of State. Enclosed are the Certificate of Registration and a copy of the registration application and specimen you submitted.

> California Business and Professions Code section 14220(f) specifies that a mark shall not be registered if it "consists of or comprises a mark which so resembles a mark registered in this state or a mark or trade name previously used in this state by another and not abandoned, as to be likely, when applied to the goods or services of the applicant, to cause confusion or mistake or to deceive." Accordingly, a search has been conducted and the mark submitted does not appear to resemble any mark registered with the Secretary of State's office.

> However, there may be unregistered marks, California trade names, fictitious names, or names under which individuals conduct business that may resemble your mark. The Secretary of State has no statutory authority to conduct a search for such marks/names when reviewing marks for registration with this office.

> A registered mark is effective for a term of 10 years. As this office sends no notification of expiration, it is the responsibility of the owner to renew the mark within six months prior to the expiration date.

Thank you for doing business with the California Secretary of State's office.

TM/SM-220 (REV 03/2005)

MAY-08-07   02:11PM   FROM-Catholic Charities Of S.F.        +4169721220        T-408   P.003/005   F-328



# State of California
# Secretary of State

## REGISTRATION OF TRADEMARK OR SERVICE MARK

Pursuant to Business and Professions Code Section 14230

**NOTICE:** READ ACCOMPANYING INSTRUCTIONS BEFORE COMPLETING THIS FORM

| REGISTRATION APPLICATION FOR: | ☐ TRADEMARK | ☒ SERVICE MARK |
|---|---|---|

**1. APPLICANT NAME**
Catholic Charities CYO

| 2. STREET ADDRESS (PROVIDE CALIFORNIA BUSINESS ADDRESS IF SERVICE MARK) | 3. CITY AND STATE | 4. ZIP CODE |
|---|---|---|
| 180 Howard Street, Suite 100 | San Francisco | 94105 |

**5. BUSINESS STRUCTURE (CHECK ONE)**

☐ LIMITED PARTNERSHIP                     ☐ SOLE PROPRIETOR

☐ LIMITED LIABILITY COMPANY               ☐ HUSBAND AND WIFE, AS COMMUNITY PROPERTY

☐ GENERAL PARTNERSHIP                     ☐ OTHER (DESCRIBE) _____

☒ CORPORATION  (STATE OF INCORPORATION) California

**6. NAMES OF THE GENERAL PARTNERS, IF APPLICANT IS A PARTNERSHIP**     **7. NAMES OF MEMBER(S) OR MANAGER(S), IF APPLICANT IS A LIMITED LIABILITY COMPANY**

**8. NAME AND/OR DESIGN OF MARK. (FOR DESIGN PROVIDE A BRIEF WRITTEN DESCRIPTION THAT CAN BE PICTURED IN THE MIND WITHOUT REFERENCE TO THE SPECIMENS. DO NOT DRAW THE DESIGN ON APPLICATION)**

CARITAS CREEK (Environmental Education Program)

DISCLAIMER (IF APPLICABLE) NO CLAIM IS MADE TO THE  EXCLUSIVE RIGHT TO USE THE TERM: Environmental Education Program

| 9. DATE THE MARK WAS FIRST USED IN CALIFORNIA 1975 | DATE THE MARK WAS FIRST USED ANYWHERE 1975 |
|---|---|

**10. IF A TRADEMARK, LIST SPECIFIC GOODS.  IF A SERVICE MARK, LIST SPECIFIC SERVICE.**

The CARITAS CREEK Environmental Education Program provides environmental
education in and overnight camp setting to San Francisco Bay Area school children.

THIS SPACE FOR FILING OFFICER USE

**TRADE/SERVICE MARK**

REG. NO. 00063443

CLASS NO. INT. 41

CLASS NUMBER _____ (ONE CLASSIFICATION NUMBER ONLY)

**11. RETURN ACKNOWLEDGMENT TO: (TYPE OR PRINT)**

| NAME | Alexander L. Lawrence |
|---|---|
| ADDRESS | Catholic Charities CYO |
| CITY | 180 Howard Street, Suite 100 |
| STATE | San Francisco, CA |
| ZIP CODE | 94105 |

**FILED**
In the office of the Secretary of State
of the State of California

MAY — 3 2007

SEC/STATE LP/TM 101 (REV. 2/07)                FILING FEE: $70.00

(OVER)

**12. MANNER OF MARK USE.**

CHECK ALL THAT APPLY ·

**FOR TRADEMARKS ONLY**

☐ ON LABELS AND TAGS AFFIXED TO THE GOODS.

