1  MATTHEW F. MILLER (State Bar No. 172661)
   SCHNADER HARRISON SEGAL & LEWIS LLP
2  One Montgomery Street, Suite 2200
   San Francisco, CA 94104-5501
3  Telephone: (415) 364-6700
4  Fax: (415) 364-6785
   Email: mmiller@schnader.com
5
6  BRUCE A. McDONALD (*pro hac vice* Application Pending)
   SCHNADER HARRISON SEGAL & LEWIS LLP
7  2001 Pennsylvania Avenue, N.W., Suite 300
   Washington, D.C. 2006
8  Telephone: (202) 419-4235
   Fax: (202) 419-3454
9  Email: bmcdonald@schnader.com

10 Attorneys for Plaintiff CATHOLIC CHARITIES
11 CYO

**ORIGINAL FILED**
07 MAY 18 PM 3:07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-Filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC CHARITIES CYO, a California non-profit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MARY W. GORDON, a California resident; ERIK "WITAKE" OBERG, a California resident; EMILY WOOD ORDWAY, a California resident; PAULA PARDINI, a California resident; and CARITAS CREEK, a California corporation; <br><br> Defendants. | Case No. C 07 2658 MEJ <br><br> PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION <br><br> DATE: <br> TIME: <br> DEPT: TBD <br> JUDGE: |

PLEASE TAKE NOTICE that on June _____, 2007, at _____ a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, Plaintiff Catholic Charities CYO will move the Court for a

---

PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.*

SFDATA 626048_1

5-18-07

1  preliminary injunction pursuant to Rule 65(a) of the Federal Rules of Civil Procedure
2  (Fed.R.Civ.P.). Plaintiff will seek an order barring Defendants from using Plaintiff's
3  "CARITAS CREEK" service mark on the grounds that such use constitutes federal unfair
4  competition, false representation and false designation of origin under Section 43(a) of the
5  Federal Trademark Act of 1946, 15 U.S.C. § 1125(a) (the "Lanham Act"), and violates related
6  California statutory and common law.

   As grounds for this Motion, Plaintiff will show the Court that:

   (1) Plaintiff is likely to succeed on the merits of its claim that it owns the name "CARITAS CREEK" as a service mark for environmental education programs, and that Defendants, former employees of Plaintiff, are committing federal and state unfair competition by adopting the identical name for competing services after the "CARITAS CREEK" staff and principals were laid off by Plaintiff in January 2007.

   (2) Having used the name "CARITAS CREEK" continuously and exclusively for 22 years as a service mark for environmental education programs, investing substantially in the development of its "CARITAS CREEK" environmental education programs and the good will of the name "CARITAS CREEK" as a service mark in connection with those services, Plaintiff has the exclusive right to use that name as a service mark in the relevant field of commerce, in this case, environmental education programs. Defendants' misappropriation of Plaintiff's mark for use in connection with those services infringes on Plaintiff's exclusive right and is irreparably damaging to Plaintiff.

   (3) Defendants' use of Plaintiff's "CARITAS CREEK' service mark is harmful to the public interest because the public associates the mark with Plaintiff and is therefore likely to believe, erroneously, that Plaintiff has sponsored, endorsed or approved the services offered by Defendants. A likelihood of confusion between competing services offered under identical service marks is always damaging to the public interest, but is especially damaging to the public interest in this case because there are critical differences between the parties' programs and services involving the eligibility of, standards of conduct for, counselors and staff employees in relation to the children enrolled in the parties' programs. The likelihood of confusion in the

present case therefore implicates the public interest in a safe and healthy environment for children.

In support of this Motion, Plaintiff will rely on the supporting memorandum of points and authorities filed herewith, the Verified Complaint and Demand for Jury Trial, including the Complaint Exhibits, and such additional evidence and testimony as may be admitted at or in advance of the hearing in support of this motion.

Respectfully submitted,

Dated: May 18, 2007.

SCHNADER HARRISON SEGAL & LEWIS LLP

By _/s/ Matthew F. Miller_
MATTHEW F. MILLER
BRUCE A. McDONALD (*pro hac vice* Application Pending)
Attorneys for Plaintiff CATHOLIC CHARITIES CYO

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

-3-
PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.*    SFDATA 626048_1