MATTHEW F. MILLER (State Bar No. 172661)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Fax: (415) 364-6785
Email: mmiller@schnader.com

BRUCE A. McDONALD, *pro hac vice* application pending
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 2006
Telephone: (202) 419-4235
Fax: (202) 419-3454
Email: bmcdonald@schnader.com

Attorneys for Plaintiff CATHOLIC CHARITIES CYO

ORIGINAL FILED
07 MAY 18 PM 3:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC CHARITIES CYO, a California non-profit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MARY W. GORDON, a California resident; ERIK "WITAKE" OBERG, a California resident; EMILY WOOD ORDWAY, a California resident; PAULA PARDINI, a California resident; and CARITAS CREEK, a California corporation; <br><br> Defendants. | Case No. C 07 2658 MF MEJ <br><br> CERTIFICATE OF SERVICE |

/////
/////
/////

CERTIFICATE OF SERVICE
*Catholic Charities CYO v. Mary M. Gordon, et al.*

SFDATA 626068_1

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is SCHNADER HARRISON SEGAL & LEWIS LLP, One Montgomery Street, Suite 2200, San Francisco, California 94104-5501. I caused to be served the following document:

**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I caused the above document to be served on each person on the Service List attached by the following means:

☒ **I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on May 18, 2007, following the ordinary business practice; addressed as follows: SEE SERVICE LIST ATTACHED.** *(Indicated on the attached address list by an [M] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on May 18, 2007, for guaranteed delivery on the next business day following the ordinary business practice, addressed as follows: SEE SERVICE LIST ATTACHED. *(Indicated on the attached address list by an [FE] next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on May 18, 2007, to the party and facsimile number listed as follows: SEE SERVICE LIST ATTACHED. *(Indicated on the attached address list by an [F] next to the address.)*

☐ I enclosed a true and correct copy of said documents in an envelope, and consigned it for hand delivery on May 18, 2007, addressed as follows: SEE SERVICE LIST ATTACHED. *(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business. Executed on May 18, 2007, at San Francisco, California.

_____
Tom Turner

-2-

CERTIFICATE OF SERVICE
*Catholic Charities CYO v. Mary M. Gordon, et al.*

SFDATA 626068_1

# Service List

| Key: | [M] Delivery by Mail | [FE] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | [FH] Delivery by Facsimile and Hand |

| | | | |
|---|---|---|---|
| [M] | Mrs. Paula M. Pardini<br>99 Monte Cresta Avenue, #C<br>Oakland, CA 94611 | [M] | Mr. Erik "Witakae" Oberg<br>P.O. Box 246<br>Occidental, CA 95465 |
| [M] | Ms. Emily Wood Ordway<br>108 Westfield Circle<br>Sebastopol, CA 95475 | [M] | Mark Swendsen, Esq.<br>The Alexander Mansion<br>660 South Fitch Mountain Road<br>Healdsburg, CA 95448-4606 |
| [M] | Caritas Creek<br>99 Monte Cresta Avenue, #C<br>Oakland, CA 94611 | [M] | Caritas Creek<br>c/o Justus Dobrin, Registered Agent<br>302 Laurel Avenue #1<br>Mill Valley, CA 94941 |
| [M] | Bruce A. McDonald, Esq.<br>Schnader Harrison Segal & Lewis LLP<br>2001 Pennsylvania Avenue, N.W., Suite 300<br>Washington, D.C. 2006<br>T: 202-419-4235<br>F: 202-419-3454 | | |

-3-

CERTIFICATE OF SERVICE
*Catholic Charities CYO v. Mary M. Gordon, et al.*

SFDATA 626068_1