MATTHEW F. MILLER (State Bar No. 172661)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Fax: (415) 364-6785
Email: mmiller@schnader.com

BRUCE A. McDONALD, *pro hac vice* application pending
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 2006
Telephone: (202) 419-4235
Fax: (202) 419-3454
Email: bmcdonald@schnader.com

Attorneys for Plaintiff CATHOLIC CHARITIES CYO

FILED
07 MAY 22 PM 12:10
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHOLIC CHARITIES CYO, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MARY W. GORDON, a California resident; ERIK "WITAKE" OBERG, a California resident; EMILY WOOD ORDWAY, a California resident; PAULA PARDINI, a California resident; and CARITAS CREEK, a California corporation,<br><br>Defendants. | Case No. C 07 2658 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

/////

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 21, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Matthew F. Miller

MATTHEW F. MILLER
Attorneys for Plaintiff
CATHOLIC CHARITIES CYO

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is SCHNADER HARRISON SEGAL & LEWIS LLP, One Montgomery Street, Suite 2200, San Francisco, California 94104-5501. I caused to be served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

I caused the above document(s) to be served on each person on the Service List attached by the following means:

☒ **I enclosed a true and correct copy of said document(s) in an envelope and placed it for collection and mailing with the United States Post Office on May 22, 2007, following the ordinary business practice; addressed as follows:  SEE SERVICE LIST ATTACHED.** *(Indicated on the attached address list by an [M] next to the address.)*

☐ I enclosed a true and correct copy of said document(s) in an envelope, and placed it for collection and mailing via Federal Express on May 22, 2007, for guaranteed delivery on the next business day following the ordinary business practice, addressed as follows:  SEE SERVICE LIST ATTACHED. *(Indicated on the attached address list by an [FE] next to the address.)*

☐ I consigned a true and correct copy of said document(s) for facsimile transmission on May 22, 2007, to the party and facsimile number listed as follows: SEE SERVICE LIST ATTACHED. *(Indicated on the attached address list by an [F] next to the address.)*

☐ I enclosed a true and correct copy of said document(s) in an envelope, and consigned it for hand delivery on May 22, 2007, addressed as follows: SEE SERVICE LIST ATTACHED. *(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business. Executed on May 22, 2007, at San Francisco, California.

*/s/ Tom Turner*
Tom Turner

---

-3-

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
*Catholic Charities CYO v. Mary M. Gordon, et al.*                                           SFDATA 626083_1

## Service List

| Key: | [M] Delivery by Mail | [FE] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | [FH] Delivery by Facsimile and Hand |

| | | | |
|---|---|---|---|
| [M] | Mrs. Paula M. Pardini<br>99 Monte Cresta Avenue, #C<br>Oakland, CA 94611 | [M] | Mr. Erik "Witakae" Oberg<br>P.O. Box 246<br>Occidental, CA 95465 |
| [M] | Ms. Emily Wood Ordway<br>108 Westfield Circle<br>Sebastopol, CA 95475 | [M] | Mark Swendsen, Esq.<br>The Alexander Mansion<br>660 South Fitch Mountain Road<br>Healdsburg, CA 95448-4606 |
| [M] | Caritas Creek<br>99 Monte Cresta Avenue, #C<br>Oakland, CA 94611 | [M] | Caritas Creek<br>c/o Justus Dobrin, Registered Agent<br>302 Laurel Avenue #1<br>Mill Valley, CA 94941 |
| [M] | Bruce A. McDonald, Esq.<br>Schnader Harrison Segal & Lewis LLP<br>2001 Pennsylvania Avenue, N.W., Suite 300<br>Washington, D.C. 2006<br>T: 202-419-4235<br>F: 202-419-3454 | | |

-4-

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
*Catholic Charities CYO v. Mary M. Gordon, et al.*

SFDATA 626083_1