IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC CHARITIES, | No. C 07-02658SI |
| Plaintiff, | **NOTICE** |
| v. | |
| MARY M. GORDON, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, September 7, 2007, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Plaintiff's Motion for Preliminary Injunction shall be scheduled for oral argument on Friday, July 6, 2007, at 9:00 a.m.



Dated: May 31, 2007    RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk