MATTHEW F. MILLER (State Bar No. 172661)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Fax: (415) 364-6785
Email: mmiller@schnader.com

BRUCE A. McDONALD, *pro hac vice* application pending
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 2006
Telephone: (202) 419-4235
Fax: (202) 419-3454
Email: bmcdonald@schnader.com

Attorneys for Plaintiff CATHOLIC CHARITIES CYO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC CHARITIES CYO, a California non-profit corporation,<br><br>    Plaintiffs,<br><br> v.<br><br>MARY W. GORDON, a California resident; ERIK "WITAKE" OBERG, a California resident; EMILY WOOD ORDWAY, a California resident; PAULA PARDINI, a California resident; and CARITAS CREEK, a California corporation;<br><br>    Defendants. | Case No.<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY BRUCE A. McDONALD *PRO HAC VICE*** |

  BRUCE A. McDONALD, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is Schnader Harrison Segal & Lewis LLP, The James Monroe Building, 2001 Pennsylvania Avenue, NW, Suite 300, Washington,

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY BRUCE A. McDONALD PRO HAC VICE
*Catholic Charities CYO v. Mary M. Gordon, et al.*  SFDATA 626055_1

1  D.C. 20006-1825, (202) 419-4200, having applied in the above-entitled action for admission to
2  practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff,
3  Catholic Charities CYO,
4      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
5  conditions of Civil L.R.11-3. All papers filed by the attorney must indicate appearance *pro hac*
6  *vice*. Service of papers upon and communication with co-counsel designated in the application
7  will constitute notice to the party. All future filings in this action are subject to the requirements
8  contained in General Order No. 45, *Electronic Case Filing*.

10 Dated: _____, 2007.

                                              _____
                                                    United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY BRUCE A. McDONALD PRO HAC VICE
*Catholic Charities CYO v. Mary M. Gordon, et al.*      SFDATA 626055_1