MATTHEW F. MILLER (State Bar No. 172661)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Fax: (415) 364-6785
Email: mmiller@schnader.com

BRUCE A. McDONALD (*pro hac vice* Application Pending)
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 2006
Telephone: (202) 419-4235
Fax: (202) 419-3454
Email: bmcdonald@schnader.com

Attorneys for Plaintiff CATHOLIC CHARITIES CYO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC CHARITIES CYO, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MARY W. GORDON, a California resident; ERIK "WITAKE" OBERG, a California resident; EMILY WOOD ORDWAY, a California resident; PAULA PARDINI, a California resident; and CARITAS CREEK, a California corporation;<br><br>Defendants. | Case No.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff's Motion for Preliminary Injunction having come before the Court for consideration; the Court having considered Plaintiff's Verified Complaint and Jury Demand, and Exhibits thereto, as well as the memorandum of points and authorities filed by Plaintiff in

-2-

support of its Motion; the Court having considered Defendants' opposition thereto and otherwise being duly advised, it is hereby ORDERED that Plaintiff's Motion is granted, it further ORDERED that:

(1) Pending a trial on the merits in this case, Defendants and their officers, directors, agents, owners, employees, distributors and attorneys, and all persons acting by, under, or in concert with them or with any of them, are hereby preliminarily enjoined from further use of Plaintiff's service mark "CARITAS CREEK" in connection with environmental education and summer camp programs, including but not limited to use of that mark in any advertising or promotion, in any letterhead, sign, advertising or promotion, or business listings, either in print, broadcast, electronic or other forms, either separately or in composition form with other words;

(2) ORDERED that, pending a trial on the merits in this case, Defendants shall remove or cause the removal of the term "CARITAS CREEK" from all premises, facilities, websites and other objections, places and things owned or controlled by Defendants; and

(3) ORDERED that the injunctive portions of this Order shall become effective IMMEDIATELY upon the posting by Plaintiff of a surety or other bond acceptable to the Clerk of the Court in the amount of $_____.

Date: June _____, 2007.

_____
UNITED STATES DISTRICT JUDGE