| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SCHNADER HARRISON SEGAL & LEWIS<br>ATTORNEYS AT LAW<br>MATTHEW F. MILLER - SBN # 172661<br>1 MONTGOMERY STREET, #2200<br>SAN FRANCISCO, CA 94104-5504 | (415) 364-6700<br><br>REFERENCE NUMBER<br>0G951485-01 | |
| ATTORNEY FOR (NAME) CATHOLIC CHARITIES CYO | | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, | | |

SHORT NAME OF CASE
CATHOLIC CHARITIES CYO vs. MARK M. GORDON ET AL

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C072658MEJ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

**Name:** MARY M. GORDON

**Date of Delivery:** 06/10/07
**Time of Delivery:** 07:50 am

**Place of Service:** 366 BROADMOOR BOULEVARD
SAN LEANDRO, CA 94577              (Residence)

**Physical Description:**

| AGE: | 50'S | HAIR: | BROWN | HEIGHT: | 5'4" | RACE: | C |
| SEX: | FEMALE | EYES: | BROWN | WEIGHT: | 140 LBS | | |

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:**   [X] Federal Rules of Civil Procedure
                          [ ] California Code of Civil Procedure

**Fee for service:** $ 57.13

---

[X] Registered: ALAMEDA County,
Number: 896
**Attorney's Diversified Services**
3640 Grand Ave. Suite 206
OAKLAND, CA 94610
(510) 835-9176     Client File # 0999908-1234
30B/0G951485-01             PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: June 20, 2007
at: Oakland, CA 94610, California.

Signature: _____
Name: FLOR CORTEZ
Title: INDEPENDANT REGISTERED PROCESS SERVER

LIST OF DOCUMENTS
CASE #: C072658MEJ
CASE NAME: CATHOLIC CHARITIES CYO V GORDON

- SUMMONS IN A CIVIL CASE
- CIVIL COVER SHEET
- VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL
- WELCOME TO THE U.S. DISTRICT COURT
- ECF REGISTRATION INFORMATION HANDOUT
- PLAINIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUCNTION
- REASSIGNMENT ORDER
- PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
- [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
- CERTIFICATE OF SERVICE
- APPLICATION FOR ADMISSION OF ATTORNEY BRUCE A. MCDONLAD PRO HAC VICE
- [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY BRUCE A. MCDONALD PRO HAC VICE
- DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
- NOTICE
- CASE MANAGEMENT CONFERENCE ORDER

G951485