| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SCHNADER HARRISON SEGAL & LEWIS ATTORNEYS AT LAW<br>MATTHEW F. MILLER - SBN # 172661<br>1 MONTGOMERY STREET, #2200<br>SAN FRANCISCO, CA 94104-5504 | (415) 364-6700 | |
| ATTORNEY FOR (NAME): CATHOLIC CHARITIES CYO | REFERENCE NUMBER<br>0G951485-03 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
CATHOLIC CHARITIES CYO vs. MARK M. GORDON ET AL

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C072658MEJ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action:

I served the:
SEE ATTACHED LIST OF DOCUMENTS;

**Name of Defendant:** CARITAS CREEK, a California Corporation, by serving PAULA PARDINI, Corporate Secretary
**Person Served:** RICKY "DOE" (REFUSED LAST NAME)
**Title:** COMPETENT ADULT

**Date of Delivery:** 06/14/07
**Time of Delivery:** 08:05 am

**Place of Service:** 99 MONTE CRESTA AVE # C
OAKLAND, VA 94611                               (Residence)

**Date of Mailing:** 06/19/07
**Place of Mailing:** OAKLAND

**Physical Description:**
| AGE: | 30'S | HAIR: | BALD | HEIGHT: | 6' | RACE: | WHITE |
| SEX: | MALE | EYES: | BROWN | WEIGHT: | 160 | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**  [X] Federal Rules of Civil Procedure
                          [ ] California Code of Civil Procedure

**Fee for service:** $ 60.93

[X] Registered: ALAMEDA County,
Number:
Attorney's Diversified Services
3640 Grand Ave. Suite 206
OAKLAND, CA 94610
(510) 835-9176    Client File # 0999908-1234
30C/0G951485-03          PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: June 21, 2007
at: Oakland, CA 94610, California.
Signature:
Name: PAUL HOLLINS
Title: REGISTERED PROCESS SERVER

LIST OF DOCUMENTS
CASE #: C072658MEJ
CASE NAME: CATHOLIC CHARITIES CYO V GORDON

- SUMMONS IN A CIVIL CASE
- CIVIL COVER SHEET
- VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL
- WELCOME TO THE U.S. DISTRICT COURT
- ECF REGISTRATION INFORMATION HANDOUT
- PLAINIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUCNTION
- REASSIGNMENT ORDER
- PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
- [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
- CERTIFICATE OF SERVICE
- APPLICATION FOR ADMISSION OF ATTORNEY BRUCE A. MCDONLAD PRO HAC VICE
- [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY BRUCE A. MCDONALD PRO HAC VICE
- DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
- NOTICE
- CASE MANAGEMENT CONFERENCE ORDER

G951485