| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SCHNADER HARRISON SEGAL & LEWIS<br>ATTORNEYS AT LAW<br>MATTHEW F. MILLER - SBN # 172661<br>1 MONTGOMERY STREET, #2200<br>SAN FRANCISCO, CA 94104-5504 | (415) 364-6700 | |
| | REFERENCE NUMBER<br>0F258895-03 | |
| ATTORNEY FOR (NAME): CATHOLIC CHARITIES CYO | | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, | | |

SHORT NAME OF CASE
CATHOLIC CHARITIES CYO vs. MARY M. GORDON ET AL

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>C072658MEJ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SEE ATTACHED LIST OF DOCUMENTS;

**Name of Defendant:** CARITAS CREEK, A CALIFORNIA CORPORATION, by serving Mark Swendsen
**Person Served:** MARLENE SWENDSEN
**Title:** Spouse of Mark Swendsen

**Date of Delivery:** 06/14/07
**Time of Delivery:** 09:05 am

**Place of Service:** 660 S FITCH MOUNTAIN ROAD
HEALDSBURG, CA 95448    (Business)

**Date of Mailing:** 06/14/07
**Place of Mailing:** SANTA ROSA

**Physical Description:**

| AGE: | 60 | HAIR: | BLACK | HEIGHT: | 5'6" | RACE: | C |
| SEX: | FEMALE | EYES: | HAZEL | WEIGHT: | 120 LBS | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:** [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 102.13

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: SONOMA County,
Number: P-293
Attorney's Diversified Services
1424 21st Street
Sacramento, CA 95814
(916) 441-4396    CLIENT FILE # 099908-1234
30C/0F258895-03    PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: June 21, 2007
at: SANTA ROSA, California.
Signature: [signed]
Name: J. REED
Title: REGISTERED PROCESS SERVER

LIST OF DOCUMENTS
CASE #: C072658MEJ
CASE NAME: CATHOLIC CHARITIES CYO V GORDON

- SUMMONS IN A CIVIL CASE
- CIVIL COVER SHEET
- VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL
- WELCOME TO THE U.S. DISTRICT COURT
- ECF REGISTRATION INFORMATION HANDOUT
- PLAINIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUCNTION
- REASSIGNMENT ORDER
- PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
- [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
- CERTIFICATE OF SERVICE
- APPLICATION FOR ADMISSION OF ATTORNEY BRUCE A. MCDONLAD PRO HAC VICE
- [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY BRUCE A. MCDONALD PRO HAC VICE
- DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
- NOTICE
- CASE MANAGEMENT CONFERENCE ORDER

G951485