MATTHEW F. MILLER (State Bar No. 172661)
**SCHNADER HARRISON SEGAL & LEWIS LLP**
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Fax: (415) 364-6785
Email: mmiller@schnader.com

BRUCE A. McDONALD, *pro hac vice*
**SCHNADER HARRISON SEGAL & LEWIS LLP**
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 2006
Telephone: (202) 419-4235
Fax: (202) 419-3454
Email: bmcdonald@schnader.com

Attorneys for Plaintiff **CATHOLIC CHARITIES CYO**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**CATHOLIC CHARITIES CYO,** a California non-profit corporation,

　　　　　　Plaintiffs,

　　v.

**MARY W. GORDON,** a California resident; **ERIK "WITAKE" OBERG,** a California resident; **EMILY WOOD ORDWAY,** a California resident; **PAULA PARDINI,** a California resident; and **CARITAS CREEK,** a California corporation;

　　　　　　Defendants.

Case No.  C 07-02658 SI

**STIPULATED MOTION AND [PROPOSED] ORDER FOR CONTINUATION OF HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ASSOCIATED DATES**

　　　　Defendant Paula Pardini having been duly served on June 14, 2007, with copies of the Summons, Complaint and Plaintiff's Motion for Preliminary Injunction and supporting papers, the parties hereby jointly move the Court, pursuant to Civil Local Rule 6-2, for a continuation of the hearing on Plaintiff's Motion for Preliminary Injunction, currently scheduled for July 6, 2007, and for an extension of the Defendants' deadline to file their opposition to Plaintiff's

STIPULATED MTN FOR CONTINUANCE OF HRG ON PLAINTIFF'S MTN FOR PRELIMINARY INJUNCTION AND ASSOCIATED DATES
*Catholic Charities CYO v. Mary M. Gordon, et al.,* Case No. C 07-02658 SI

SFDATA 626573_3

Motion and their answer to Plaintiff's Complaint. As grounds for this Motion, the parties submit

that Defendants have just engaged trial counsel and have requested additional time to evaluate

and respond to Plaintiff's Complaint and Motion.

WHEREFORE, the parties propose the following dates if the latter are acceptable to the

Court:

Defendants to answer Plaintiff's Complaint:    July 27, 2007

Defendants to respond to Plaintiff's Motion
for Preliminary Injunction:    July 27, 2007

Plaintiff to file its reply to Defendants'
Response to Preliminary Injunction Motion:    August 3, 2007

Hearing on Plaintiff's Motion for
Preliminary Injunction:    August 17, 2007

Respectfully submitted:

CATHOLIC CHARITIES CYO

By: _____
MATTHEW F. MILLER
(State Bar No. 172661)
**SCHNADER HARRISON SEGAL &
LEWIS LLP**
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Fax: (415) 364-6785
Email: mmiller@schnader.com

BRUCE A. McDONALD, *pro hac vice*
**SCHNADER HARRISON SEGAL &
LEWIS LLP**
2001 Pennsylvania Ave., N.W., Ste. 300
Washington, D.C. 2006
Telephone: (202) 419-4235
Fax: (202) 419-3454
Email: bmcdonald@schnader.com

MARY W. GORDON, ERIK "WITAKE"
OBERG, EMILY WOOD ORDWAY,
PAULA PARDINI, and CARITAS CREEK

By: _____
PAUL W. VAPNEK
(State Bar No. 36576)
**TOWNSEND AND TOWNSEND AND
CREW LLP**
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111-3834
Telephone: (415) 576-0200
Fax: (415) 576-0300
Email: pwvapnek@townsend.com

-2-

STIPULATED MTN FOR CONTINUANCE OF HRG ON PLAINTIFF'S MTN FOR PRELIMINARY
INJUNCTION AND ASSOCIATED DATES
*Catholic Charities CYO v. Mary M. Gordon, et al.* Case No. C 07-02658 SI

SFDATA 626573_3

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

1

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4     _____                    _____
      Date                                        The Hon. Susan Illston

5                                                 UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MTN FOR CONTINUANCE OF HRG ON PLAINTIFF'S MTN FOR PRELIMINARY
INJUNCTION AND ASSOCIATED DATES
*Catholic Charities CYO v. Mary M. Gordon, et al.* Case No. C 07-02658 SI

SFDATA 626573_3