TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: pwvapnek@townsend.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC CHARITIES CYO, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARY W. GORDON, A California resident; ERIK "WITAKE" OBERG, a California resident; EMILY WOOD ORDWAY, a California resident; PAULA PARDINI, a California resident; and CARITAS CREEK, a California corporation;<br><br>Defendants. | Case No.  C 07-02658 SI<br><br>**NOTICE OF APPEARANCE** |

Paul W. Vapnek, of Townsend and Townsend and Crew LLP, hereby enters his appearance as attorney of record for defendants, Mary W. Gordon, Erik "Witake" Oberg, Emily Wood Ordway, Paula Pardini, and Caritas Creek.

Dated: July 3, 2007

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Paul W. Vapnek

Attorneys for Defendants MARY W. GORDON, ERIK "WITAKE" OBERG, EMILY WOOD ORDWAY, PAULA PARDINI, and CARITAS CREEK

61092003 v1