# EXHIBIT 1

AN AGREEMENT BETWEEN CARITAS CREEK AND THE CATHOLIC YOUTH
ORGANIZATION OF THE SAN FRANCISCO ARCHDIOCESE CONCERNING
AN ENVIRONMENTAL EDUCATION PROGRAM

The agreement reached between Caritas Creek and C.Y.O. concerning the ownership and operation of Caritas Creek's Environmental Education Program will take effect September 6, 1983. On that date:

Caritas Creek will present to C.Y.O.:

- A complete Environmental Education File system.

- Expert knowledge in the operations of an Environmental Education Program.

- Past and present personnel records.

- A list of present and potential school clientele.

C.Y.O. will:

- Offer "first refusal rights" to former Caritas Creek Environmental Education Directors for any C.Y.O. Environmental Education Director postitions.

- Allow Directors to hire Teacher/Naturalist staff.

- Allow Directors to operate and maintain the Environmental Education Program to the standards established by Caritas Creek.

- Absorb the balance of Caritas Creek's 1982-1983 McGucken Center's debt.

It is understood by both organizations that program name recognition is important to the longevity of the Environmental Education Program. Therefore, it is agreed that the new program will be known as CARITAS-CYO Environmental Education program.

It is further understood that Caritas Creek will maintain ownership of its present sports, recreational, and environmental equipment. Should C.Y.O. choose to make use of Caritas Creek equipment, fair and reasonable compensation will be agreed upon by both organizations.

Be it known that as of September 6, 1983, Caritas Creek will not be responsible for any or all debts incurred by C.Y.O. in any of its future operations and concurrently, C.Y.O. will not be responsible for any or all debts incurred by Caritas Creek in any of its future operations.

As representatives for our respective organizations, I consent to the above agreement.

_____    _____
Caritas Creek                              Catholic Youth Organization

## EXHIBIT 1