

**CARITAS CREEK**
Environmental Education Program
P.O. Box 23921   Oakland, Ca. 94623

AN OPEN LETTER TO C.Y.O. FROM CARITAS CREEK

"What makes these people special in my eyes and deserving of my wholehearted suppoet in this endeavor? It is their dedication to put their beliefs into practice, which I have personally observed over the years. They believe that all children from every conceivable background, race, religion, and economic status can learn from each other and live in harmony."
Pat Miller - Parent.

We, of Caritas Creek, have planned an exciting Environmental Education Program for students that contain:

   --an investigatative approach which stresses the interdependence
     of people and nature.

   --a multi-disciplinary curriculum.

   --a living situatuon which promotes a sense of personal
     worth as well as respect for the rights of others.

Caritas Creek's goal is to create opportunities for children to broaden an awareness of themselves and their relationship with all people and their environment. Caritas Creek feels the best way to achieve its' goals are:

*  To reach out to young people from a full spectrum of social,
   economic, ethnic, and religious backgrounds.

*  To teach environmental education and communication skills
   in a non-competitive, self challenge, and supportive atmosphere.

*  To maintain a "small group" experience(approximately 60-80
   students per onesite week).

*  To maintain a classroom preparation and follow-up visit format.

*  To maintain a 5 day on-site week format.

*  To maintain a 1:10 ratio of teaching staff to students.

*  To maintain a 1:6 ratio of counseling staff to students.

*  To maintain the Environmental Education Program Director's
   rights and priveledges in the hiring/firing of Teacher/Naturalist
   staff.

*  To have exclusive use of the McGucken Center during an on-site
   school program.

**EXHIBIT 2**

Children learn best what the experience and discover themselves. Caritas Creek's staff will be available to students and teachers in their classrooms to prepare experientially and philosophically for the Outdoor Education Program. Our intention is twofold: to arouse interest in the curriculum of our environmental studies program and to establish a rapport that will aid us in our effectiveness with the children.

Readiness materials and experience include:

1. Program preview for faculty and/or parents

2. Classroom preparation units conducted by Caritas Creek staff

3. Classroom follow-up units conducted by Caritas Creek staff.

4. Classroom preparation and follow-up units for teachers.

5. Student and parent preparation packet

6. Guide for fundraising techniques--independently financed by participating groups.

7. Policy/Philosophy in regard to selection of counselors.


Caritas Creek believes its' Outdoor Education Program has a positive effect on the community. Benefits to participants include:

BENEFITS TO PARTICIPANTS

Benefits to Students

1. The child's motivation for learning is enhanced.

2. The child understands and accepts a responsibility for preserving the environment.

3. Education becomes relevant to the child's everyday experience.

4. Bonds between children of different socio-economic and cultural backgrounds are encouraged.

5. Modeling of supportive relationships amongst the adult team is provided.

Benefits to Teachers

1. Relationships with professional staff outside the immediate school group.

   a. New information available
   b. Team teaching
   c. Supportive peer relationships

2. Freedom to respond to children's needs (personal and academic) because they are not directly responsible for curriculum.

3. New insights into dealing with children from observation of other adults.

4. Opportunity to relate to students as total persons.

5. Opportunity to observe students in a different setting.

Benefits to School

1. A continual influx of environmental and interpersonal knowledge is provided.

2. Alternatives to current attitudes and life styles will be offered to community members.