TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
JOHN E. LORD (State Bar No.216111)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: pwvapnek@townsend.com
       jelord@townsend.com
       jmschvimmer@townsend.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC CHARITIES CYO, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARY M. GORDON, A California resident; ERIK "WITAKAE" OBERG, a California resident; EMILY WOOD ORDWAY, a California resident; PAULA PARDINI, a California resident; and CARITAS CREEK, a California corporation;<br><br>Defendants. | Case No. C 07-02658 SI<br><br>DECLARATION OF PAULA M. PARDINI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>DATE:   August 17, 2007<br>TIME:   9:00 a.m.<br>DEPT:   Courtroom 10, 19th Floor<br>JUDGE:  The Honorable Susan Illston |

I, Paula M. Pardini, declare as follows:

    1.    I am over 18 years of age and am competent to give this Declaration. The facts stated in this Declaration are known to me personally except as otherwise stated herein. If called as a witness in this matter I would be competent to testify concerning them.

    2.    My name is Paula M. Pardini. I am a founding member of Caritas Creek and a former director of the program. I was involved with Caritas Creek for a period of over 25 years, from its

origination until 2000. I submit this declaration based on my personal knowledge of the matters set forth herein.

3. I am a graduate of Holy Names College, where I earned a degree in Sociology and Psychology. I taught in Oakland's inner city Catholic Diocesan schools for nine years, and I received a California Lifetime Teaching Credential. I also have many graduate units in Environmental Education from California State Hayward (now California State College East Bay). I earned my Master's degree in Education from University of San Francisco's Institute in Catholic Educational Leadership and an Administrative Service Credential. Additionally, before my experience with Caritas Creek, I was Associate Director of a summer camp for two years and founded and led a travel and environmental education camp from 1972 - 1974.

4. The idea for Caritas Creek came to me in or around 1975. At the time, I was working during the school year as a teacher in Oakland's inner city Catholic schools while serving as the Assistant Director of a private ranch camp during the summers. The children attending the summer camp tended to come from very affluent families while the children attending the school primarily came from far less privileged backgrounds. I felt that it was important that these two groups of children be brought together to share perspectives and explore their common ground.

5. Also in 1975, I began to speak to friends and educators who shared similar interests and philosophies regarding what an outdoor education and summer experience could offer young people. A group of us decided to apply our ideas and create a camping experience that would bring children from diverse backgrounds together in an arena that would focus on spiritual matters and the outdoor world.

6. On October 31, 1975, Frank Sottile, Sally Hartman, Mary Gordon, Greg Gordon and I, along with several others, incorporated as the non-profit Caritas Creek, with Frank, Sally, and I serving as the Board of Directors. We selected the name after much thought. *"Caritas"* is a Latin word for "Charity" or "God's Love," and we have interpreted it for the public as "The Spirit of Love in Friendship." We located and leased Mendocino Woodlands, a redwood forest camp, and we began having camp sessions both during the school year and the summer.

7. I acted as Director of Caritas Creek from 1975 to 2000.

8. Several of the founding members of Caritas Creek had been a part of the Catholic school system in the Oakland Diocese, and the School Department provided us with wholehearted support on many levels - from the Superintendent's Office to the varied school site principals. As example, some principals helped us recruit campers from such diverse areas as Oakland's inner city to San Ramon Valley suburbs to fill the first summer camp. Two of the inner city schools gave us free office space during the first few years. Two schools gave us their 6th grades in Spring of 1976 to run a pilot program for the outdoor education session.

9. The first interaction between Catholic Charities CYO ("CYO") and Caritas Creek occurred in or around the fall of 1976. I met Father Michael D. Harriman, the then Associate Director of CYO. Fr. Harriman was intrigued by the notion and goals of Caritas Creek, and he volunteered three years of his time to facilitate sessions for our founding members. In or around 1979, Fr. Harriman convinced us to rent the CYO campgrounds for our outdoor education sessions, called the Caritas Creek Environmental Education Program ("Caritas Creek EEP"). During that time, we continued to operate our summer camp in Mendocino.

10. The Caritas Creek EEP grew as it developed a reputation in the community for quality programming. We received much support from the Catholic schools, as they felt Caritas Creek met their need for an outdoor education program with a spiritual base. We supported Catholic schools by enhancing each student's sense of who God was in their individual lives through reflective opportunities, particularly in sessions that we called "Serendipities." Public schools were also drawn to us because of our teachings of diverse expressions of spirituality.

11. In or about the Fall of 1983, after a successful four year run of renting the facilities at CYO for Caritas Creek EEP, the groups decided to work together on a more formal basis, using Caritas Creek's program and people with CYO's financial and legal support. After the conclusion of the 1984 summer camp session, we ceased holding the summer camp in Mendocino and operated the program exclusively through the CYO facility in Occidental.

12. During the first two years after we began operating the camp at Occidental, the General Director of the CYO acknowledged openly that CYO's summer camp program was floundering. I was asked to observe the camp run by CYO and make suggestions for improvement. Once I provided

those recommendations, I was asked to bring the vision of Caritas Creek to the CYO summer camp. At first I refused the offer, but after aggressive recruitment from the CYO administration, I agreed to direct the new "Outdoor Ministry" division of the CYO and provide a year-round vision for outdoor programs, including the Caritas Creek EEP run out of the CYO facility, the CYO Camp Armstrong (the summer camp), and the Ropes Course. The members of Caritas Creek turned all of their energies to the operation of the camp in Occidental, with even those members who were not directly working in the program continuing to provide interest, ideas, and support.

