TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
JOHN E. LORD (State Bar No.216111)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:  pwvapnek@townsend.com
        jelord@townsend.com
        jmschvimmer@townsend.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC CHARITIES CYO, a California non-profit corporation,<br><br>              Plaintiff,<br><br>              v.<br><br>MARY M. GORDON, A California resident; ERIK "WITAKAE" OBERG, a California resident; EMILY WOOD ORDWAY, a California resident; PAULA PARDINI, a California resident; and CARITAS CREEK, a California corporation;<br><br>              Defendants. | Case No.  C 07-02658 SI<br><br>**DECLARATION OF MARY M. GORDON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE:    August 17, 2007<br>TIME:    9:00 a.m.<br>DEPT:    Courtroom 10, 19th Floor<br>JUDGE:  The Honorable Susan Illston |

I, Mary M. Gordon, declare as follows:

      1.     I am over 18 years of age and am competent to give this Declaration. The facts stated in this Declaration are known to me personally except as otherwise stated herein. If called as a witness in this matter I would be competent to testify concerning them.

      2.     My name is Mary M. Gordon. I am a founding member of Caritas Creek, and I have been involved with Caritas Creek for over 30 years. I submit this declaration based on my personal knowledge of the matters set forth herein.

3. In August 1975, my husband Greg and I joined with a small group of fellow friends and educators to create an outdoor environmental education program where children from diverse socio-economic, racial, and ethnic backgrounds could come together in a neutral and nurturing setting. The mix of children was always important to our vision, as we wanted to provide a space and structure for children to discover and appreciate both their differences and their commonalities.

4. On October 31, 1975, Frank Sottile, Sally Hartman, Paula Pardini, my husband and I, along with several others, incorporated as the non-profit Caritas Creek, with Frank, Sally, and Paula serving as the Board of Directors. We selected the name after much thought. *"Caritas"* is a Latin word for "Charity" or "God's Love," and we have interpreted it for the public as "The Spirit of Love in Friendship." We located and leased Mendocino Woodlands, a redwood forest camp, and we began having camp sessions both during the school year and the summer.

5. The first interaction between Catholic Charities CYO ("CYO") and Caritas Creek occurred in or around the fall of 1976. Father Michael D. Harriman, the then Associate Director of CYO, had learned of and was intrigued by the notion and goals of Caritas Creek, and he volunteered three years of his time to facilitate sessions for our founding members. In or around 1979, Fr. Harriman strongly encouraged us to rent the CYO facilities for our outdoor education sessions, called the Caritas Creek Environmental Education Program ("Caritas Creek EEP"). During that time, we continued to operate our summer camp in Mendocino.

6. The Caritas Creek EEP grew as it developed a reputation in the community for quality programming. We received much support from the Catholic schools, as they felt Caritas Creek met their need for an outdoor education program with a spiritual base. We supported Catholic schools by enhancing each student's sense of who God was in their individual lives through reflective opportunities, particularly in sessions that we called "Serendipities." Public schools were also drawn to us because of our teachings of diverse expressions of spirituality.

7. In or about the fall of 1983, after a successful four year run of renting the facilities at CYO for Caritas Creek EEP, the groups decided to work together on a more formal basis, using Caritas Creek's program and people with CYO's financial and legal support. After the conclusion of

the 1984 summer camp session, we ceased holding the summer camp in Mendocino and operated the program exclusively through the CYO facility in Occidental.

8. In 1983, I had just had my third child, and family needs caused me to step away from the daily operations of Caritas Creek. However, my husband and I were in frequent contact with the other members, and I was kept informed of all happenings.

9. Our relocation of Caritas Creek EEP from Mendocino to CYO at Occidental worked to the benefit of both parties. CYO provided Caritas Creek with early financial support in the form of assumption of an existing debt, while Caritas Creek both provided CYO with a much needed environmental education program and paid rent which provided a steady income flow from which CYO could meet facility management and improvement costs. Later, we also paid CYO an administrative fee.

10. It was at all times our understanding that the philosophy, direction, and design of the Caritas Creek EEP was to be under our direction, supervision, and control. In both theory and practice, CYO had no input into the leadership of Caritas Creek EEP; it only was involved with financial and legal matters. Caritas Creek exercised exclusive control of the key aspects of the EEP; we recruited schools, signed contracts with the schools, scheduled camps, hired and trained staff, designed the program, and created new activities, all without input or oversight from CYO.

11. When my children were old enough, they first attended Caritas Creek as campers and then as counselors and cabin leaders. It gave my husband and me great pleasure to see our children experiencing the program that felt to us like another one of our children. I saw the effect of programs such as Serendipities and Celebration on my young son David, and I took comfort in knowing that Caritas Creek was growing while staying true to its mission.

12. As the years went on, we became concerned about what we saw as key philosophical differences between Caritas Creek and the new administration of CYO. The supportive Fr. Harriman and Mike Marivich were replaced by other administrators, like Brian Cahill and most recently, Glenn Motola, people who seemed to not understand or support the Caritas Creek program and mission. We became seriously concerned about the future of Caritas Creek when we watched as Paula Pardini was

forced to resign in 2000. After that point, we began having serious discussions about separating Caritas Creek from CYO and operating again through a different facility.

13. In the fall of 2006, our son David was hired to be a Teacher/Naturalist. Despite our concerns about CYO, we were still thrilled that he would be returning to Caritas Creek to lead children on the same trails as his father had 25 years prior. We were told that a feature article was to be written by CYO about the naturalist son of a founding naturalist now working at Caritas Creek. It was to be the lead story in the fall newsletter, marking Caritas Creek's 30 year anniversary. I was invited to write a personal reflection, which I did. The article was never published.

14. When David reported to work for preparation for Spring 2007 EEP sessions, he was told that all training had been suspended and Caritas Creek staff was to meet with Dr. Motola and Mr. Cahill. In the second of two meetings, the entire Caritas Creek staff was fired and given eviction notices. Several of the 30 people laid off that day had just returned from the east coast, expecting to continue working from January through May, only to find that they had no jobs and no housing. We could not understand why CYO didn't deliver this message before the staff returned, many from across the country, to Occidental.

15. The message conveyed to my husband and I after the final meeting was that CYO was not interested in the program, the name, or the logo. I spoke by phone that night with my son and several of the other staff members, and they told me of CYO's statements that bringing children of different socio-economic and ethnic backgrounds together for one week was potentially very detrimental to the children, that Serendipities were dangerous for the children, and that Celebration, our final night of community, was only for staff egos.

16. It was clear to us and to the staff of Caritas Creek that our founding principles and philosophy were counter to what ever CYO held as their new vision and goals. It was also mutually clear that Caritas and CYO could no longer work together. With this knowledge, some of us founding members, along with some current staff, decided to re-launch Caritas Creek in a new home.

17. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of July, 2007, at San Leandro, California.

By: *Mary M Gordon*
Mary Gordon

61110217 v1

DECLARATION OF MARY GORDON