```
1   TOWNSEND AND TOWNSEND AND CREW LLP
    PAUL W. VAPNEK (State Bar No. 36576)
2   JOHN E. LORD (State Bar No.216111)
    JUDITH M. SCHVIMMER (State Bar No. 230285)
3   Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
4   Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
5   Email: pwvapnek@townsend.com
           jelord@townsend.com
6          jmschvimmer@townsend.com

7   Attorneys for Defendants
```

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC CHARITIES CYO, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARY M. GORDON, A California resident; ERIK "WITAKAE" OBERG, a California resident; EMILY WOOD ORDWAY, a California resident; PAULA PARDINI, a California resident; and CARITAS CREEK, a California corporation;<br><br>Defendants. | Case No. C 07-02658 SI<br><br>**DECLARATION OF NANCY OLSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE:   August 17, 2007<br>TIME:   9:00 a.m.<br>DEPT:   Courtroom 10, 19th Floor<br>JUDGE:  The Honorable Susan Illston |

I, Nancy Olson, declare as follows:

1. I am over 18 years of age and am competent to give this Declaration. The facts stated in this Declaration are known to me personally except as otherwise stated herein. If called as a witness in this matter I would be competent to testify concerning them.

2. My name is Nancy Olson. I am a teacher in the Lodi School District, and I have been a teacher for 35 years. I submit this declaration based on my personal knowledge of the matters set forth herein.

DECLARATION OF NANCY OLSON
Case No. C 07-02658 SI                                                                                                    1

3. I am an early and long time member of Caritas Creek. I joined the group in 1978, served on the Board, and have been involved from that time to the present.

4. As a member of Caritas, I often took the role of secretary at meetings, keeping the minutes or other notes.

5. I was present at a Caritas meeting in 1983 when we discussed entering a partnership of sorts with CYO, in which we would run our environmental education program at the CYO facility in Occidental, and CYO would provide us with relief from an existing debt. We would maintain full control and oversight over the Caritas Creek program, and we would have the opportunity to reach more schools and young people. In return, CYO would be able to offer a quality environmental education program and would receive income from our program.

6. At no point did we want to give CYO our program name. We always intended to retain ownership of the Caritas Creek name in case we wanted to run our program through a different facility in the future. This concern led us to decide that we should add something to our one page agreement to make it clear that we were not transferring ownership of our name.

7. Upon agreement with the other members of Caritas who were present at the time, I wrote the following on the bottom of a typewritten copy of our agreement with CYO: "Logo – This year we will allow CYO to use our logo for this year Sept. 83 – Sept. 84 and must be renewed each year." We intended for this to mean that we were licensing the use of our name and logo on a year-to-year basis.

8. CYO made no objections to our handwritten addition to the agreement and did not ask for it to be changed before they executed it.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of July, 2007, at Woodbridge, California.

By: _Nancy Olson_
Nancy Olson

61110189 v1

DECLARATION OF NANCY OLSON
Case No. C 07-02658 SI

2