TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
JOHN E. LORD (State Bar No.216111)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: pwvapnek@townsend.com
       jelord@townsend.com
       jmschvimmer@townsend.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC CHARITIES CYO, a California non-profit corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARY M. GORDON, A California resident; ERIK "WITAKAE" OBERG, a California resident; EMILY WOOD ORDWAY, a California resident; PAULA PARDINI, a California resident; and CARITAS CREEK, a California corporation;<br><br>　　　　　　Defendants. | Case No. C 07-02658 SI<br><br>**DECLARATION OF FRANK SOTTILE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**DATE:**　　August 17, 2007<br>**TIME:**　　9:00 a.m.<br>**DEPT:**　　Courtroom 10, 19th Floor<br>**JUDGE:**　　The Honorable Susan Illston |

I, Frank Sottile, declare as follows:

　　1.　　I am over 18 years of age and am competent to give this Declaration. The facts stated in this Declaration are known to me personally except as otherwise stated herein. If called as a witness in this matter I would be competent to testify concerning them.

　　2.　　My name is Frank Sottile. I am a founding member of Caritas Creek and a former director of the program. I have been involved with Caritas Creek for a period of over 30 years. I submit this declaration based on my personal knowledge of the matters set forth herein.

3. I am Executive Director of the Boys & Girls Clubs of St. Helena and Calistoga. I have held this position for almost a decade.

4. When Caritas Creek made the decision to partner with CYO in 1983, the members of Caritas Creek decided to enter the relationship to bring some financial stability to the program. This stability would allow us to expand the Caritas Creek program and bring our philosophy to more schools and young people.

5. It was always important to us to retain our own identity, especially as we planned to continue to conduct our summer camp under our name and without any affiliation with CYO. It was never our understanding that we were selling our company or name to CYO. Our intention always was to continue to exist as a group independent from CYO.

6. Paula Pardini and I continued to operate the Caritas Creek Environmental Education Program after partnering with CYO the same as we ran it before entering the relationship. Caritas Creek staff recruited schools, signed contracts with the schools, scheduled camps, hired and trained staff, designed the program, and created new activities. We also conducted our own evaluations, both weekly and seasonally, of our activities to determine if they were valid and supportive of our mission.

7. There was no oversight of our program by CYO. Never did someone from CYO administration attempt to oversee or make suggestions regarding our program, activities, training, or staff. CYO never requested to see our program evaluations.

8. Some time into our partnering, CYO started having some financial problems, leading them to charge Caritas Creek an administrative fee for support. When we would establish our budget for the year, we would factor in this payment to CYO. I believe this fee went to cover general administrative expenses, including salaries, under the theory that support for CYO was in turn support for Caritas Creek.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of July, 2007, at Santa Rosa, California.

By: _____
Frank Sottile