TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
JOHN E. LORD (State Bar No.216111)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:  pwvapnek@townsend.com
        jelord@townsend.com
        jmschvimmer@townsend.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC CHARITIES CYO, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARY M. GORDON, A California resident; ERIK "WITAKAE" OBERG, a California resident; EMILY WOOD ORDWAY, a California resident; PAULA PARDINI, a California resident; and CARITAS CREEK, a California corporation;<br><br>Defendants. | Case No. C 07-02658 SI<br><br>**DECLARATION OF DAVID GORDON, IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE:   August 17, 2007<br>TIME:   9:00 a.m.<br>DEPT:   Courtroom 10, 19th Floor<br>JUDGE:  The Honorable Susan Illston |

I, David Gordon, declare as follows:

1.  I am over 18 years of age and am competent to give this Declaration. The facts stated in this Declaration are known to me personally except as otherwise stated herein. If called as a witness in this matter I would be competent to testify concerning them.

2.  My name is David Gordon. I am currently working as a Teacher/Counselor at a science day camp in Oakland, California. I submit this declaration based on my personal knowledge of the matters set forth herein.

3. My parents, Mary and Greg Gordon, are founding members of Caritas Creek. They created Caritas Creek before I was born, and I have considered myself to be a part of Caritas my entire life.

4. In 1995 or 1996, I attended Caritas Creek Environmental Education Program at CYO's facility in Occidental. Despite already being extremely familiar with the Caritas Creek program, camp was a life changing experience for me, just as it was for the other kids in my group. Over ten years later, I am still in contact with the friends I made at camp.

5. One of the most significant activities for me at Caritas Creek was the Serendipities. In Serendipities, our group leader would give us a short, usually artistic, activity to complete, and then the leader would facilitate a group discussion where we learned how other campers were experiencing what we were doing - both in the group and throughout the camping session. These sessions were often emotional, and strong bonds were formed because of them. Ten years later, I remember how it felt to take part in this activity. Serendipities are about being able to express how you truly feel and have it be okay because everyone else is doing the same thing, which is an incredible thing to learn how to do at such a young age.

6. One of the things that Serendipities and Celebration gave to us as campers was a way to process everything we were feeling. As a past camper and current counselor, I know that all camp experiences can be powerful for a child, and it's a bad idea to bring children through such a significant experience without bringing closure. My experience at Caritas Creek would have been entirely different without Serendipities and Celebration.

7. When I was in high school, in or around 2000, I began working as a cabin leader for Caritas Creek, an unpaid position, and I also worked as a Caritas camp counselor. In early 2006, I was hired as a Teacher/Naturalist at Caritas Creek.

8. I remained a Teacher/Naturalist until my employment contract was terminated along with those of the other Caritas Creek staffers in January 2007.

9. In mid-January 2007, I, along with the other Caritas Creek Teachers/Naturalists, had reported to camp for training and preparation for the spring environmental education programs. Instead of training, we received notice that there was to be a meeting with CYO administration.

10. On January 16 or 17, the Caritas Creek staff met with a number of representatives of CYO, namely, Director of Programs Glenn Motola, Jennifer Bilyk, Tere Brown, and Steve Grant. Paul Raia was not involved in the meeting, and when we asked why he wasn't there, we were deceptively informed that he chose not to attend.

11. Dr. Motola presented us with a list of about twelve changes that he wanted made to the Caritas program. The staff met independently and agreed to all but three of the twelve changes. The three which we could not endorse dropping were the socio-economic mixing of cabin groups and Celebration and Serendipities, the core activities through which the campers processed their experiences and shared them with their groups, gaining deeper understanding of themselves, each other, and the world.

12. When we rejoined the meeting, we told Dr. Motola that we may agree to change certain aspects of Celebration and Serendipities, but we were not willing to get rid of them altogether. We requested more clarity on the requested changes and information concerning what would happen if we did not accept the changes.

13. Dr. Motola commented at that meeting that the next year would be very different, with a different program and likely a different name. He said that the environmental education program would probably not be called Caritas Creek, giving the impression to those of us present that CYO had no interest in continuing its' association with the Caritas Creek program or name.

14. We were told that we would meet again on January 18 to have our questions answered. Instead, we received notice that the meeting was cancelled and rescheduled for January 19, at which point we'd be able to continue our discussion.

15. I attended the meeting on January 19, along with the Caritas Creek staff and Dr. Motola, Jennifer Bilyk, Steve Grant, Alexander Lawrence (Human Resources Director for CCCYO), and Executive Director Brian Cahill. Paul Raia was again not invited to attend.

16. Very quickly after commencing the meeting, Brian Cahill told us that, due to the staff's unwillingness to compromise, and due to lost administrative time caused entirely by CYO prohibiting Caritas Creek staff from starting certain program preparations the week before, he had to "pull the

plug" on Caritas Creek. He stated that the environmental education program would be "re-tooled." He did not say when camp would reopen.

17. After announcing the end of the Caritas Creek program, Mr. Cahill informed all of us that our employment was terminated and that we needed to leave our housing. We each received two weeks severance pay and eviction notices telling us that we had 60 days to move out of staff housing. This caused an enormous problem for several staff members who had given up their housing, both locally and on the east coast, with the expectation that they had employment and housing for the season.

18. At the January 17 meeting, Dr. Motola told us that he understood that we might not be comfortable with the changes CYO was demanding, and he told us that we had his blessing to go "take your program" somewhere else if that is what we wanted to do.

19. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of July, 2007, at San Leandro, California.

By: _____
David Gordon

61110049 v1

DECLARATION OF DAVID GORDON