MATTHEW F. MILLER (State Bar No. 172661)
**SCHNADER HARRISON SEGAL & LEWIS LLP**
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Fax: (415) 364-6785
Email: mmiller@schnader.com

BRUCE A. McDONALD, *pro hac vice*
**SCHNADER HARRISON SEGAL & LEWIS LLP**
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 2006
Telephone: (202) 419-4235
Fax: (202) 419-3454
Email: bmcdonald@schnader.com

Attorneys for Plaintiff **CATHOLIC CHARITIES CYO**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CATHOLIC CHARITIES CYO**, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**MARY W. GORDON**, a California resident; **ERIK "WITAKE" OBERG**, a California resident; **EMILY WOOD ORDWAY**, a California resident; **PAULA PARDINI**, a California resident; and **CARITAS CREEK**, a California corporation;<br><br>Defendants. | Case No. C 07-02658 SI<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER GRANTING FIVE-DAY EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |

Plaintiff's counsel having requested a five-day extension of time to file its reply brief on the grounds of minor illness and other factors, and Defendants' counsel being agreeable to same, it is hereby

ORDERED, that the deadline for Plaintiff to file its reply brief shall be extended from August 3 to August 8, 2007; that the calendar shall be otherwise unaffected; and that the hearing

---

STIPULATED MTN FOR CONTINUANCE OF HRG ON PLAINTIFF'S MTN FOR PRELIMINARY INJUNCTION AND ASSOCIATED DATES
*Catholic Charities CYO v. Mary M. Gordon, et al.*, Case No. C 07-02658 SI

SFDATA 626573_4

on Plaintiff's motion for preliminary injunction shall take place as previously scheduled on August 17, 2007.

Respectfully submitted:

| CATHOLIC CHARITIES CYO | MARY W. GORDON, ERIK "WITAKE" OBERG, EMILY WOOD ORDWAY, PAULA PARDINI, and CARITAS CREEK |
|---|---|
| By: *[signature]* BRUCE A. McDONALD, *pro hac vice* SCHNADER HARRISON SEGAL & LEWIS LLP 2001 Pennsylvania Ave., N.W., Ste. 300 Washington, D.C. 2006 Telephone: (202) 419-4235 Fax: (202) 419-3454 Email: bmcdonald@schnader.com | By: *[signature]* PAUL W. VAPNEK (State Bar No. 36576) TOWNSEND AND TOWNSEND AND CREW LLP Two Embarcadero Center Eighth Floor San Francisco, CA 94111-3834 Telephone: (415) 576-0200 Fax: (415) 576-0300 Email: pwvapnek@townsend.com |
| MATTHEW F. MILLER (State Bar No. 172661) SCHNADER HARRISON SEGAL & LEWIS LLP One Montgomery Street, Suite 2200 San Francisco, CA 94104-5501 Telephone: (415) 364-6700 Fax: (415) 364-6785 Email: mmiller@schnader.com | |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____        _____
Date                          The Hon. Susan Illston
                              UNITED STATES DISTRICT JUDGE