# EXHIBIT A

# State of California
## Secretary of State

### CERTIFICATE OF STATUS

| | |
|---|---|
| **ENTITY NAME:** | CARITAS CREEK |
| **ENTITY FILE NUMBER:** | C0757472 |
| **ENTITY FILE DATE:** | 10/31/1975 |
| **ENTITY TYPE:** | DOMESTIC CORPORATION |
| **ENTITY JURISDICTION:** | CALIFORNIA |
| **ENTITY STATUS:** | ACTIVE |

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify that the status history of the above-referenced entity is as follows:

| Date | Action | Date | Action |
|---|---|---|---|
| 12/01/1977 | FTB SUSPENDED | 03/13/1978 | FTB REVIVOR |
| 01/02/1987 | FTB SUSPENDED | 02/26/2007 | FTB REVIVOR |



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of May 25, 2007.

**DEBRA BOWEN**
Secretary of State

NP-25 (REV 1/2007)　　　　　　　　　　　　　　　　　　　　　　　jp
　　　　　　　　　　　　　　　　　　　　　　　　　　　　OSP 06 99731



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___2___ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

JUN 2 5 2007

DEBRA BOWEN
Secretary of State

Sec/State Form CE 108 (REV 1/2007)    OSP 06 99733

STATE OF CALIFORNIA

# STATEMENT BY DOMESTIC NON-PROFIT CORPORATION

THIS STATEMENT MUST BE FILED WITH
CALIFORNIA SECRETARY OF STATE (SECTIONS 6210, 8210, 9660 CORPORATIONS CODE)

```
7576720    DUE DATE 10/31/84    S1260

CARITAS CREEK
P O BOX 23921
OAKLAND, CA 94623
```

FILED
SACRAMENTO, CALIF.
OCT 29 '84
March Fong Eu
MARCH FONG EU
SECRETARY OF STATE

**NOTICE OF NEW LAW:**

EFFECTIVE JANUARY 1, 1980 ALL NON-PROFIT CORPORATIONS MUST FILE WITHIN 90 DAYS AFTER FILING ARTICLES OF INCORPORATION AN ANNUAL STATEMENT. THEREAFTER, CORPORATIONS MUST FILE ANNUALLY BY THE END OF THE CALENDAR MONTH OF THE ANNIVERSARY DATE OF ITS INCORPORATION. A TWO DOLLAR AND FIFTY CENT ($2.50) FILING FEE MUST ACCOMPANY THIS STATEMENT. THE LAW ALSO PROVIDES THAT THE FAILURE TO FILE THIS STATEMENT WILL RESULT IN THE ASSESSMENT OF A FIFTY DOLLAR ($50) PENALTY.

THE CORPORATION NAMED HEREIN, ORGANIZED UNDER THE LAWS OF THE STATE OF CALIFORNIA, MAKES THE FOLLOWING STATEMENT:

| Address of Principal Office | Suite/Room | City and State | Zip Code |
|---|---|---|---|
| 3124 E. 14th St. | 208 | Oakland, CA | 94601 |
| P.O. Box 23921 | | Oakland, CA | 94623 |

NAMES OF THE FOLLOWING OFFICERS ARE:

| Name | Business Address | City and State | Zip Code |
|---|---|---|---|
| Jim Hildreth (Chief Executive Officer) | 3124 E. 14th St. #208 | Oakland, CA | 94601 |
| Paula Pardini (Secretary) | 3124 E. 14 th St. #208 | Oakland, CA | 94601 |
| Frank A. Sottile Jr. (Chief Financial Officer) | 3124 E. 14th St. #208 | Oakland, CA | 94601 |

Agent for Service of Process:
Frank Sottile
3124 E. 14th St. #208
Oakland, CA 94601

10/8/84    CEO    [signature]



# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Domestic Nonprofit Corporation)

