MATTHEW F. MILLER (State Bar No. 172661)
**SCHNADER HARRISON SEGAL & LEWIS LLP**
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Fax: (415) 364-6785
Email: mmiller@schnader.com

BRUCE A. McDONALD, *pro hac vice*
**SCHNADER HARRISON SEGAL & LEWIS LLP**
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 2006
Telephone: (202) 419-4235
Fax: (202) 419-3454
Email: bmcdonald@schnader.com

Attorneys for Plaintiff **CATHOLIC CHARITIES CYO**

# PART 2 OF 2

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CATHOLIC CHARITIES CYO**, a California non-profit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> **MARY W. GORDON, et al.,** <br><br> Defendants. | Case No.  C 07-02658 SI <br><br> **DECLARATION OF BRIAN CAHILL IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF BRIAN CAHILL IN SUPPORT OF PLAINTIFF'S
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.*, Case No. C 07-02658 SI

SFDATA 626986_1

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

# EXHIBIT G

**Program Description**
**CYO Outdoor Programs**
CYO Summer Camp is the summer counterpart of a year-round trio of programs joined together under the banner "CYO Outdoor Programs." The school-year program is Caritas Creek Environmental Education, and the third, which runs throughout the year, consists of retreats held at the center.

While distinct in terms of months of operation, CYO Summer Camp and Caritas Creek Environmental Education work hand-in-hand to provide year-round recreation, leadership development, and learning opportunities for youth. CYO Outdoor Programs employ a core group of ongoing, year-round staff to run the summer and school-year programs. Philosophically the two programs are intertwined and the curriculum of each is designed to reinforce the other. Forty percent of students who attend summer camp participate in Caritas Creek during the school year. Fifty percent of youth who attend Camp and/or Caritas return year after year, for many years. Sixty-five percent of Camp staff are hired directly from the pool of youth who make their way up the "ladder of success" that Camp and Caritas offer in the form of one-on-one counseling and guidance, mentorship, role modeling, vocational and leadership development, and academic support.

Both CYO Summer Camp and Caritas Creek offer a unique blend of environmental awareness and responsibility, engaging spirituality that draws upon the divinity of the natural world, and social service to low-income, inner-city, or otherwise at-risk youth. This "fusion ministry" to youth enables positive steps in young people's lives and expands their academic and vocational opportunities along the way.

**CYO Summer Camp**
CYO Summer Camp has been offering summer residential camping adventures and counselor-in-training opportunities for youth ages 7-18 since 1946. Each summer, approximately 1,500 campers and 150 high-school counselors-in-training choose from five 10-day camp sessions in June, July, and August to experience a full range of camp activities. Each day is divided into three activity periods. Campers choose from canoeing, outdoor adventure hikes, basketball, aquatics, archery, arts and crafts, and guided day trips to the Sonoma coast. The camp experience also includes CYO school bus transportation to and from the site, family-style meals in the Lodge, old-fashioned cook-outs, cabin programs, and overnight camping under the stars. In addition, each camper helps prepare services in the outdoor chapel in the redwoods, in which the entire camp comes together to celebrate community. CYO Summer Camp is a Catholic community where children of all religious traditions feel comfortable participating in creative, youth-oriented celebrations.

There are four living units at camp: Wildwood (ages 13-16), Stepping Stone (ages 11-13), Woodridge (ages 9-11), and Huckleberry (ages 7-9). The foundation of summer camp is the small cabin group. Each cabin group reflects the ethnic and cultural diversity of Northern California, providing campers with valuable exposure to youth from different backgrounds. Experienced counselors oversee each cabin and a 1:4 staff-to-camper ratio is kept at all times.

45% of youth served are Catholic. 47% are Caucasian, 27% are African-American, and 14% are Latino. About 50% receive some form of financial assistance. The Guardsmen contribute

substantially to the campership program, providing roughly $125,000 each year to bring low-income kids to camp. Camp serves youth from throughout the nine-county Bay Area. 22% are from San Francisco county, 19% from Contra Costa county, 17% from Alameda county, 16% from San Mateo county, 10% from Santa Clara county, and 6% and 4% from Sonoma and Marin counties, respectively.

## Caritas Creek Environmental Education

Caritas Creek Environmental Education program serves approximately 3,500 5th-8th grade students from 102 classrooms representing 76 different schools and 10 school districts. Open to all school communities, Caritas Creek gives Bay Area students, counselors, and adult educators an exciting, hands-on approach to natural history education. Caritas Creek plays a significant role in cultivating the environmental awareness of local young people who will, in turn, shape our environmental future. As with all Catholic Charities CYO programs, of special concern is outreach to at-risk young people and providing natural opportunities for group interaction that reflect the cultural diversity of the Bay Area. Through philanthropic support from The Guardsmen, Caritas Creek offered reduced participant fees to several low-income schools in the 2002-03 school year.

In addition to the number of students who participate, Caritas Creek recruits and trains over 600 high school students from 50 different parochial, public, and private high schools to serve as cabin leaders and teachers' assistants in the program. This intensive leadership training program rapidly accelerates high school students' growth and maturity.

Caritas Creek's outdoor, small-group curriculum and inter-disciplinary approach make full use of CYO Retreat Center's facilities and habitats, including coastal redwood forest, freshwater pond and stream, open meadow, chaparral, and nearby ocean tide pools to impart new ways of comprehending natural history and the earth sciences. Learning takes place through hands-on discovery and discussion (at the pond with nets, in the forest looking under logs, at the ocean exploring tide pools) with games to teach concepts, during quiet reflection to imprint what they have learned, and in art and journal-writing projects that record impressions and insights.

Caritas Creek incorporates a fundamental law of the life sciences into its mission statement and every aspect of the program at work: diversity in the natural world cultivates resilience, stability, and natural order, and, in short, helps living organisms thrive. The program models this by establishing a learning environment that draws upon a variety of disciplines, ways of learning, teaching strategies, and cultural-spiritual traditions. It also does so by creating a diverse socio-economic community and climate among participants by scheduling schools from low-income communities to participate with schools from affluent communities during the same program week.

Furthermore, a recurring theme underscoring the outdoor curriculum is the importance of encouraging sustainable land use practices, including the long-term goal of restoring stretches of Salmon Creek located on the property and integrating this work into the outdoor curriculum. This theme is a driving force behind the program's efforts to become a responsible member of the larger community to which the program and property belong, and to approach the care and use of the built and natural environment, including the operation of the programs contained therein, as one interconnected and dynamic living organism.

## CYO Retreat Center

Formerly known as Archbishop McGucken Center, CYO Retreat Center is home to CYO Outdoor Programs and refers to the natural and built environment within the 220 acres of coastal redwood forest owned by the Catholic Youth Organization.

CYO Retreat Center, which is undergoing a major renovation of its facilities and infrastructure on the new side (Coyote Camp) and old side (Miwok Camp), is a flagship facility created for young people and dedicated to serving their needs. The Center's primary purpose is to provide a safe, sustainable, nurturing, and enduring haven for youth. Located near the town of Occidental in the Russian River Valley of Sonoma County, CYO Retreat Center provides rejuvenating retreat and meeting space to CYO Outdoor Program participants and thousands of Bay Area visitors each year.

The Center offers a variety of accommodations, including a) the Main Lodge with extensive outdoor decks and views, kitchen facilities, housing, and meeting rooms; b) new cabin communities consisting of cabin pairs and bathhouses; c) a nature trail system; d) four swimming pools, sports courts, field sports area, playing fields, and Lake George; e) outdoor chapel and stage; and f) staff housing. CYO Retreat Center and CYO Outdoor Programs operate year-round.

## CYO Summer Camp and Caritas Creek Environmental Education
## Did You Know?

### Paul Raia

The Director of CYO Outdoor Programs, Paul Raia, is an example of the leadership development, academic achievement and advancement, and the series of graduated opportunities that the Kimball Foundation's "ladder of success" makes possible:

- Paul attended Caritas Creek at the age of 12. His school, Christ the King (Pleasant Hill) visited Caritas Creek in tandem with St. Bernard's (Oakland). The exposure to inner-city youth in a safe, rustic, and educational setting taught Paul a great deal about himself and others.

- Impressed with his growth over the five-day outdoor school at Caritas Creek, Paul's parents sent him to CYO Summer Camp the following summer.

- After several successful summers as a camper, Paul developed the vocational and leadership skills necessary to serve as a cabin leader at Caritas Creek and a counselor-in-training at CYO Summer Camp. He was hired as Camp staff at age 16.

- Since 1985 Paul has successfully climbed the ladder of success through CYO Outdoor Programs, completing each job assignment successfully. He was appointed Director of CYO Outdoor Programs in March 2000.

- This progression up "the ladder of success" is occurring in the lives of many young people attending CYO Outdoor Programs each year. CYO Outdoor Programs has been the fortunate recipient of annual support from the Kimball Foundation to provide mentorship, leadership development, and vocational opportunities to highly motivated, college-bound youth. These opportunities in turn encourage academic achievement and advancement, ultimately paving the way for future college attendance and career choices.

### CYO Outdoor Programs

- CYO Summer Camp has operated out of McGucken Center in Occidental continuously since the 1940s.

