MATTHEW F. MILLER (State Bar No. 172661)
**SCHNADER HARRISON SEGAL & LEWIS LLP**
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Fax: (415) 364-6785
Email: mmiller@schnader.com

BRUCE A. McDONALD, *pro hac vice*
**SCHNADER HARRISON SEGAL & LEWIS LLP**
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 2006
Telephone: (202) 419-4235
Fax: (202) 419-3454
Email: bmcdonald@schnader.com

Attorneys for Plaintiff CATHOLIC CHARITIES CYO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CATHOLIC CHARITIES CYO**, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**MARY W. GORDON, et al.,**<br><br>Defendants. | Case No. C 07-02658 SI<br><br>**DECLARATION OF DAVID A. GHIORSO IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, David A. Ghiorso, declare as follows:

1.  I am a Roman Catholic priest and am presently the pastor of St. Charles Catholic Church parish in San Carlos, California. I served as the Associate Director of the Catholic Youth Organization ("CYO") from July 1, 1985 until December 1995, and as CYO's Executive Director from December 1995 through June 1999. I have personal knowledge of the facts stated in this declaration and would competently testify to these facts if called upon to do so.

DECLARATION OF DAVID A. GHIORSO IN SUPPORT OF PLAINTIFF'S
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.*, Case No. C 07-02658 SI

SFDATA 627009_1

2.	When I began as Associate Director in 1985, I was informed and thereafter understood that the Caritas Creek program had incorporated into CYO just like CYO's other incorporated programs such as St. Vincent's School for the Boys and CYO's Youth Directory.

3.	Shortly after assuming the role of Associate Director, I learned that, prior to acquiring Caritas Creek in 1983, it had been struggling financially and had incurred a considerable unpaid debt while renting CYO's Occidental facility. I understood that CYO's forgiveness of this debt formed part of the consideration for CYO's acquisition of Caritas Creek.

4.	At all times while I was Associate Director and later Executive Director of CYO, CYO had full fiscal, administrative and programmatic responsibility for the Caritas Creek program, just as it did for the variety of other existent CYO programs.

5.	The CYO Caritas Creek program's staff had job duties requiring them to recruit participant schools, contract with the schools, hire, train and evaluate the junior staff and to design and run the Environmental Education Program. Had the Caritas Creek staff not performed these job duties, they would have been subject to termination like any other CYO employee.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, declares under penalty of perjury that the facts set forth in this Declaration are true and correct to the best of her knowledge, information and belief.

Executed at San Carlos, California, this 31st day of July 2007.

_____
DAVID A. GHIORSO

-2-
DECLARATION OF DAVID A. GHIORSO IN SUPPORT OF PLAINTIFF'S
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.* Case No. C 07-02658 SI

SFDATA 627009_1