MATTHEW F. MILLER (State Bar No. 172661)
**SCHNADER HARRISON SEGAL & LEWIS LLP**
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Fax: (415) 364-6785
Email: mmiller@schnader.com

BRUCE A. McDONALD, *pro hac vice*
**SCHNADER HARRISON SEGAL & LEWIS LLP**
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 2006
Telephone: (202) 419-4235
Fax: (202) 419-3454
Email: bmcdonald@schnader.com

Attorneys for Plaintiff **CATHOLIC CHARITIES CYO**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CATHOLIC CHARITIES CYO**, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**MARY W. GORDON, ET AL.;**<br><br>Defendants. | Case No. C 07-02658 SI<br><br>**DECLARATION OF MICHAEL D. HARRIMAN IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Michael D. Harriman, declare as follows:

1. I am a Monsignor in the Roman Catholic Church and am presently the pastor of St. Cecilia's Catholic Church parish in San Francisco, California. From 1975 until July 1, 1985, I served as the Associate Director of the Catholic Youth Organization ("CYO") of the San Francisco Bay Area, and also the Director of the Youth Ministry of CYO. I have personal knowledge of the facts stated in this declaration and would competently testify to these facts if

DECLARATION OF MICHAEL D. HARRIMAN IN SUPPORT OF PLAINTIFF'S
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.*, Case No. C 07-02658 SI

SFDATA 627012_1

1  called upon to do so.

2      2.    In my capacity as Associate Director of CYO and Director of Youth Ministry, I oversaw all programs occurring at CYO's Occidental, California facilities. I have reviewed statements and actions attributed to me in the defendants' opposition pleading and in Paula Pardini's declaration. It is inaccurate to state that in 1979 I approached Caritas Creek inviting them to rent the CYO facility in Occidental. Rather, the Caritas Creek program approached CYO through me about the possibility of using our facility for a school year environmental education program. CYO agreed to a rental arrangement and Caritas Creek rented the facilities from 1979 until 1983.

    3.    However, the Caritas Creek program could not pay its bill and had an escalating unpaid debt to CYO. Accordingly, CYO and Caritas Creek agreed that CYO would take over ownership and operation of Caritas Creek in exchange for forgiveness of the accumulating debt.

    4.    I recall seeing the document which defendants attach as Exhibit 1 to their Answer and Counterclaims in a meeting with Paula Pardini and perhaps other Caritas Creek staff. This was a draft document and I do not know if it was ever signed. I certainly did not agree to sign this document based upon language appearing in the paragraph approximately in the middle of the page which begins "It is understood by both organizations . . ." First, it is notable that CYO and Caritas Creek were agreeing that this was a "new program," not a mere continuation of the Caritas Creek program that had existed to date. Thus, the final sentence of this paragraph reads: "Therefore, it is agreed that the new program will be known as CYO – Caritas Environmental Education program."

    5.    Second, note that the name originally proposed by Caritas Creek, per this document, was "Caritas – CYO Environmental Education program" and that name is crossed out. The name "CYO – Caritas Environmental Education program" is handwritten under the cross-out. That handwriting is either mine or was written by someone at my direction. In reviewing and discussing this document on behalf of CYO, I made clear to the Caritas Creek representatives that its program was to be under the ownership and direction of CYO and its name therefore must reflect that fact. Therefore, I directed that the name CYO must appear first

-2-

DECLARATION OF MICHAEL D. HARRIMAN IN SUPPORT OF PLAINTIFF'S
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.* Case No. C 07-02658 SI

SFDATA 627012_1

LAW OFFICES OF
SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700

as the owner of the program. This fact is further demonstrated by the first paragraph of the agreement which states that it is "concerning the ownership and operation of Caritas Creek's Environmental Education Program..."

6. I do not know if either Mike Marivich, CYO's then-Executive Director, or I was intended to be the signatory on this document. Nor do I know if, in fact, it was ever signed after redrafting.

7. I do not recall reviewing the handwritten statement regarding the Caritas Creek logo appearing on the bottom of Exhibit 1. However, it is my impression that I would have directed Caritas Creek to remove this language because it contradicts the fact that CYO was assuming ownership and operation of the Caritas Creek program including the logo.

8. After Caritas Creek became a CYO program in 1983, CYO possessed full fiscal, administrative and programmatic responsibility for its Caritas Creek Environmental Education program as it did for any of CYO's constituent programs. As such, Paula Pardini was directly responsible to Executive Director Mike Marivich, and she, along with the entire Caritas Creek staff, were salaried employees of CYO.

9. While at CYO, I neither understood nor saw any evidence that Caritas Creek maintained any separate activities or existence after its merger with CYO in September 1983.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, declares under penalty of perjury that the facts set forth in this Declaration are true and correct to the best of her knowledge, information and belief.

Executed at San Francisco, California, this 31st day of July 2007.

_____
MICHAEL D. HARRIMAN

-3-
DECLARATION OF MICHAEL D. HARRIMAN IN SUPPORT OF PLAINTIFF'S
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.* Case No. C 07-02658 SI

SFDATA 627012_1