1  MATTHEW F. MILLER (State Bar No. 172661)
   **SCHNADER HARRISON SEGAL & LEWIS LLP**
2  One Montgomery Street, Suite 2200
3  San Francisco, CA 94104-5501
   Telephone: (415) 364-6700
4  Fax: (415) 364-6785
   Email: mmiller@schnader.com
5

6  BRUCE A. McDONALD, *pro hac vice*
   **SCHNADER HARRISON SEGAL & LEWIS LLP**
7  2001 Pennsylvania Avenue, N.W., Suite 300
   Washington, D.C. 2006
8  Telephone: (202) 419-4235
9  Fax: (202) 419-3454
   Email: bmcdonald@schnader.com
10

11 Attorneys for Plaintiff **CATHOLIC CHARITIES CYO**

12                    **UNITED STATES DISTRICT COURT**

13                   **NORTHERN DISTRICT OF CALIFORNIA**

14 **CATHOLIC CHARITIES CYO**, a California )
   non-profit corporation,                  )
15                                          )   Case No. C 07-02658 SI
                                            )
16              Plaintiffs,                 )
                                            )   **DECLARATION OF COLLEEN**
17       v.                                 )   **McCARTHY IN SUPPORT OF**
                                            )   **PLAINTIFF'S REPLY MEMORANDUM**
18 **MARY W. GORDON, ET AL.**;              )   **IN SUPPORT OF MOTION FOR**
                                            )   **PRELIMINARY INJUNCTION**
19              Defendants.                 )
                                            )
20

21
22
23       I, Colleen McCarthy, declare as follows:

24       1.    I am the contracts administrator for Catholic Charities CYO ("CCCYO") and

25 have held this position since approximately 2001. I have personal knowledge of the facts stated

26 in this declaration and would competently testify to these facts if called upon to do so.

27       2.    One of my job duties is to coordinate reservations for CCCYO's Caritas Creek

28 Environmental Education Program.

---

DECLARATION OF COLLEEN McCARTHY IN SUPPORT OF PLAINTIFF'S
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.*, Case No. C 07-02658 SI

SFDATA 626957_1

3. In June of this year, I received several phone calls from representatives of Bay Area grammar schools inquiring if paperwork regarding a Caritas Creek program which they had received in the mail in fact was sent by CCCYO. I gathered from these calls that the paperwork was not sent by CCCYO and advised the individuals accordingly.

4. On Monday, July 23, 2007, I received a telephone call from an individual named Theresa. Theresa told me she was the bookkeeper for Sunol Glen School, and that she was calling to find out for which week of the upcoming school year's Caritas Creek program the Sunol Glen sixth grade class had been reserved.

5. Theresa informed me that she had mailed in her contract for enrollment in Caritas Creek in June and that her school had paid for their enrollment two to three months ago.

6. I checked to see if Sunol Glen was currently reserved for a week of CCCYO's Caritas Creek 2007-2008 programs. It was not. I told Theresa that Sunol Glen did not have a current reservation but that I could reserve a week over the phone. Theresa booked Sunol Glen for the week of April 14, 2008.

7. I gave Theresa my facsimile number in order for her to send me the school participation agreement. The school participation agreement provides CCCYO with a contract for participation in Caritas Creek and identifying information for the school name, class size, principals and attending teachers.

8. On July 24, 2007, I received a fax from Sunol Glen School, a true and correct copy of which is attached hereto as Exhibit "A." I did not review the fax until July 25, 2007, when I first noticed that Sunol Glen had sent me a "School Enrollment Contract" for an entity titled "Caritas Creek$^{sm}$ Environmental Education" located at P.O. Box 488 in Occidental, California. CCCYO's address in Occidental is P.O. Box 188.

9. On July 27, 2007, I called Theresa and left a voicemail message that the paperwork she had faxed to me on July 24, 2007 was not for CCCYO's Caritas Creek program and was that of a competing program with the same name. I advised Theresa that I had no contact information for the entity "Caritas Creek$^{sm}$ Environmental Education" as the "School Enrollment Contract" did not list any phone number or email address. I asked if she could call

-2-
DECLARATION OF COLLEEN McCARTHY IN SUPPORT OF PLAINTIFF'S
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.* Case No. C 07-02658 SI

SFDATA 626957_1

1 me with any contact information she might have for the other program.

