MATTHEW F. MILLER (State Bar No. 172661)
**SCHNADER HARRISON SEGAL & LEWIS LLP**
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Fax: (415) 364-6785
Email: mmiller@schnader.com

BRUCE A. McDONALD, *pro hac vice*
**SCHNADER HARRISON SEGAL & LEWIS LLP**
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 2006
Telephone: (202) 419-4235
Fax: (202) 419-3454
Email: bmcdonald@schnader.com

Attorneys for Plaintiff **CATHOLIC CHARITIES CYO**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**CATHOLIC CHARITIES CYO**, a California non-profit corporation,

Plaintiffs,

v.

**MARY W. GORDON, ET AL.**;

Defendants.

Case No. C 07-02658 SI

**DECLARATION OF GLENN MOTOLA, Ph.D., IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Glenn Motola, declare as follows:

1. I am the Director of Programs and Services for Catholic Charities CYO ("CCCYO") and have held this position since April 2005. I have personal knowledge of the facts stated in this declaration and would competently testify to these facts if called upon to do so.

2. I have reviewed comments attributed to me in defendants' opposition pleadings.

3. I attended the January 17, 2007 meeting at the Occidental facility attended by the

DECLARATION OF GLENN MOTOLA, Ph.D., IN SUPPORT OF PLAINTIFF'S
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.*, Case No. C 07-02658 SI

SFDATA 627013_1

1  Caritas Creek staff and other CCCYO representatives. It is inaccurate to state that I informed the
2  Caritas Creek staff that we would be dropping the "Celebration" and "serendipities" from the
3  Caritas Creek program. In fact, my memorandum to Brian Cahill regarding changes to be made
4  to the Caritas Creek program, a copy of which is attached hereto as Exhibit A, makes clear that
5  we were proposing revisions to serendipities and the format of Celebration.

6      4.   I do not believe that I advised the Caritas Creek staff that CCCYO would be
7  changing the name of the Caritas Creek program. Nor was I in any position to propose, let alone
8  make such change to a program name on behalf of CCCYO.

9      The undersigned, being hereby warned that willful false statements and the like so made
10 are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, declares under penalty
11 of perjury that the facts set forth in this Declaration are true and correct to the best of her
12 knowledge, information and belief.

13     Executed at San Francisco, California, this 31st day of July 2007.

*[signature]*
/ GLENN MOTOLA

-2-
DECLARATION OF GLENN MOTOLA, Ph.D., IN SUPPORT OF PLAINTIFF'S
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.* Case No. C 07-02658 SI

SFDATA 627013_1

# EXHIBIT A

**To:** Brian Cahill
**CC:** Leadership Team
**FROM:** Glenn Motola, Psy.D.
Director of Programs and Services

## Caritas Plan of Operation
## Jan-May 2007

**Tuesday, January 17, 2007:**
Plan to be announced and implemented including calls to schools requesting Parent Chaperones.

By **January 19, 2007:** Letter to schools regarding next season finalized

**Areas of Concern:**
1. **Cabin supervision**
2. **Hiking safety**
3. **Behavior management, Disciplinary procedures**
4. **Leadership oversight**
5. **Curriculum:**
    **Revision of unstructured sharings(serendipities)**
    **Mixing of school groups**
    **Format of Celebration**
6. **Emergency Procedure update**
7. **Review of Medication P&P**
8. **Staff utilization and staffing pattern**
9. **Staff housing/appropriateness**
10. **Nutrition/Kitchen**
    **Snack P&P**
    **Hand washing P&P**
11. **Planning for Summer Camp**

**Redesign Plan/Corrective Action**
1. **Cabin supervision**
    a. Teacher Naturalists to be offered PM stipend to sleep in the cabins.
    b. Schools encouraged to bring parent chaperones

2. **Hiking safety**
    a. Solo hikes suspended
    b. Use of Miwok side of camp suspended
    c. On trail only, "Leave no trace" philosophy implemented
    d. Discontinue hikes on eroded areas, slide areas

3. **Behavior management, Disciplinary procedures**
   a. On-sight leadership to be consulted with behavioral issues.
   b. Discontinue use of "time out/away" policy.
4. **Leadership oversight**
   a. Director of Programs and Services, Associate Director of Programs and Services, Associate Director of HR, Director of Facilities to be on-site in rotation. Camp PD to be accountable to Sr. team listed above. One of these individuals will be present on a daily basis.
5. **Curriculum:**
   a. Revision of unstructured sharings(serendipities): Sharing times are to be subject/topic driven and related to environment/nature
   b. Mixing of school groups: classes will remain grouped Together and only interact with larger group during specified events
   c. Format of Celebration: is to be shortened and And conducted in class/school groupings
5. **Emergency Procedure update**
   a. Director of Facilities to review and update the emergency procedures
6. **Review of Medication P&P**
   a. To be reviewed by the Director of Programs and Services
7. **Staff utilization and staffing pattern**
   a. Lead Teacher Naturalist to be identified and compensated
   b. Lead Activities Coordinator to be identified and compensated
   c. Lead Evening Coordinator to be identified and compensated
   d. Adults(2) to be present in each cabin
8. **Staff housing/appropriateness:**
   a. Immediately discontinue use of Wildwood area and relocate staff
10. **Nutrition/Kitchen**
    Snack P&P
    a. Have Dietitian review menu and snack schedule
    b. Hand washing P&P to be implemented immediately
11. **Planning for Summer Camp**
    a. Identify Lead staff to plan for Summer Camp