☐ ON LABELS AND TAGS AFFIXED TO CONTAINERS OF THE GOODS.

☐ BY PRINTING IT DIRECTLY ONTO THE GOODS.

☐ BY PRINTING IT DIRECTLY ONTO THE CONTAINERS FOR THE GOODS.

☐ OTHER _____

**FOR SERVICE MARKS ONLY**

☒ ON BUSINESS SIGNS.

☒ ON ADVERTISING BROCHURES.

☒ ON ADVERTISING LEAFLETS.

☒ ON BUSINESS CARDS.

☒ ON LETTERHEADS.

☒ ON MENUS.

☒ OTHER website, teeshirts, jackets, hats,

---

**13. SPECIMENS**

CHECK ONE BOX BELOW. ENCLOSE THREE (3) IDENTICAL ORIGINAL SPECIMENS.

**FOR TRADEMARKS ONLY**

☐ ACTUAL LABELS.

☐ ACTUAL TAGS.

☐ PHOTOGRAPHS OF THE GOODS/CONTAINERS SHOWING THE TRADEMARK.

☐ FRONT PANELS OF A PAPER CONTAINER BEARING THE TRADEMARK.

☐ OTHER _____

**FOR SERVICE MARKS ONLY**

☒ BUSINESS CARDS.

☒ ADVERTISING BROCHURES.

☒ ADVERTISING LEAFLETS.

☐ MENUS SHOWING THE MARK.

☐ OTHER_____

---

**14. DECLARATION OF OWNERSHIP**

APPLICANT HEREWITH DECLARES THAT HE/SHE HAS READ THE ABOVE AND FOREGOING APPLICATION AND KNOWS THE CONTENTS THEREOF AND THAT THE FACTS SET OUT HEREIN ARE TRUE AND CORRECT AND THAT THE THREE SPECIMENS OF THE MARK SUBMITTED ARE TRUE AND CORRECT, AND TO HIS/HER BEST KNOWLEDGE AND BELIEF NO OTHER PERSON, FIRM, CORPORATION, UNION OR ASSOCIATION HAS THE RIGHT TO USE SAID MARK IN THIS STATE, EITHER IN IDENTICAL FORM OR IN SUCH NEAR RESEMBLANCE THERETO AS MIGHT BE CALCULATED TO DECEIVE OR CONFUSE.

NAME OF CORPORATION/PARTNERSHIP/LIMITED LIABILITY COMPANY (IF APPLICABLE)

00063443

Catholic Charities CYO

| SIGNATURE OF APPLICANT *Kimberly D. Watts* | IF PARTNER, MANAGER OR CORPORATE OFFICER, INCLUDE TITLE *Treasurer /CFO* |
|---|---|
| TYPE OR PRINT NAME OF APPLICANT *Kimberly D. Watts* | DATE April 25, 2007 |

TYPE OR PRINT THE NAME AND ADDRESS OF THE PERSON OR FIRM TO RECEIVE THE ACKNOWLEDGEMENT OF THE FILING. SEND THE SIGNED APPLICATION WITH ORIGINAL SIGNATURE(S) TO THE SECRETARY OF STATE, TRADEMARK UNIT,  P.O. BOX 944225, SACRAMENTO, CA 94244-2250 WITH THE $70.00 FILING FEE.

MAY-08-07   02:11PM   FROM-Catholic Charities Of S.F.   —   +4159721220   T-408   P.006/006   F-328

# State of California
## Secretary of State

### Service Mark Reg. No. 63443          Class No. INT. 41
### CERTIFICATE OF REGISTRATION OF SERVICE MARK

*I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:*

**That in accordance with the application filed in this office the SERVICE MARK described below has been duly registered in this office on behalf of:**

**Name of Applicant:**     Catholic Charities CYO
**Business Address:**     180 Howard Street, Suite 100, San Francisco, CA 94105
**Date First Used in California:**     1975
**Date First Used Anywhere:**     1975
**Description of Service Mark:**     CARITAS CREEK
**Description of Services with Which the Service Mark is Used:** The    Caritas    Creek Environment Education Program provides environmental education in and overnight camp setting to San Francisco Bay Area school children.
**A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached**
**Date of Registration:**     May 3, 2007
**Term of Registration Extends to and Includes:**     May 3, 2017

**IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 4th day of May 2007**



*Debra Bowen*
**DEBRA BOWEN**
**Secretary of State**

*NP-25 (REV 01/2007)*