13. Our relocation of Caritas Creek EEP from Mendocino to CYO at Occidental worked to the benefit of both parties. CYO provided Caritas Creek with financial support, while Caritas Creek both provided CYO with a much needed environmental education program and paid rent which provided a steady income flow from which CYO could meet facility management and improvement costs.

14. It was at all times our understanding that the philosophy, direction, and design of the Caritas Creek EEP was to be under our control. We understand that Caritas Creek would no longer have sole autonomy over financial decisions because of the funding by CYO, but we were clear in our communications with CYO that we were to continue leadership and control of the program. CYO had no input into the leadership of Caritas Creek EEP; it only was involved with financial and legal matters. We informed CYO that we were not interested in being involved corporately as that would take our focus away from the program.

15. The arrangement between Caritas Creek and CYO went well for many years, with each entity continuing to play its role - Caritas Creek attended to the camp while CYO was involved in financial matters. However, as the CYO administrators who made the arrangements with Caritas Creek began to leave the agency and be replaced by new staff, conflict began to arise. Caritas Creek's program directors came to be expected to participate in CYO at the corporate level, taking valuable time away from camp leadership and programming. Caritas Creek members were expected to bear the time burden of dual responsibilities.

16. It became apparent to the Caritas Creek founding members that Caritas Creek EEP was being compromised. Requests to CYO administration were ignored or refuted. Costs to use the

Occidental facility kept increasing and seemed unjust. In or about 1995, the Caritas Creek leadership conducted an independent survey amongst other Bay Area environmental education programs. The intent was to get comparison figures, and ultimately we discovered that CYO was charging Caritas Creek more per person usage than we would have paid at other facilities. The Caritas Creek leadership seriously considered withdrawing Caritas Creek EEP from CYO at that time to be rid of the extra financial burden and the program time interference.

17. Eventually I became exhausted and disillusioned in my role as Director of Caritas Creek. I was told many times by the Associate Director that he felt similarly. We planned to exit Caritas Creek in a timely manner so that the program would not be jeopardized, and so that we would have the time to further train the newest Caritas Creek administrator, Paul Raia.

18. I was in the process of securing another position as principal of an Oakland Diocesan Catholic school, when I was forced by CYO administration to resign from Caritas Creek in March 2000. The associate director resigned shortly thereafter. Paul Raia, who was raised within the Caritas Creek EEP tradition at both Mendocino and Occidental, was CYO's chosen replacement as director.

19. Paul Raia stayed true to the Caritas Creek philosophy and mission, and as a result, was forced to resign in January 2007. The remaining Caritas Creek staff was fired at that time.

20. Throughout Paul Raia's tenure, he conferred with me frequently regarding the leadership of Caritas Creek EEP, its program, and its relationship with CYO. I continued to refer schools and campers to Caritas Creek EEP, as I knew that Paul was being as loyal as was humanly possible to the Caritas Creek vision. It was important to the founding members that campers would continue to receive the unique quality experience that the community had come to associate with Caritas Creek.

21. In January 2007, after the mass firing of Caritas Creek staff, Mary Gordon and I were contacted by distraught members of that staff. They unequivocally understood that Caritas Creek EEP was shut down and CYO was not interested in the name or logo, and certainly, was not interested in the program. It was made clear by CYO administration that CYO would not be attempting to continue the Caritas Creek program. At this point, we believed that there had been a complete break between Caritas Creek and CYO.

22. Starting after the split between Caritas Creek and CYO, I began to be contacted by many school principals and teachers who were eager to have us continue Caritas Creek EEP in its traditional format.

23. Based on CYO's actions and statements concerning their decision to no longer conduct the Caritas Creek program, a number of the original founders, along with current staff members, chose to continue Caritas Creek EEP at a new site, and thus the corporation was revived.

24. The reputation of Caritas Creek EEP is based on the unique character and leadership of the camp, along with the diverse camper population and the activities stressing both spiritual concerns and outdoor education. Caritas Creek EEP gained a national reputation through the Catholic Outdoor Ministry (COM) and the American Camping Association (ACA). Many Catholic camps sent their administrators and staff members to observe Caritas Creek in action, and many have modeled their programs after ours. ACA asked a group of the founding Caritas Creek members to present a workshop on "spiritually based outdoor educational programming" at its national conference, bringing national exposure to the reputation of Caritas Creek EEP and ensuring that people associate the name with our specific vision, leadership, and the unique experience had by over thirty years of Caritas Creek campers.

25. Many of the original founders have never ceased devoting their time and ideas to the development and evolution of Caritas Creek. Throughout the years, these members and staff have stayed invested in Caritas Creek and have contributed time, effort, inspiration, and validation to the program and the personnel. Those of us involved with Caritas Creek understood that the program and personnel remained under our leadership while CYO offered financial and legal support.

26. Caritas Creek has impacted thousands of young lives, campers and staff alike. Many young people's sense of who they are and the value system they have adopted were nurtured at Caritas Creek camps. Caritas Creek staff has been asked countless times by former campers for such things as advice on college and career prospects to being Confirmation sponsors and godparents to their children. "Caritas Creek" stands for something specific to these schools and families, and it would be completely misleading for CYO to offer a different environmental education experience under the Caritas Creek name.

27. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of July, 2007, at Oakland, California.

By: *Paula M. Pardini*
    Paula M. Pardini

61106419 v1