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

E-360940

**FILED**
In the office of the Secretary of State of the State of California

Feb - 16 2007

1. CORPORATE NAME (Please do not alter if name is preprinted.)

C2757472

CARITAS CREEK

99 MONTE CRESTA AVE #C
OAKLAND, CA 94611

This Space For Filing Use Only

**COMPLETE PRINCIPAL OFFICE ADDRESS** (Do not abbreviate the name of the city. Item 2 cannot be a P.O. Box.)

| | | | | |
|---|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 99 MONTE CRESTA AVE #C | | OAKLAND | CA | 94611 |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | | | |
|---|---|---|---|---|
| 3. CHIEF EXECUTIVE OFFICER | ADDRESS | CITY AND STATE | | ZIP CODE |
| MARY GORDON | 366 BROADMOOR BLVD. | SAN LEANDRO, CA | | 94577 |
| 4. SECRETARY | ADDRESS | CITY AND STATE | | ZIP CODE |
| PAULA PARDINI | 99 MONTE CRESTA AVE #C | OAKLAND, CA | | 94611 |
| 5. CHIEF FINANCIAL OFFICER | ADDRESS | CITY AND STATE | | ZIP CODE |
| JUSTUS DOBRIN | 302 LAUREL AVE #1 | MILL VALLEY, CA | | 94941 |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 7 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 7 must be left blank.)

6. NAME OF AGENT FOR SERVICE OF PROCESS

JUSTUS DOBRIN

| | | | |
|---|---|---|---|
| 7. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
| 302 LAUREL AVE #1 | MILL VALLEY | CA | 94941 |

**DAVIS-STIRLING COMMON INTEREST DEVELOPMENT ACT** (California Civil Code section 1350, et seq.)

8. ☐ Check here if the corporation is an association formed to manage common interest development under the Davis-Stirling Common Interest Development Act and proceed to Items 9, 10 and 11.

NOTE: Corporations formed to manage a common interest development must also file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code section 1363.6. Please see instructions on the reverse side of this form.

| | | | |
|---|---|---|---|
| 9. ADDRESS OF BUSINESS OR CORPORATE OFFICE OF THE ASSOCIATION, IF ANY | CITY | STATE | ZIP CODE |
| 10. FRONT STREET AND NEAREST CROSS STREET FOR THE PHYSICAL LOCATION OF THE COMMON INTEREST DEVELOPMENT | | | 9-DIGIT ZIP CODE |
| 11. NAME AND ADDRESS OF ASSOCIATION'S MANAGING AGENT, IF ANY | CITY | STATE | |

12. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| | | | |
|---|---|---|---|
| MARY DAMIEN SWENDSEN | | ATTORNEY | 2007 |
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | |

APPROVED BY SECRETARY OF STATE

SI-100 (REV 03/2005)



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___5___ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

JUN 2 5 2007

*Debra Bowen*

DEBRA BOWEN
Secretary of State

Sec/State Form CE 108 (REV 1/2007)                                                                 OSP 06 99733

757472

FILED
In the office of the Secretary of State
of the State of California
MARCH FONG EU, Secretary of State
OCT 31 1975

Deputy Secretary of State

ARTICLES OF INCORPORATION

OF

Caritas Creek

I

The name of this corporation shall be Caritas Creek.

II

The purposes for which this corporation is formed are:

(a) The specific and primary purposes are to operate an outdoor education facility for educational purposes.

(b) The general purposes and powers are to have and exercise all rights and powers conferred on nonprofit corporations under the laws of California, including the power to contract, rent, buy or sell personal or real property, provided, however, that this corporation shall not, except to an insubstantial degree, engage in any activities or exercise any powers that are not in furtherance of the primary purposes of this corporation.

(c) No substantial part of the activities of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate or intervene in any political campaign

-1-

(including the publishing or distribution of statements) on behalf of any candidate for public office.

### III

This corporation is organized pursuant to the General Nonprofit Corporation Law of the State of California and does not contemplate pecuniary gain or profit to the members thereof and it is organized for nonprofit purposes.

### IV

The county in the State of California where the principal office for the transaction of the activities of this corporation is located in Alameda County.