- CYO Summer Camp and Caritas Creek have touched the lives of *hundreds of thousands* of Bay Area youth over the years.

- 500-650 kids attend summer camp every year on Guardsmen partial scholarships ($124,000), while the other 900 campers pay the full, but still affordable price. This ensures that CYO Summer Camp represents the diverse population of the Bay Area. Kids who otherwise would not be able to attend Camp can do so, and kids from economically stable homes grow from exposure to youth from different backgrounds. This exposure, when facilitated in a positive fashion, is instrumental in youth development.

- At Caritas Creek, we schedule schools from different geographical locations in order to achieve our goal of creating a diverse student population. We pursue foundation support and directly subsidize economically challenged schools in the Bay Area, such as Spring Valley in SF's Chinatown; Horace Mann in the Mission District; and Malcolm X Academy, Dr. Charles R. Drew and George Washington Carver in the Bay View/Hunter's Point.

- 50% of CYO Summer Camp attendees also attend Caritas Creek during the school year.

- A significant percentage of non-Catholic participants attend CYO Summer Camp and Caritas Creek. Parents from all faith backgrounds understand the value of our programs and send their children because they know they will receive a high-quality outdoor experience.

- We recruit and train over 600 high school students from 50 different parochial, public and private high schools throughout the Bay Area to serve as cabin leaders/teachers' assistants in the Caritas Creek program.
- We recruit and train 150 high school students to be counselors in our counselor-in-training program in the CYO Summer Camp program.
- This intensive leadership training program rapidly accelerates high school students' growth and maturity.
- In both training programs high school students earn community service hours required for graduation.
- CYO Outdoor Programs employ a Ph.D. in Psychology who performs the duties of youth advocacy and curriculum development throughout the year.
- CYO Summer Camp competes effectively with more affluent camps that offer an array of "bells and whistles" even though the recreational choices at Camp are basic and traditional. How can CYO Summer Camp compete with fancy camps in the area? Our staff builds a solid foundation of community in the spectacular setting of Camp where kids feel safe to be themselves. The power of 600 people from all backgrounds and walks of life belonging to the larger Camp community leaves an indelible impression on all who attend.
- While other outdoor schools emphasize science, Caritas Creek emphasizes social learning and scientific concepts delivered in a diverse community of peers and a nature-based setting.
- Elementary school teachers appreciate the retreat-style experience at Caritas Creek because it creates community in their classes, improving the individual self-esteem of students and elevating the potential of learning for the entire class.
- Teachers who bring classes to Caritas Creek rate our program "excellent" 95% of the time on their program evaluations.

**Caritas Creek Environmental Education Program**
- 1 director
- 4 site directors
- 1 curriculum developer
- 3 volunteer coordinators
- 1 office manager
- 2 head teacher naturalists
- 14 teacher naturalists
- 3,300 5th-8th grade student participants 2002-2003 school year
- 600 high school volunteer cabin leaders
- 111 elementary school classes
- 24 five-day program weeks between September and May
- 4 training weeks for staff
- $1,005,547 budget

**CYO Summer Camp**
- 1 director
- 1 associate director
- 5 administrative staff

- 1 office manager
- 1 registrar
- 18 camp managers
- 100 counselors and program staff
- 35 counselors-in-training
- 400 campers per session (4 sessions each summer)
- 600 people on site at any given time
- 1,600 campers and teen trainees Summer 2002
- $655,643 budget

# EXHIBIT H

# Caritas Creek Development Plan

Rooted in fifteen years of dedicated effort by CYO staff, Caritas Creek has a firm programmatic and economic base. However, accomplishment of the key objectives detailed below will allow the program to significantly extend its range of service and, consequently it's impact in the Bay Area. Caritas Creek is on the verge of being able to make a highly visible and positive contribution to Bay Area education and, with the implementation of this development plan, CYO intends to guarantee that this potential is fully realized.

The fundamental goal of Caritas Creek's development plan is to extend it's program to as many needy students as possible with an intensive environmental education program geared to building both academic as well as personal skills.

To this end this plan will pursue two major objectives:

- To increase the level of service to schools lacking in financial resources.
- To enhance Caritas Creek's curricula by adding several new learning areas.

Simultaneously, McGucken Center will be undergoing a physical transformation and renewal over the next three to five years. Caritas Creek staff will participate actively in this process providing input relative to environmental education site development needs.

## I. Build the participation of low-income schools

Caritas Creek's financial self-reliance is built on the ability of schools to pay for the program. All schools that participate currently pay $225 per student for the week long program. This fee covers all expenses including transportation, preparatory visits by program staff, follow-up visits, room and board and all program costs.

Many schools engage in specific fund raising activities to finance their class(es) participation in Caritas Creek. However, in the current atmosphere of rapid cutbacks in school budgets, many schools are simply unable to make the commitment to the Caritas Creek program. This financial barrier hits school districts serving predominantly lower income students the hardest.

CYO seeks to expand the numbers of students served by Caritas Creek by 10 percent in the each of the upcoming academic years (see table below). The increased service levels will be composed of students and classes from heavily impacted or low-income school districts.

| Year | No. of students served |
|------|------------------------|
| 1989-1990 | 1,373 (Actual) |
| 1990-1991 | 1,510 (Target) |
| 1991-1992 | 1,660 (Target) |

Table 1. *Actual and Projected Caritas Creek Service Levels.*

p. 6

# Development Plan (cont.)

Meeting the 1990-1 target will require the recruitment and financing of 4-5 classes; meeting the 1991-1992 target will require the recruitment and financing of 9-10 additional classes over 1989-90 levels.

In order to meet these targets and build the further build the participation of low-income schools, Caritas Creek will establish a scholarship fund. This fund will provide crucial assistance to schools in need in one of three ways:

- Provide full scholarships to complete classes from heavily impacted inner city schools
- Provide partial scholarships to complete classes helping to bring the price of Caritas Creek to levels affordable by inner city schools
- Establish a scholarship pool fund providing scholarships to individuals.

II. Build new components in Caritas Creek's curricula:

Several important new learning areas will be incorporated into Caritas Creek's curriculum. These include:

- Northern California Tidepools and Oceans

McGucken Center is ideally located for field trips to some of the richest tidepools Northern California has to offer. An excellent tidepool curricula component has already been developed by Caritas. In order to extend the Caritas program to include this program area financing must be located to fund the bus transportation from McGucken Center to the coast.

- Resource Conservation (Recycling, Energy Conservation, Interrelationships of the Built and Natural Environments)

Utilizing the resources of the McGucken Center site as well as that of the nearby Farallones Institute Rural Center, a new Caritas Creek curricula area will be developed focusing on resource conservation. Utilizing the broad spectrum of built environments available, from those built with little attention to the natural world around them to those constructed with the intention of minimizing environmental impact and external resource use, the curriculum area will help students develop an appreciation for our built environments. This material will complement existing nature and ecology study curricula by applying many of the same concepts to an understanding of how resources are consumed in the household and workplace and the corresponding effect on the environment.

# Development Plan (cont.)

- **From Farm and Garden to Table**

The Farallones Institute Rural Center will also provide the location for a new curriculum area highlighting nutrition and home gardening. Farallones is located just five minutes away from McGucken Center and is world famous for it's organic vegetable gardens. A new Caritas curriculum piece will be developed focusing on the origin of our food, the components of a healthy diet, and the basics of home gardening.

The addition of these three curriculum areas will allow Caritas Creek to offer a full spectrum of environmental education services ranging from the scientific underpinnings of ecological theory to an understanding of how our individual lives impact the natural world around us. In addition, it is expected that development of these curriculum areas will allow the program to market new services to school districts and family groups that will aid in further building it's financial base.

# Financing

Limited, but crucial, financial assistance will enable Caritas Creek to meet the development goals outlined above. As noted, the program is currently operating on a break even basis at current service levels. The 1990-91 budget, summarized below, shows a small surplus.

Budget Caritas Creek 1990-1991

**Expenses:**

| | |
|---|---|
| Staff: | $123,015 |
| Program Costs: | $193,127 |
| Total: | $316,142 |

**Income:**

| | |
|---|---|
| Program Fees: | $315,450 |
| Sales: | $1,500 |
| Total: | $316,950 |

To meet the objectives detailed in the development plan a total of $117,750 is being sought to fund the participation of low-income school districts with a limited scholarship program and to extend the range of the current Caritas Creek curricula. These funds will be utilized over the 1990-91 and 1991-92 school years as indicated below.

| | 1990-91 | 1991-92 |
|---|---|---|
| Scholarships: | $27,000 | $60,750 |
| Curricula Development and Implementation | | |
| Northern California Tidepools | $10,000 | $10,000 |
| Resource Conservation | $5,000 | |
| From Garden to Table | $5,000 | |
| Total: | $47,000 | $70,750 |

# EXHIBIT I

December 4, 2006

Tracy Underwood
National Manager
Corporate Contributions
Toyota Motor Sales, U.S.A., Inc.
19001 South Western Avenue
Torrance, CA 90501

Dear Ms. Underwood:

Enclosed please find our end-of-year report for the grant we received from Toyota Motor Sales, USA, Inc. in support of Caritas Creek Environmental Education and the new creek restoration curriculum (check # 0000182708, dated 8/17/2005 in the amount of $5,000.00).