2   10.   CCCYO has experienced a dramatic decline in enrollment in the Caritas Creek Environmental Education Program for the upcoming school year. Whereas, by late July in 2005 and 2006, CCCYO had respectively, 40 and 39 schools under contract for participation, there are presently only six schools reserved for the 2007-2008 Caritas Creek program.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, declares under penalty of perjury that the facts set forth in this Declaration are true and correct to the best of her knowledge, information and belief.

Executed at San Francisco, California, this 31st day of July 2007.

_____
COLLEEN McCARTHY

-3-
DECLARATION OF COLLEEN McCARTHY IN SUPPORT OF PLAINTIFF'S
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.* Case No. C 07-02658 SI

SFDATA 626957_1

# EXHIBIT A

Caritas Creek[sm] Environmental Education
PO Box 488, Occidental CA 95465



## School Enrollment Contract

This is a legal contract between your school and Caritas Creek[sm]. It must be signed below by someone who has the authority to bind your school to a legal contract.

Caritas Creek[sm] Environmental Education Program enrolls schools in the order their School Contracts are received. There are many variables to coordinate when scheduling, and not everyone will receive their first or second program week preference. Space is limited; therefore please complete this School Contract and all associated forms immediately, enclose the registration fee, and mail it to the above address.

After we have received your contract, Caritas Creek[sm] will send notification of your assigned program week dates to you. We will mail the Teacher's Resource Manual to you in August. The Teacher's Resource Manual contains all forms and tasks required, and explains what will happen in the Caritas Creek[sm] program. There is an Enrollment Update form in the Teacher's Resource Manual; if any information in this School Contract changes, put it on the Enrollment Update form and mail or fax it back to us at least four weeks before your program week is to begin. Fees will then be determined using the Enrollment Update form.

Fees:
The Registration Fee is $350 per class, non-refundable, and is due with the School Enrollment Contract to secure your school's place in the Caritas Creek[sm] program.
The Participation Fee for the Caritas Creek[sm] program is $310 per student. This fee is for the Caritas Creek[sm] program, including meals. A charge for student will apply to each additional teacher or school representative.

Caritas Creek[sm] provides:
- a classroom preparation visit
- a classroom follow-up visit

• Student pay =
• School pay =

Caritas Creek[sm] School Enrollment Contract rev. 05/16/07 page 1 of 3

- a five-day environmental education program with teachers and supervisors
- food and lodging from Monday dinner through Friday lunch
- recruitment of half of the cabin leaders
- training and supervision of all cabin leaders

The participating school provides:
- one teacher per class of approximately 30 students
- half the cabin leaders
- school liability insurance
- transportation to and from camp.
- See details on attached form, "What each school must provide."

School name: Sunol Glen  Grade Attending: 6th
Address: 11601 Main St  # of females: 13
Sunol CA 94586  # of males: 12
Telephone: (925) 862-2026  Fax: _____  TOTAL: 25

Principal: Ms. Barnes
Teacher: Mr. Ferrera

Parent Preview Needs:
If your school would like a parent preview to prepare your parents for the Caritas Creek℠ experience, please indicate your desired month below:
  [X] We would like a Parent Preview during the month of March
  [ ] We do not need a Parent Preview

Cancellation Policy:
The following fee structure applies to cancellations:
1. Written notice of cancellation received 30 days or less before on-site program week date: school pays 75% of Student Participation Fees estimated on this School Enrollment Contract.
2. Written notice of cancellation received 31 to 60 days or less before on-site program week date: school pays 50% of Student Participation Fees estimated on this School Enrollment Contract.

3. Written notice of cancellation received 61 to 120 days or less before on-site program week date: school pays 25% of Student Participation Fees estimated on this School Enrollment Contract.

should legal action be necessary to enforce the school's provision of this contract, the school will pay all legal costs, including all attorney fees. In addition, the school agrees to the obligation, commitment, and responsibility to fulfill all of the requirements of its participation in the Caritas Creek<sup>sm</sup> Environmental Education.

_Diane E. Everett_
Print Name—Authorized School Representative

_[signature]_
Signature of Authorized School Representative

Date: 6/7/07

_____
Print Name—Caritas Creek<sup>sm</sup> Representative

_____
Signature of Caritas Creek<sup>sm</sup> Representative

Date:_____