### V

The general management of the affairs of this corporation shall be under the control, supervision and direction of the Board of Directors. The names and addresses of persons who are to act in the capacity of directors until the selection of their successors are:

| Name | Address |
|---|---|
| Sally Hartman | 18 Hidden Valley Road<br>Lafayette, CA 94549 |
| Paula M. Pardini | 711 Athens Street<br>San Francisco, CA 94112 |
| Frank A. Sottile, Jr. | 1294 E. 34th Street<br>Oakland, CA 94610 |

### VI

The number and qualification of members of the corporation, the different classes of membership, if any, the voting, and other rights and privileges of members and their

-2-

liability to dues and assessments and the method of collection thereof, shall be set forth in the bylaws.

VII

The property of this corporation is irrevocably dedicated to educational purposes and no part of the net income or assets of this organization shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any private individual. Upon the dissolution or winding up of the corporation, its assets remaining after payment of, or provision for payment, of all debts and liabilities of this corporation, shall be distributed to a nonprofit fund, foundation or corporation which is organized and operated exclusively for educational purposes and which has established its tax exempt status under Section 501(c)(3) of the Internal Revenue Code. If this corporation holds any assets in trust, or a corporation is formed for charitable purposes, such assets shall be disposed of in such manner as may be directed by decree of the superior court of the county in which the corporation has its principal office, upon petition therefore by the Attorney General or by a person concerned in the liquidation, in a proceeding to which the Attorney General is a party.

/////
/////
/////
/////
/////
/////
/////

IN WITNESS WHEREOF, the undersigned, being the persons hereinabove named as the first directors, have executed these Articles of Incorporation, this twenty-eighth day of October, 1975.

_____
Sally Hartman

_____
Paula M. Pardini

_____
Frank A. Sottile, Jr.

STATE OF CALIFORNIA        )
COUNTY OF SAN FRANCISCO    ) ss.

On this twenty-eighth day of October, 1975, before me __Robert T. Barnacle__, a Notary Public for the State of California, with principal office in San Francisco County, personally appeared Sally Hartman, Paula M. Pardini, and Frank A. Sottile, Jr., known to me to be the persons whose names are subscribed to the within Articles of Incorporation, and acknowledged to me that they executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal on the day and year first above written.

_____
NOTARY PUBLIC

(NOTARIAL SEAL)

ROBERT T. BARNACLE
NOTARY PUBLIC-CALIFORNIA
CITY AND COUNTY OF
SAN FRANCISCO
My Commission Expires Jan. 18, 1977

-4-

STATE OF CALIFORNIA

# FRANCHISE TAX BOARD
SACRAMENTO CALIFORNIA 95867



October 31, 1975

In reply refer to
344:GN:ph/g

Caritas Creek
1294 East 34th Street
Oakland, CA 94610

|  |  |
|---|---|
| Purpose: | Educational |
| Form of Organization: | Corporation |
| Accounting Period Ending: | 10/31 |
| Organization Number: |  |

Based on the information submitted and provided, your present operations continue unchanged or conform to those proposed in your application, you are exempt from state franchise or income tax under Section 23701d, Revenue and Taxation Code. Any change in operation, character or purpose of the organization must be reported immediately to this office so that we may determine the effect on your exempt status. Any change of name or address also must be reported.

You are required to file Form 199 (Exempt Organization Annual Information Return) or Form 199B (Exempt Organization Annual Information Statement) on or before the 15th day of the 5th month (4-1/2 months) after the close of your accounting period. See annual instructions with forms for requirements.

You are not required to file state franchise or income tax returns unless you have income subject to the unrelated business income tax under Section 23731 of the Code. In this event, you are required to file Form 109 (Exempt Organization Business Income Tax Return) by the 15th day of the 3rd month (2-1/2 months) after the close of your annual accounting period.

Contributions made to you are deductible by donors as provided by Sections 17214 through 17216.2 and 24357 through 24359 of the Code, unless your purpose is testing for Public Safety.

If the organization is incorporating, this approval will expire unless incorporation is completed with the Secretary of State within 30 days.

Exemption from federal income or other taxes and other state taxes requires separate applications.

Albert D. LeBel
Supervisor
Exempt Organizations

cc: Secretary of State (Corp.)
cc: Registrar of Charitable Trusts