This generous and ground-breaking support from Toyota has made it possible for us to launch the new creek restoration curriculum that has benefited 3,352 5th-8th grade students from 76 different schools and 10 distinct school districts throughout the San Francisco Bay Area in both the 2005-06 and 2006-07 academic years. Our project has taught environmental stewardship and vital leadership skills to these youth through a dynamic, hands-on creek restoration curriculum.

Our project has also resulted in the heightened environmental awareness and leadership skills of 972 low-income, inner-city students attending San Francisco Bay Area public schools (29% of our total students). Due to limited school resources and economic and social problems of the inner city, these students have very few (if any) opportunities for outdoor learning, environmental education, and scientific exploration/discovery.

With this report we are requesting from Toyota Motor Sales, U.S.A., Inc. the additional $10,000 in funds to support the continuation of our efforts in Year 2. As you advised in your award letter dated October 12, 2005, we are requesting the remainder of Toyota's commitment to our creek restoration curriculum.

We are very grateful for the invaluable support we've received from Toyota and, more importantly, for your tangible investment in the leadership development and environmental stewardship of our young people.

Sincerely,


Paul Raia
Director, Caritas Creek Environmental Education Program
Catholic Charities CYO

PR/dmr

Enclosures

# EXHIBIT J

**To:** Brian Cahill
**CC:** Leadership Team
**FROM:** Glenn Motola, Psy.D.
        Director of Programs and Services

## Caritas Plan of Operation
## Jan-May 2007

**Tuesday, January 17, 2007:**
Plan to be announced and implemented including calls to schools requesting Parent Chaperones.

By **January 19, 2007:** Letter to schools regarding next season finalized.

**Areas of Concern:**
1. **Cabin supervision**
2. **Hiking safety**
3. **Behavior management, Disciplinary procedures**
4. **Leadership oversight**
5. **Curriculum:**
    **Revision of unstructured sharings(serendipities)**
    **Mixing of school groups**
    **Format of Celebration**
6. **Emergency Procedure update**
7. **Review of Medication P&P**
8. **Staff utilization and staffing pattern**
9. **Staff housing/appropriateness**
10. **Nutrition/Kitchen**
    **Snack P&P**
    **Hand washing P&P**
11. **Planning for Summer Camp**

**Redesign Plan/Corrective Action**
1. **Cabin supervision**
    a. Teacher Naturalists to be offered PM stipend to sleep in the cabins.
    b. Schools encouraged to bring parent chaperones

2. **Hiking safety**
    a. Solo hikes suspended
    b. Use of Miwok side of camp suspended
    c. On trail only, "Leave no trace" philosophy implemented
    d. Discontinue hikes on eroded areas, slide areas

3. **Behavior management, Disciplinary procedures**
   a. On-sight leadership to be consulted with behavioral issues.
   b. Discontinue use of "time out/away" policy.
4. **Leadership oversight**
   a. Director of Programs and Services, Associate Director of Programs and Services, Associate Director of HR, Director of Facilities to be on-site in rotation. Camp PD to be accountable to Sr. team listed above. One of these individuals will be present on a daily basis.
5. **Curriculum:**
   a. Revision of unstructured sharings(serendipities):
      Sharing times are to be subject/topic driven and related to environment/nature
   b. Mixing of school groups: classes will remain grouped Together and only interact with larger group during specified events
   c. Format of Celebration: is to be shortened and And conducted in class/school groupings
5. **Emergency Procedure update**
   a. Director of Facilities to review and update the emergency procedures
6. **Review of Medication P&P**
   a. To be reviewed by the Director of Programs and Services
7. **Staff utilization and staffing pattern**
   a. Lead Teacher Naturalist to be identified and compensated
   b. Lead Activities Coordinator to be identified and compensated
   c. Lead Evening Coordinator to be identified and compensated
   d. Adults(2) to be present in each cabin
8. **Staff housing/appropriateness:**
   a. Immediately discontinue use of Wildwood area and relocate staff
10. **Nutrition/Kitchen**
   Snack P&P
   a. Have Dietitian review menu and snack schedule
   b. Hand washing P&P to be implemented immediately
11. **Planning for Summer Camp**
   a. Identify Lead staff to plan for Summer Camp

# EXHIBIT K

# CYO CARITAS CREEK

## ENVIRONMENTAL EDUCATION PROGRAM

---

### PROGRAM SUMMARY AND OVERVIEW

---

## 1. PROGRAM DESCRIPTION

CYO CARITAS CREEK is an exciting Environmental Education Program for 4th-8th grade students (ages 10-14) from San Francisco Bay Area Catholic and Public Schools (For a complete list of schools, see History and Growth of Program, page 3). It is a comprehensive week-long (Monday - Friday) program that takes place during the Fall and Spring months of the academic school year. There are a total of eighteen program weeks in which five classrooms of students mix together for their week of environmental, social and spiritual education. The program features:

- Science exploration of the Redwood forest, Pond/Stream and Ocean/Tidepools
- Social interaction skills instruction
- Spiritual reflection and moral development curriculum
- Small learning groups (1 teacher/naturalist to 10 students)
- Preparation and follow-up visits to each participating classroom
- Transportation to and from the camp site provided by CYO Transportation
- 24-hour supervision and instruction by professional teaching and counseling staff
- Complete lodging facilities and food services at our CYO McGucken Center site

The CYO Caritas Creek Program emphasizes:

o    An investigative approach to learning that emphasizes the interdependence of God, people and the natural world.

o    A multi-disciplinary curriculum that enables students of varying learning capabilities to grow academically.

o    A living situation that promotes a sense of self-worth and self-confidence, as well as a respect for the rights and needs of other people and of the environment.

Our goals in implementing the program are:

1.    To give students a positive experience in exploring and learning about the science and the environment.

2.    To enable students to discover new, affirming ways of working together and building faith community.

3.    To empower students to make faith-based choices in their lives that have a positive impact on themselves, other people, and the environment.

4.    To encourage students to explore new recognitions of spirituality in their experience with nature, people and within themselves.

CYO CARITAS CREEK PROGRAM WEEK SCHEDULE

Monday

| | |
|---|---|
| 8:30 - 9:30 am. | Departure from school |
| 11:00 am. | Arrive at Camp: unload bus, use restrooms |
| 11:15 am. | Serendipity: Get acquainted activities |
| | Cabin assignments |
| 12:15 pm. | Lunch in cabin groups |
| 1:00 pm. | General Orientation: Camp guidelines |
| 1:30 pm. | New Games |
| 2:00 pm. | New Discoveries and orientation hike |
| 4:00 pm. | Freetime |
| 5:00 pm. | Dinner |
| 7:00 pm. | Serendipity (Social Growth and Group Awareness Activity) |
| 8:00 pm. | Campfire |
| 9:30 pm. | Prepare for Bed |
| 10:00 pm. | Lights Out |

| Tuesday/Wednesday | | Thursday | |
|---|---|---|---|
| 8:00 am. | Breakfast | 8:00 am. | Breakfast |
| 9:00 am. | Exploration: | 9:00 am. | Ocean Day: |
| | Redwood Forest | | Beach/Tidepools |
| | or Life Cycles/Pond | | Lunch at site |
| | Lunch on trail | 2:00 pm. | Freetime |
| 3:00 pm. | Electives | 3:00 pm. | Class Meeting |
| 4:00 pm. | Freetime | 4:00 pm. | Electives |
| 5:30 pm. | Dinner | 5:30 pm. | Dinner |
| 7:00 pm. | Serendipity | 7:00 pm. | Cabin Group |
| | or Environmental Skits | | Serendipity |
| 8:00 pm. | Nighthike or Campfire | 8:00 pm. | Celebration |

Friday

| | |
|---|---|
| 9:00 am. | Pack up and clean up |
| 9:30 am. | Serendipity |
| 10:45 am. | Closure ceremony |
| 11:30 pm. | Lunch |
| 12:30 pm. | Depart for home |

## CURRICULUM FEATURES

Exploration Hikes:  Emphasis:  Multi-disciplinary learning through adventurous fun.

Tuesday, Wednesday and Thursday are hiking days to the redwood forest, pond/stream and ocean shore areas.  Students are out on the trail from 9:00 until 3:00 in learning groups of 10 led by 1 Teacher/Naturalist and 1 or 2 high school cabin counselors.  "Hikes" are walk, stop and do activity, walk, stop and do activity—i.e. only cover 1 to 2 miles during six hours, so everybody can succeed.   Hikes are organized by theme: Interdependence of plant and animal communities (redwood day), and Cycles of nature (pond/stream day). Habitat & Adaptation (ocean shore day)  Learning is done by hands-on discovery and discussion (at the pond with nets, in the forest looking under logs, at the ocean exploring tidepools, etc.); games to teach concepts (example: food web game); quiet reflection; and art/writing activities.


Serendipity:

Hour-long group discussion sessions every evening.  Activities are simple games to get kids talking—e.g. Grab Bag.  Norms are established (no put-downs, active listening, confidentiality), and Teacher/Naturalist acts as facilitator.  Students learn:  1. sharing thoughts is fun if done safely; 2. everybody has something to share;  3. trust can be built easily if done willingly, fairly and safely;  and 4. God presence is felt as people share themselves with others.


Springboard Serendipity:

This activity is a final serendipity with fellow classmates to determine what has been good for the class in getting along together during the week.  Students also discuss how they might be able to take what they learned about getting along with each other home to their school.  Designed specifically to talk about how to make the social learning of Caritas "stick", continue into their lives at home.

## CLASSROOM PREPARATION AND FOLLOW-UP VISITS

Additionally, CYO Caritas Creek includes packaged plans to facilitate teacher involvement without taxing their normal classroom preparation time. CYO Caritas Creek's staff is available to teachers and students in their classrooms to prepare philosophically and experientially for the outdoor program. The intention in these preparation units is to focus students' interest in the curriculum of the environmental studies program, and to establish a rapport that will aid in effective connection with the children. For the teacher, the program provides "Readiness" materials to assist him/her in preparing the class logistically for the experience.

<u>Readiness Experiences Include:</u>

1. Program preview for faculty and/or parents.

2. Specific classroom visit preparation units conducted by Caritas Creek staff (2 visits - 2 hours each):

   1st visit:    Program orientation for students
                 Redwood Ecology unit
                 Nature Cycles unit

   2nd visit:    Ocean Ecology unit

   Incorporated into each visit:
   - Self-awareness and group interaction techniques
   - Multiple Intelligence Curriculum
   - New Games cooperative activities

3. Follow-up classroom visit conducted by Caritas Creek staff (one visit - two hours long):
   - Review/reinforcement of academic knowledge learned at camp.
   - Rainbow Building Project.

<u>Readiness Materials Include:</u>

1. Classroom Preparation Curriculum unit for teachers
2. Parent Preparation and Information Packet
   - Introductory Letter describing program
   - Permission Slip
   - Medical Releases
   - Packing Lists
3. Student Preparation and Information Packet
4. Policy/Philosophy in regards to selection of Cabin Counselors - Counselor Information Packet
5. Classroom Teacher Orientation Packet
6. Classroom Teacher Responsibilities Packet
7. Classroom Follow-up Curriculum unit for Teacher
8. Fundraising Information
   - Planning Consultation
   - Financing Guide
9. Introductory Letters to Parents

## 2. STUDENT POPULATION SERVED

CYO Caritas Creek serves approximately 2,900 students in the 4th- 8th grades of all religions, races and socioeconomic backgrounds from 69 school communities throughout the S.F. Bay Area (see attached Caritas Creek Student Data for the current school year). Caritas Creek strives to serve the broadest range possible of school communities, primarily in the Catholic school network (approx. 75% of clientele), and secondarily with interested public school groups (approx. 25% of clientele). Caritas Creek's client school groups are primarily mainstream student populations that reflect the diversity of the S.F. Bay demographics. A specific intent of the program structure provides communities of differing racial and socioeconomic backgrounds to participate together in the program weeks.

CYO Caritas Creek also reaches out to lower income school communities for inclusion in the program; though most schools reside in Middle Income (75%) and High Income (10%) communities, the program has enabled a significant presence of Low Income school communities to participate (15%). CYO's long rich tradition of serving a wide cross section of children is reflected in the demographics of the Caritas Creek program, setting it apart form other environmental education programs in Northern California that may focus on a more singular type of clientele. The CYO Caritas Creek program is open to any interested school group. Directors implement regular outreach correspondence and program presentations to potential client schools, both public and private.

## HISTORY AND GROWTH OF SERVICE

CYO CARITAS CREEK Environmental Education Program evolved from a group of interested friends--teachers, parents, directors, students, and counselors--who recognized the incredible growth and learning that could occur in an outdoor living situation. Since 1969, this group had worked together in classroom field studies and summer environmental adventures.

These common experiences, coupled with the enthusiastic response form the educational community, provided the impetus for the 1975 incorporation of Caritas Creek--an Environmental Education Community Program. In the summer of 1983, Caritas Creek merged with Youth Activities - CYO of San Francisco in a mutual effort to expand the program, and to broaden the scope of the organization's services to youth.

# CYO CARITAS CREEK - SCHOOLS SERVED SINCE 1976

Alameda
St. Joseph School
Antioch
Holy Rosary School
Belmont
Immaculate Heart of Mary School
Berkeley
East Bay French-American School
Montessori Family Center
School of the Madeleine
St. Joseph the Worker School
Burlingame
Our Lady of Angels School
St. Catherine of Siena School
Castro Valley
Our Lady of Grace School
Colma
Holy Angels School
Concord
Queen of All Saints School
St. Agnes School
St. Francis of Assisi School
Cotati
Cotati Middle School
Danville
Charlotte Wood Middle School
St. Isidore School
El Cerrito
St. Jerome School
Fairfax
St. Rita School
Fremont
St. Joseph School
St. Leonard School
Hayward
All Saints School
St. Bede School
St. Clement School
St. Joachim School
Healdsburg
St. John School
Kensington
Kensington Elementary School
Lafayette
St. Perpetua School
Larkspur
Marin Primary and Middle School
St. Patrick School
Livermore
St. Michael School
Los Gatos
St. Mary School
Martinez
St. Catherine of Siena School

Milbrae
St. Dunstan School
Milpitas
St. John the Baptist
Napa
St. John School
Newark
St. Edward School
Novato
Pacheco Elementary
Oakland
Bentley School
St. Anthony School
St. Augustine School
St. Bernard School
St. Columba School
St. Cyril School
St. Lawrence O'Toole School
St. Leo School
St. Paschal Baylon School
St. Patrick School
St. Theresa School
Sacred Heart School
Pacifica
Good Shepherd School
Petaluma
Mary Collins School at Cherry Valley
Piedmont
Corpus Christi School
Pinole
St. Joseph School
Pleasant Hill
Christ the King School
Redwood City
Our Lady of Mt. Carmel School
St. Pius School
Richmond
St. Cornelius School
St. David School
Rohnert Park
Creekside Middle School
San Anselmo
San Domenico Lower & Middle School
San Bruno
St. Robert School
San Carlos
St. Charles School
San Francisco
Alamo Elementary School
Argonne Alternative School
Bret Harte Elementary School
Bryant Elementary School
Cesar Chavez Elementary School
Claire Lilienthel Elementary School

# CYO CARITAS CREEK - SCHOOLS SERVED SINCE 1976

Clarendon Elementary School
Commodore Sloat Elementary School
Convent of the Sacred Heart
    Elementary School
Dr. Charles Drew Elementary School
Dr. William Cobb Elementary School
Ecole Notre Dame des Victoires
George Washington Carver School
Hillcrest Elementary School
Holy Name School
Horace Mann Middle School
John Swett Alternative School
Jose Ortega Elementary School
Lakeshore Elementary School
Malcolm X Academy
Marshall Elementary School
Mission Dolores School
Sacred Heart Elementary School
Sanchez Elementary School
S.F.U.S.D. Environ. Educ. Program
Spring Valley Elementary
St. Anthony School
St. Elizabeth School
St. Emydius School
St. Gabriel School
St. James School
St. Paul Elementary School
St. Thomas the Apostle
Stuart Hall School for Boys
Visitacion Valley Middle School
West Portal Elementary
William De Avila Elementary School
Yick Wo Elementary School

San Jose
    St. Leo the Great School
    St. Martin of Tours School

San Leandro
    Assumption School
    St. Felicitas School
    St. Leander School
    Madison School
    McKinley Elementary School
    Monroe Elementary School
    Washington Elementary
    Wilson Elementary School

San Mateo
    St. Gregory School
    St. Matthew School
    St. Matthew Epicopal School
    St. Timothy School

San Pablo
    St. Paul School

San Rafael
    Timothy Murphy School

San Ramon
    Twin Creeks Elementary School

Santa Clara
    St. Justin School

Santa Rosa
    St. Rose School

South San Francisco
    St. Veronica School

Suisun City
    Suisun Elementary School

Tiburon
    St. Hilary School

Union City
    Our Lady of the Rosary

Vallejo
    St. Catherine of Siena School

Walnut Creek
    Seven Hills School
    St. Mary School

Woodland
    Holy Rosary School

# Caritas Creek Student Data

### Fall 1997 and Spring 1998

| Descriptions | Numbers | Percentages |
|---|---|---|
| Total students at CC Fall '97 and Spring '98 | 2,883 | 100% |
| Total Catholic school students | 2109.4 | 73% |
| Total non-Catholic school students | 774 | 27% |
| Total schools | 69 | |
| Students by Income Levels | | |
| Low income | 428 | 15% |
| Middle Income | 2159.82 | 75% |
| High Income | 295.58 | 10% |
| Students by region | | |
| San Francisco | 571 | 20% |
| Peninsula | 483.5 | 17% |
| East Bay | 1,030 | 36% |
| South Bay | 278 | 10% |
| North Bay | 520.58 | 18% |

| | Income status | Students by region breakdown by school | Numbers | Percentages |
|---|---|---|---|---|
| | | San Francisco | | |
| 1 | 2 | Clarendon | 65 | 2% |
| 2 | 1 | Convent of Sacred Heart Elem. | 35 | 1% |
| 3 | 2 | Holy Name of Jesus | 64 | 2% |
| 4 | 3 | Horace Mann | 60 | 2% |
| 5 | 3 | Sacred Heart Elem | 16 | 1% |
| 6 | 3 | SFUSD | 160 | 6% |
| 7 | 3 | Spring Valley | 72 | 2% |
| 8 | 3 | St. Emydius | 17 | 1% |
| 9 | 2 | St. Gabriel | 58.83 | 2% |
| 10 | 3 | St. James School | 23 | 1% |
| | | Total | 571 | 20% |

| | | Peninsula | | |
|---|---|---|---|---|
| 1 | 2 | Good Shepard School - Pacifica | 39 | 1% |
| 2 | 2 | Holy Angels - Colma | 33 | 1% |
| 3 | 2 | Immaculate Heart of Mary - Belmont | 34 | 1% |
| 4 | 2 | Nativity School - Menlo Park | 28.5 | 1% |
| 5 | 2 | Our Lady of Angels - Burlingame | 33 | 1% |
| 6 | 2 | Our Lady of Mt. Carmel - Redwood City | 27 | 1% |
| 7 | 2 | St. Catherine of Siena - Burlingame | 36 | 1% |
| 8 | 1 | St. Charles - San Carlos | 34 | 1% |
| 9 | 2 | St. Matthew Episcopal - San Mateo | 22 | 1% |
| 10 | 1 | St. Matthew School - San Mateo | 60 | 2% |
| 11 | 2 | St. Pius - Redwood City | 35 | 1% |
| 12 | 2 | St. Roberts - San Bruno | 34 | 1% |
| 13 | 2 | St. Timothy - San Mateo | 30 | 1% |
| 14 | 2 | St. Veronica School - S. San Fran. | 38 | 1% |
| | | Totals | 483.5 | 17% |

| | | East Bay | | |
|---|---|---|---|---|
| 1 | 2 | Assumption School - San Leandro | 30 | 1% |
| 2 | 2 | Christ the King - Pleasant Hill | 35 | 1% |
| 3 | 2 | Corpus Christi - Piedmont | 31 | 1% |

# Caritas Creek Student Data

### Fall 1997 and Spring 1998

| | | | | |
|---|---|---|---|---|
| 4 | 2 | Holy Rosary - Woodland | 35 | 1% |
| 5 | 2 | Kensington Elementary School | 59 | 2% |
| 6 | 2 | Our Lady of Grace - Castro Valley | 32 | 1% |
| 7 | 2 | Queen of All Saints - Concord | 28 | 1% |
| 8 | 2 | School of the Madeline - Berkeley | 32 | 1% |
| 9 | 2 | St. Agnes - Concord | 30 | 1% |
| 10 | 2 | St. Augustine - Oakland | 31 | 1% |
| 11 | 2 | St. Bede - Hayward | 32 | 1% |
| 12 | 3 | St. Bernard School - Oakland | 35 | 1% |
| 13 | 2 | St. Catherine of Siena - Martinez | 31.66 | 1% |
| 14 | 2 | St. Clement School - Hayward | 34 | 1% |
| 15 | 3 | St. Cornelius School - Richmond | 25 | 1% |
| 16 | 2 | St. David School - Oakland | 67 | 2% |
| 17 | 2 | St. Frances of Assisi  - Concord | 38 | 1% |
| 18 | 2 | St. Jerome School - El Cerrito | 34 | 1% |
| 19 | 2 | St. Joachim - Hayward | 33.83 | 1% |
| 20 | 2 | St. Joseph - Pinole | 33 | 1% |
| 21 | 3 | St. Joseph the Worker - Berkeley | 20 | 1% |
| 22 | 2 | St. Lawrence O'Toole - Oakland | 61 | 2% |
| 23 | 2 | St. Leander - San Leandro | 30 | 1% |
| 24 | 2 | St. Leo the Great - Oakland | 22 | 1% |
| 25 | 2 | St. Mary School - Walnut Creek | 34 | 1% |
| 26 | 2 | St. Michael's School - Livermore | 40 | 1% |
| 27 | 2 | St. Paschal - Oakland | 28 | 1% |
| 28 | 2 | St. Paul School - San Pablo | 31 | 1% |
| 29 | 1 | St. Theresa School - Oakland | 33 | 1% |
| 30 | 2 | St.Perpetua - Lafayette | 25 | 1% |
| | | Totals | 1030.49 | 36% |

| | | South Bay | | |
|---|---|---|---|---|
| 1 | 2 | St. Dunstan - Milbrae | 31 | 1% |
| 2 | 2 | St. Edward School - Newark | 31 | 1% |
| 3 | 2 | St. John the Baptist - Milpitas | 30 | 1% |
| 4 | 2 | St. Joseph - Fremont | 71 | 2% |
| 5 | 2 | St. Justin - Santa Clara | 31 | 1% |
| 6 | 2 | St. Leo the Great - San Jose | 34 | 1% |
| 7 | 2 | St. Leonard - Fremont | 25 | 1% |
| 8 | 2 | Sunol Glen - Sunol | 25 | 1% |
| | | Totals | 278 | 10% |

| | | North Bay | | |
|---|---|---|---|---|
| 1 | 2 | Creekside Middle School - Rohnert Park | 235 | 8% |
| 2 | 1 | Marin Primary/MS - Larkspur | 25 | 1% |
| 3 | 2 | Mary Collins - Petaluma | 73 | 3% |
| 4 | 1 | San Dominico - San Anselmo | 80.58 | 3% |
| 5 | 2 | St. Catherine of Siena - Vallejo | 39 | 1% |
| 6 | 1 | St. Hilary - Tiburon | 28 | 1% |
| 7 | 2 | St. Rose - Santa Rosa | 40 | 1% |
| | | Totals | 520.58 | 18% |

## 4. STAFF AND VOLUNTEER STRUCTURE AND RESPONSIBILITIES

Administrative Staff Responsibilities:

1.    Director of Outdoor Ministry (1):  Supervises program development and implementation; client school recruitment, budget development / implementation / management;  staff recruitment / hiring / evaluation.  Actively works with and directs on-site program weeks.

2.    Associate Director (1):  Supervises program development and implementation: Actively manages budget development / implementation / daily management; actively recruits / hires / supervises / evaluates / staff.  Assists D.O.M. with client school recruitment.  Actively works with and directs school groups in on-site program weeks.

3.    Assistant Directors (2):  Actively oversee mechanics of program implementation and staff training.  Actively work with and direct school groups in on-site program weeks.

4.    Counselor Coordinators (3):  Develop and implement recruitment, training and supervision of volunteer junior and senior high school students as cabin counselors for program weeks.

5.    Teacher / Naturalists (16):  Teach 4th-8th grade students environmental education program curriculum and activities during program weeks

6.    Head Counselors (4):  Assist Counselor Coordinators in recruitment, training and supervision of volunteer high school students as cabin counselors during program weeks.

7.    Cabin Counselors (20 per program week):  Each leads a cabin group of 8 students during a program week.

## 5. FUNDING

CYO Caritas Creek is funded primarily from Participant Fees. In our proposed Budget for the coming year, 97% of the program's revenue of approximately $800,000 will come from School Registration Fees and Student Participant Fees. The remaining 3% will be generated from clothing sales and donations from families of past years of Caritas Creek participation.

Normally, client schools draw upon a variety of school fundraising sources, grant monies available to them, and payments from parents to cover the costs of the Participant Fees. The wealthier communities generate funds from parent payments and school fund-raisers. Lower income schools rely on grant monies raised by the school and partial parent payments.

Expenses fall in three main areas. Approximate costs and percentages:

| | | | |
|---|---|---|---|
| 1. | Staffing: | $340,000 | 40% |
| 2. | Program Operating Costs: | $ 60,000 | 7% |
| 3. | Intra-agency costs: | $460,000 | 53% |
| | (Transportation, McGucken Center, CYO support) | | |

## 6. INTEGRAL RELATIONSHIP WITH CYO

CYO Caritas Creek is an integral part of the mission and structure of CYO's service to the broader community of youth in the Bay Area. CYO Caritas Creek brings 2,900 students opportunities to explore their personal connection to God in the midst of exploring and learning about the natural world, and in meeting and working with new friends. Additionally, the program functions as an integral part of the school curriculum of 33% of the San Francisco Archdiocesan elementary schools, and 50% of the Oakland Diocesan schools. Each of these schools includes environmental education as part of their junior high school educational years, and they choose CYO Caritas Creek because of its spiritual reflection, its multi-disciplinary academic curriculum, and its integrative, social-growth-oriented social experience.

In its budget structure, CYO Caritas Creek functions fairly independently in generating funding from its client schools. However, the program is deeply intertwined into the programmatic and financial functioning of CYO McGucken Center: sustaining the Center with a large percentage of its revenue, and depending on the Center staff for the maintenance and development of the Center facilities. The program is also dependent on agency administration for budgetary functions: payroll, petty cash purchases, vendor payments, client billing, and budget management.

CYO Caritas Creek also provides CYO Camp Armstrong with a large market base for attendance during the summer program. All CYO Caritas Creek participants are invited to attend CYO Camp Armstrong program based on their positive experience during their environmental education program week. Additionally, CYO Caritas Creek forms a complete, year-round opportunity for the ministerial development of camp administrative and program staff.

# 7. ISSUES AND TRENDS

**Attendance:**  For the current academic year of 1997-98. CYO Caritas Creek has continued to grow in both the number of individuals and school communities served., We presently serve 2,900 students, 200 more than in 1996-97. The numbers represent 96 different classrooms in 72 different schools. We have experienced a regular growth of 5% each year over the past 10 years.

**Budget:**  Budget realities remain a challenge as we attempt to keep the program affordable for participating schools (our current Participant Fee is $269), and continue to offer the quality services that our clients count on. We are currently exploring new funding sources in order to supplement our revenue base.

**Ropes Course:**  Each Fall semester we have schools that send a classroom of students that has already attended the program in a previous year. For those students we offer a 2nd-year curriculum consisting of a day on our CYO Ropes Course. These classes are always 7th or 8th grade students, and focus on building a class group's sense of cohesion, cooperation and support, and the individual students' sense of self-esteem, capability, and accomplishment. This year Caritas Creek served 8 classes totaling 240 students.

**High School Ministry:**  A strong piece of Caritas Creek's ministry is to train, counsel, and advise 360 upper-division high school students who represent some 50 San Francisco Bay Area High Schools. This year we are piloting a program for the tenth grade students from the Shelton School of Dallas, Texas. This program combines two outdoor ministry elements as the students will participate in a weekend Ropes Course/Leadership Development Retreat and a standard week of Caritas Creek as cabin counselors/teachers aides.

**Catholic School Teacher Training:**  One of the most exciting program developments that we hope to begin offering to our client school communities is a teacher training program. The strength of CYO Outdoor Ministry as a whole is the opportunity of able staffmembers to connect with children in positive, constructive ways. CYO Caritas Creek's strength in particular is its invitational spiritual mission, its well-developed program structure/curriculum and staff leadership. and its integrative social experience. Teachers at Catholic schools sometimes lack in their experience in working ministerially with children. In attending the program as teachers accompanying their students, teachers gain exposure to new techniques, new ideas, and new relationships with students. Oakland Diocese School Superintendent Ann Manchester has already begun to pursue experience with CYO Outdoor Ministry programs as a major new resource avenue in teacher-training opportunities for Oakland Diocesan teachers. Two current Catholic school teachers have opted to join our CYO Camp Armstrong staff this coming summer as an initial trial of this new teacher training opportunity.

# EXHIBIT L

**Letter of Intent Year 2005 Field Of Interest Grants**
Organization Name: **Catholic Charities CYO**
Address: **180 Howard Street, Suite 100, San Francisco, CA 94105-1617**
Contact Name: **Paul Raia**
Contact Phone: **(707) 874-0203**
Contact E-mail: **praia@cccyo.org**
Organization Web site: **cccyo.org**
Program/Project Title: **Caritas Creek Environmental Education Program**
Specify Field Of Interest: **Education**

1.  **Is your organization a 501c3?**  Yes. Please see attached letter.

2. **Describe your organization's *mission* and state the year you were incorporated.**
Caritas Creek's mission is to empower students to develop a personal connection with nature, expand their awareness of the environment, and cultivate their leadership skills and human potential through hands-on outdoor education and social interaction in a culturally diverse community. We carry out our mission in a safe, rustic, natural setting that supports the healthy development of youth.

Caritas Creek Environmental Education was founded in 1969 by a group of educators experienced in classroom field studies and summer environmental ventures. In the 36 years since, we have grown to serve approximately 3,162 5th-8th grade students from 100 classrooms representing 85 different schools and 10 school districts annually. Caritas Creek, incorporated in 1975, came under the umbrella of the Catholic Youth Organization in 1983. The Catholic Youth Organization merged with Catholic Charities in 2003. We receive no funding from the Catholic Church or Archdiocese of San Francisco.

3. **Describe the *opportunity or condition(s)* in the community that your proposal addresses.**
Due to limited resources and economic and social problems, the students we will reach through this project do not have opportunities for outdoor learning and exploration. Our project addresses the need of low-income, urban youth to feel connected to nature. Caritas Creek exists to facilitate the development of this relationship. Our project addresses the lack of opportunity among low-income youth in Sonoma County to: 1) learn about natural history and the earth sciences and develop environmental leadership skills through hands-on experiential activities in an outdoor classroom; 2) participate in a five-day environmental education program with youth from different backgrounds that builds their awareness of diversity; 3) work on self-esteem issues in a supportive, youth-centered, and physically challenging environment.

4. **Describe the *proposed project* that will respond to the opportunity or community conditions.**
We have identified the following schools that we are in the process of contacting and recruiting classrooms from: McKinley School, Petaluma, Principal: Beth Langlamet; McDowell School, Petaluma, Principal: Liz Schott; Roseland Elementary School, Santa Rosa, Principal: Michael Kelson; Kawana Elementary School, Santa Rosa, Principal: Nancy Rogers-Zegarra; Hilliard Comstock Middle School, Santa Rosa, Principal: Raul Guerrero; Cook (Lawrence) Middle School, Santa Rosa, Principal: Harriet Gray. Our goal is to partner with at least three of these schools. With funding from Community Foundation Sonoma County, we will provide hands-on nature, science and ecology activities that improve learning, increase understanding and appreciation of the natural

environment, and instill an environmental ethic and sense of stewardship for the Earth. Specifically, we will offer two classroom pre-visits, a five-day outdoor education curriculum at Caritas Creek, and carefully chosen follow-up activities in order to: a) promote an awareness and appreciation of nature, both local and beyond city limits; b) connect students to the crucial role they can play in the future of the environment, and to see themselves as environmental leaders capable of shaping that future; c) encourage understanding among students and foster improved group relations that challenge neighborhood turf boundaries; and d) inspire students to bring what they learn back to their home communities where it can take root and grow. The outdoor curriculum at Caritas Creek includes a redwood hike, a lake and stream exploration, Salmon Creek watershed habitat restoration activities, and a day at the coast. Through active exploration and hiking, group discussions and challenges, games and activities, and personal reflection, students make connections between the diverse communities in nature and the diverse communities in their lives. They learn about life cycles, geology, habitat and adaptation; they take a night hike to study nocturnal animals and astronomy, and participate in a campfire circle as a place to share community wisdom, tradition, and folklore; and they consider the complex relationships between humans and nature during their own "solo sit" by the ocean. Serendipity activities are included and are designed to build self-esteem, self-confidence, and improved communication skills in a supportive, youth-centered environment. Serendipity groups meet throughout each day so students can share feelings and discuss problems they encounter in their urban environments, and ways to bring what they learn at Caritas Creek home with them. The week ends with Springboard Day, when students make connections between their outdoor week experience and their home communities. Students return to their homes with a "promise to the world" that solidifies their commitment as stewards of the Earth: a pledge to recycle, restore native vegetation to a local park, or organize a beach clean-up. Carefully chosen follow-up activities include a post-trip classroom visit by Caritas Creek staff and coordination of students' efforts to carry out their pledges. Post-trip follow-up activities provide opportunities to relate the concepts studied at Caritas Creek to the students' daily lives and home communities.

5.  **Describe the *changes you seek to effect* concerning the opportunity or conditions stated in item # 3.**
Caritas Creek will present participating teachers and students with a culturally and ethnically relevant environmental education curriculum using proven educational practices and strategies. Our project will instill in students a sense of personal responsibility for and commitment to the natural environment. Our project will give students the experiences and education they need to feel connected to nature and make the connection back to their home communities. Students will learn about natural history and the earth sciences and develop environmental leadership skills through hands-on experiential activities in an outdoor classroom. Students will expand their awareness of diversity. Students will make progress on self-esteem issues in a supportive, youth-centered, and physically active environment. Students will practice respect for themselves, others, and nature.

6.  **What is the *geographic area* your program or project will serve?**
Low-income schools in Petaluma and Santa Rosa.

7.  **State the *total amount* of funds being requested and list the *kinds of expenses* the grant will cover.**
$25,000 to bring outdoor environmental education into the lives of 85 low-income students in the 2005-06 academic year recruited from the schools we've identified. This total cost reflects a reduced rate per student of $290.00 that we reserve for low-income schools.

Signature of Executive Director: _____

September 23, 2004

Martin N. Carrade
President
The Guardsmen
P.O. Box 29330
San Francisco, CA 94129-0330

Dear Marty:

Thank you for your letter and enclosed check in the amount of $25,000.00 which you generously presented to our agency on behalf of The Guardsmen at the 2004 Loaves and Fishes dinner (check #1017, dated 9/01/04).

In keeping with the wishes of The Guardsmen, this gift will be directed to the educational programming that Caritas Creek Environmental Education Program provides to approximately 3,300 5th-8th grade students from 100 classrooms representing 85 different schools and 10 school districts. Open to all school communities, Caritas Creek Environmental Education gives Bay Area students an exciting, hands-on approach to natural history and earth science education. More importantly, Caritas Creek plays a significant role in cultivating the leadership potential, moral development, and social responsibility of local young people who will, in turn, shape our future. As with all Catholic Charities CYO programs, of special concern is outreach to at-risk young people and providing natural opportunities for group interaction that reflect the cultural complexity of the Bay Area.

Please accept my enduring thanks for all that support from The Guardsmen makes possible for the youth we serve.

Very truly yours,


Brian Cahill
Executive Director
Catholic Charities CYO


BC/dmr

# EXHIBIT M



# The Catholic Youth Organization
*Serving Children and Youth Since 1855*

One St. Vincent Drive, San Rafael, CA 94903  (415) 507-2000  ▪  Fax: (415) 491-0842

**MEMORANDUM**

**DATE:**    March 6, 1998
**TO:**       **CYO Board of Trustees Program Committee**
**FROM:**   **Reverend David Ghiorso**
**RE:**       **CYO Organizational Study**

This organizational study was undertaken to evaluate the opportunities available to CYO upon the sale of the St. Vincent's property.

CYO has a variety of options ranging from investing the proceeds and discontinuing the operations of the residential treatment program, to continuing all the programs presently in place and developing and expanding them for the future. At the first end of the spectrum, CYO would construct a residential treatment center and use the remaining proceeds from the land as an endowment to support the maintenance of the buildings, the residential program and all other CYO programs. The other end of the spectrum envisions the CYO creating an endowment which would support a variety of indirect services, the direct services which are not part of the residential program, new and innovative programs for children, youth and families and programs designed around the parish and faith community.

As discussed throughout this study, CYO offers services through the following major divisions: Outdoor Ministry, Parish Ministry, Residential Treatment Services, Community-Based Services and Transportation. Initial assessment indicates that the Outdoor Ministry, Parish Ministry, Community-Based Services and Transportation should have program site administration at a location which probably will be different than St. Vincent's. The Residential Treatment Program has very substantial needs for on-site administration. It appears logical but not necessary to place the overall corporate administration with the Residential Treatment Program.

With the creation of this years budget, the non-residential treatment programs have been stabilized. For purposes of this study, it is assumed that part of the endowment which would generate $300,000 per year could support these programs into the foreseeable future. Creating an endowment would free up other ongoing revenues for new and innovative programming.

If CYO continues to provide residential treatment services for at-risk children, there are four options:

1.  Construction of a campus on the east side of the tracks;
2.  Tieing this construction to other possible community benefiting programs such as environmental research;
3.  Construction of the campus on the west side of tracks on prime development property;
4.  Relocation of the entire program to another site in the bay area.

Present assumptions envision that the campus would include the following:

1.  The residential living units for 75-100 children and youth;
2.  School (for approximately 125 students) designed for classroom sizes of 10;
3.  Gymnasium;
4.  Program administration;
5.  Agency administration.

In order to evaluate these options we present the following.

---

St. Vincent's School for Boys          San Francisco Boys' and Girls' Home          Mission Day Care
Boys' and Girls' Athletics                 Camp Armstrong                    Caritas Creek Environmental Education
Transportation Services          McGucken Conference and Retreat Center          Youth Ministry Services
St. Vincent's Foster Family Agency          CYO Ropes Adventure Course          Family Based Crisis and Support Program

## HISTORY, BACKGROUND, AND DESCRIPTION OF SERVICES

The Catholic Youth Organization provides a variety of services to at-risk families, children and youth in need of out-of-home care, inner city and parish youth through six previously stand-alone corporations: Catholic Youth Organization, Youth Directory, St. Vincent's, San Francisco Boys' Home, Charila Services for Girls and Caritas Creek Environmental Education. The following is a description of the history of the various programs merged into the Catholic Youth Organization.

### ST. VINCENT'S

The founding cornerstone of CYO is St. Vincent's School for Boys, established in 1855 by two Sisters of Charity who rowed across San Francisco Bay to what is now Marin County to care for orphans of the California Gold Rush. One of the oldest child care providers in the western United States, St. Vincent's has grown from an "asylum for orphans" to an established and well-recognized residential treatment program for seriously abused and at-risk children and youth. It now provides residential services to boys ages 7-18 who are placed by the court. The majority of the boys are classified as seriously emotionally disturbed and are dependent wards of the juvenile court of various counties in California. The goals of the program are to work with the boys and help them cope with their problems while moving towards the following: family reunification, Foster Care, emancipation or referral to a lower level of care. St. Vincent's is licensed by the State Department of Social Services.

The construction of the five original group homes in 1977 allowed St. Vincent's to move beyond institutional, dormitory-style housing to a home-and-family-type setting. In 1994, St. Vincent's was able to realize its long-standing dream of establishing a sixth group home on campus for older boys that would allow residents to access a continuum of on-site care through their eighteenth birthday.

### SAN FRANCISCO BOYS' AND GIRLS' HOME

The Boys Home was originally founded in 1915 under the name of Father Crowley's Working Boys Club, and its purpose was to serve as a residence for working boys. It gradually evolved into a residence for high school and college youth, both court wards and private placements. In 1963, the name was changed and the Boys Home began accepting only high school age boys, typically wards of Juvenile Court. The San Francisco Boys Home became a program of CYO in 1972 and the basis of a residential treatment program began. In 1987 the Charila Girls Services was merged with CYO and the name of the residential program in San Francisco was changed to The San Francisco Boys' and Girls' Home. The Pre Placement Shelter program began in 1990.

Currently, the San Francisco Boys' and Girls' Home administers residential treatment in community based group homes for boys and girls ages 12 through 18 who require placement outside their own home. Professional treatment services include counseling, psychotherapy, family therapy, special education, medical referrals and comprehensive social services. Special programs include psychiatric diagnostic services, family reunification, emancipation, independent living skills and aftercare. Recreational activities include cultural events, field trips, athletic clinics and a strong intramural sports program. Alcohol and drug abuse education, recovery and prevention programs are provided as well. Treatment plans are designed to meet each boy's and girl's needs, with the aim of developing self-reliance and responsibility.

---

## HISTORY, BACKGROUND, AND DESCRIPTION OF SERVICES - CONTINUED

### TIMOTHY MURPHY SCHOOL

In the mid-1980's, the Timothy Murphy School was inaugurated on the St. Vincent's campus. It is a separate non-profit organization providing education services to the residents of St. Vincent's. The school program is designed to serve seriously emotionally disturbed children in a very rich educational environment. Classroom sizes average ten children with one teacher and two aides. A variety of other support services are available.

### FOSTER FAMILY AGENCY

The Foster Family Agency (FFA) was founded in 1980 as an alternative to residential treatment. At its inception, it was designed to provide foster homes for boys who had completed their stay at St. Vincent's.

The FFA provides treatment foster family care for children aged 2-18. Approximately one half of all placements are boys from St. Vincent's. The rest are boys and girls, including sibling groups, referred to us by county social services. CYO's FFA accepts children for both reunification with their families and long-term foster care. The average age of children served is 14 1/2. Most are at risk of institutional care or have been discharged from residential or group home facilities. Foster parents are recruited from a four-county area.

This FFA emphasizes a clinical approach to placement, it practices careful matching of children to families, in addition to ongoing assessment, consultation, and support to retain placements and meet the needs of children for stable therapeutic care. In general, the FFA affirms and encourages children to maintain birth family ties. The program provides discharge planning and transition plans for emancipating youth, as well as bi-weekly, in-depth case visits, 24 hour emergency response, treatment plans and quarterly reports. Foster parents receive 12 hours of pre-service training and complete 12 hours of training annually.

### CARITAS

CYO Caritas Creek Environmental Education Program evolved from a group of interested friends, teachers, parents, directors, students and counselors who recognized the incredible growth and learning that could occur in an outdoor living situation. Since 1969, this group has worked together in classroom field studies and summer environmental adventures. These common experiences, coupled with enthusiastic response form the educational community, provided the impetus for the 1975 incorporation of Caritas Creek, an Environmental Education Community Program. In the summer of 1983, Caritas Creek merged with CYO in a mutual effort to expand the program, and to broaden the organization's services to youth.

CYO Caritas Creek is an Environmental Education Program for 4th-8th grade students. It is a comprehensive program featuring science and environmental exploration of the redwood forest and ocean tide pools. It provides social interaction and moral development curriculum with an integrated emphasis on spiritual development. The program utilizes small learning groups (1

## HISTORY, BACKGROUND, AND DESCRIPTION OF SERVICES - CONTINUED

### CARITAS - CONTINUED

teacher/naturalist to 10 students), with preparation and follow-up classroom visits, transportation to and from the camp site, 24 hour supervision by professional staff, and complete camp lodging, facilities and food services. Caritas Creek operates during the academic year and is open to parochial, private, and public school communities. Caritas Creek serves approximately 60 school communities throughout the San Francisco Bay Area.

### CAMP

In 1946 Father John V. Silva donated a 12 acre camp site to the Catholic Youth Organization of the Archdiocese of San Francisco. During the next 6 years the land was used as a rustic camping site. In the summer of 1952 under the direction of Father Eugene A. Gallager, the camp site was developed and christened "Our Lady of the Redwoods." In 1956 CYO purchased 75 acres adjoining the campsite and one year later a new and separate camp appeared with facilities for 55 teenagers, including a long hoped-for swimming pool. In 1963 with the encouragement of Archbishop Joseph T. McGucken, CYO purchased an additional 130 acres of land adjacent to the existing acreage. Monsignor Peter G. Armstrong, the Archdiocesan CYO Director, with the help and support of the CYO Board of Directors, raised funds and developed plans for a year- round facility which would serve as a retreat center in the winter. This dream was realized in May of 1969 when the new CYO facility was dedicated by Archbishop Joseph T. McGucken, after whom the new Center was named. In June of 1969, the summer camp program became known as CYO Camp Armstrong to honor and acknowledge Monsignor Peter Armstrong, who devoted twenty years of service to the camp and directed the tremendous expansion in the land. CYO was able to offer camping for 450 young people each session. In 1975 Thaddeaus W. Wyatt donated 139 acres to CYO to be used as a natural camping area. This parcel was a couple of miles east of the Camp and used as an overnight camp out.

CYO Camp Armstrong is a residential summer camp for 7-16 year olds. It is dedicated to providing a playful, fun-filled, challenging summer camp experience for young people of all backgrounds in a safe, rural setting. At CYO Camp, outdoor experiences and personal growth go hand-in-hand. As campers learn new skills, they discover special qualities in themselves, in others, and in their natural environment. Children of all faiths are welcome and feel comfortable participating in our creative child oriented church services. The foundation of our camp community is the small cabin group. Each small group reflects a diversity of ethnic and cultural backgrounds, providing campers with valuable exposure to people who may be different from themselves.

At Camp Armstrong CYO offers a variety of services to youth. Some of these services include a full aquatic program including 4 pools and canoeing supervised by Red Cross Certified Lifeguards, an innovative Field and Forest program for unique athletic activities, a creative Arts and Crafts program, an environmental discovery program called Outdoor Adventures, and a Challenge Ropes Course and Archery range with certified instructors. In addition to these extensive programs we provide a variety of activities such as scavenger hunts, creek hikes, overnights under the stars, cook outs, court sports, excursions, campfires, dances, skit nights, and an ongoing array of fun.

## HISTORY, BACKGROUND, AND DESCRIPTION OF SERVICES - CONTINUED

### McGUCKEN CENTER

McGucken Center is the name given to CYO's facility in the Occidental area, out of which the CYO programs Camp Armstrong, Caritas and Search operate. It is a 225 acre wilderness area with all shelter and food services provided. Included are a large lodge for meeting and dining, small hall, four pools, several cabins, staff housing, hiking trails, ropes course, volleyball and basketball courts, playing fields, outdoor Chapel, outdoor camping and lake canoeing. Besides being home to CYO in-house programs, it also serves as a retreat and youth leadership Center for the Archdiocese of San Francisco and neighboring dioceses.

### PARISH/YOUTH MINISTRY/RETREATS

The Catholic Youth Organization has been a leader in the field of youth ministry since its beginning, starting with the pioneering efforts of Monsignor Peter Armstrong who created the SEARCH youth retreat program. Over the last thirty years, the youth ministry staff of the Catholic Youth Organization has provided "direct" services, such as retreats and youth conferences to the parishes of the archdiocese.

The primary focus of CYO's youth ministry efforts are directed towards assisting parishes in responding to the needs of high school aged young people. CYO has worked with junior high youth in its retreat ministry, and at different times with young adults, especially in regard to ministry with specific cultural groups.

The Youth Ministry Division provides SEARCH retreats; Junior High Retreat Ministry; Archdiocesan Youth Celebrations; Sponsorship for delegations to regional, national, and international Catholic youth gatherings; Spirit Quest; School of Pastoral Leadership; YMI Leadership Training; conferences for youth and adults and Certification programs for youth ministers.

### ATHLETICS

CYO Athletics was introduced to the Archdiocese of San Francisco by Monsignor McElroy (St. Vincent's School for Boys) and Msgr. Leo Poweison (Pastor of St. Patrick's in San Francisco), in the 1930's to get the youth off the street corners and out of the pool halls and under the guidance of adult Christian role models.

CYO Sports and Recreation programs contribute to the growth and development of children of all backgrounds by building experience in good sportsmanship, fair and caring competition, and positive socialization through organized team sports leagues.

The CYO Athletic Program offers the following sports: volleyball, soccer, cross country, basketball, softball and track for children grades 3 through 8. Athletics, through its staff and advisory board, supports the parish athletic programs by organizing the sports leagues, assigning officials, scheduling facilities, and providing support and resources to the parishes of the Archdiocese of San Francisco in regard to sports and recreation activities for youth.

## TRENDS - CONTINUED

### CARITAS

CYO Caritas Creek has seen steady growth in the number of school communities served each year. Each year the program has grown by approximately 8%. Initially, Caritas Creek served Catholic schools in the Oakland Diocese. Since joining with CYO, the program has expanded its base to include many schools in the San Francisco Archdiocese, and in the last three years, the San Jose and Santa Rosa Dioceses. At present, the program serves approximately 50% of the Oakland Diocesan Schools, 33% of the San Francisco Archdiocesan schools, and a total of five schools in the San Jose and Santa Rosa Dioceses. The program also serves public school groups which normally constitute approximately 25% of the total number of students served each year.

### CAMP

Originally, CYO Camp focused primarily on serving Catholic families and youth. While we continue to maintain the values of the Catholic Church, we are beginning to reach out to youth of more diverse and ecumenical backgrounds, and with the financial support the Guardsmen, we are able to serve lower income families as well as upper and middle class youth. As we walk into the future we continue to develop our faith dimension. For example, we are members of the Catholic Camping Kindred Group, individuals dedicated to youth and Catholic teaching. Consistently, we implement and alternate various programmatic events to make our camp one with innovative ideas, yet old fashioned values.

### McGUCKEN CENTER

In the future, CYO expects to expand services to include a campsite retreat facility with options to include a full to self preparation food service. Additionally, we plan to expand our outreach in the Sonoma county.

### PARISH/YOUTH MINISTRY/RETREATS

As we move into the future and into more awareness of our rich Catholic traditions, our programs are geared toward feeding the hungry souls and interior spiritual life of our youth. We are filling the void society has made and seeing our youth develop deeper relationships with themselves and God through prayer.

### ATHLETICS

CYO Athletics is primarily focused in San Francisco and Marin Counties. The Parochial School League (PPS) separated from CYO in the late 60's and manages the sports program for San Mateo Catholic Schools. In the recent Pastoral Plan, there was discussion about extending CYO to San Mateo county to involve all children of the parish in a sports league and not simply the students in the parish school.

# KEY MANAGEMENT TEAM MEMBERS

## ADMINISTRATION

| | |
|---|---|
| Executive Director: | Reverend David A. Ghiorso |
| Controller: | Terry Fuetsch, CPA |
| Director of Development: | Geraldine Dooley |

## ST. VINCENT'S

| | |
|---|---|
| Director: | Kent M. Eagleson, MPA |
| Program Manager: | Daniel Gallagher, M.Ed. |
| Clinical Director: | Annette Rankin, MFCC |

## SAN FRANCISCO BOYS' AND GIRLS' HOME

| | |
|---|---|
| Director of Residential Services: | Kent M. Eagleson, MPA |
| Program Manager: | Denise Mayfield |
| Program Manager Pre-Placement Shelter: | Cassandra Ray |

## TIMOTHY MURPHY SCHOOL

| | |
|---|---|
| Director: | William Rumford, PhD. |
| Program Manager: | Claudia Ronaldson |

## FOSTER FAMILY AGENCY

| | |
|---|---|
| Director: | Vicki Vidak-Martinez |

## CARITAS

| | |
|---|---|
| Director: | Paula M. Pardini, MPA |
| Associate Director: | Joel Dunlap |
| Assistant Director: | Mary Raia |

## CAMP

| | |
|---|---|
| Director: | Paula M. Pardini, MPA |
| Associate Director: | Phil Maggard |

## McGUCKEN CENTER

| | |
|---|---|
| Facility Director: | Steve Grant |
| Food Service Supervisor: | Ray Solomon |

## KEY MANAGEMENT TEAM MEMBERS - CONTINUED

**PARISH/YOUTH MINISTRY/RETREAT**

| | |
|---|---|
| Director: | Stewart Clark |
| Program Coordinator: | Ken Dean |
| Program Coordinator: | Debbie Waddell |

**ATHLETICS**

| | |
|---|---|
| S.F. Athletic Coordinator: | Joann Dillon |
| Marin Athletic Coordinator: | Steve Farbstein |
| Athletic Advisory Board: | |

| | |
|---|---|
| Gilbert Bagaman | John Mulkerrins |
| Linda Barnard | Marcus Palacios |
| Don Collins | Rick Robles |
| Barbara Foy | Roy Shackelford |
| Pete Franceschi | Jenifer Spinale |
| Roxanne Frye | Kate Sullivan |
| Dimitrios Isokas | Wilbur Wong |
| Maureen Moriarty | Larry Wong |
| Mike Mulkerrins | Jeff Yamaoka |

**FAMILY BASED CRISIS AND SUPPORT PROGRAM**

| | |
|---|---|
| Director: | Maryann Ryan, MFCC |
| Coordinator, Intern Training Program: | Mary Bryan, MFCC |

**MISSION DAY CARE**

| | |
|---|---|
| Program Director: | Liliana Rossi, PhD. |

**TRANSPORTATION**

| | |
|---|---|
| Director: | Martin Rea |
| Assistant Director: | Bill Avalos |