MATTHEW F. MILLER (State Bar No. 172661)
**SCHNADER HARRISON SEGAL & LEWIS LLP**
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Fax: (415) 364-6785
Email: mmiller@schnader.com

BRUCE A. McDONALD, *pro hac vice*
**SCHNADER HARRISON SEGAL & LEWIS LLP**
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 2006
Telephone: (202) 419-4235
Fax: (202) 419-3454
Email: bmcdonald@schnader.com

Attorneys for Plaintiff **CATHOLIC CHARITIES CYO**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CATHOLIC CHARITIES CYO,**<br><br>Plaintiff,<br><br>v.<br><br>**MARY W. GORDON, et al.,**<br><br>Defendants. | Case No. C 07-02658 SI<br><br>**DECLARATION OF MICHAEL J. WARD IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Michael J. Ward, declare as follows:

1. I am the Facilities Manager for the Occidental, California property of Catholic Charities CYO ("CCCYO"), 180 Howard Street, Suite 100, San Francisco, CA 94105. I have personal knowledge of the facts stated in this declaration and would competently testify to these facts if called upon to do so.

2. My responsibilities include the management and oversight of the Occidental, California facilities used by CCCYO for the conduct of environmental education and summer camp programs and located at 2136 Bohemian Highway, Occidental, CA 95465.

DECLARATION OF MICHAEL J. WARD IN SUPPORT OF PLAINTIFF'S
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.*, Case No. C 07-02658 SI

SFDATA 626959_1

3.  Monday, July 9, 2007, was the first day of one of the summer camp sessions at CCCYO. At about 1:00 p.m. that afternoon, I was leaving the camp facility in my vehicle on an errand to the local town of Freestone. At the camp entrance, I turned right onto Bohemian Highway and, on my left, about 200 yards from the camp entrance, I was surprised to see Erik Witakae, one of the defendants in this case, standing by his car in the parking lot of the Salmon Creek Middle School on the opposite side of the road. I know that it was Mr. Witakae because we have worked together for many years at both the environmental education and summer camp programs. He was wearing a yellow, long-sleeved shirt bearing the name "Caritas Creek" and logo. I could not tell what he was doing or why he was there. I believe that he saw me as I passed him.

4.  As I drove into town, I called Brian Cahill, CCCYO's executive director, to report that I had seen Mr. Witakae and to find out whether Mr. Cahill knew why Mr. Witakae might have appeared at our summer camp premises. Mr. Cahill did not know of any reason.

5.  Arriving in town, I saw my co-worker Steve Shank, who works in the facilities department, driving by in a luggage truck. I flagged him down and asked him if he would drive by the camp entrance to see if Mr. Witakae was still standing there. Mr. Shank and Mr. Witakae also have worked together for many years.

6.  A few minutes later, Mr. Shank called me and reported that he could see Mr. Witakae standing in the parking lot of the Salmon Creek Middle School. Mr. Shank said that Mr. Witakae was standing on the side of the road with a clipboard. Neither Mr. Shank nor I had any idea why Mr. Witakae might be standing near the entrance of the CCCYO summer camp holding a clipboard.

7.  At around this time, the first of several buses transporting children to their first day of camp embarked from downtown Freestone on their way to the camp site. I returned to my vehicle and followed the first bus to the camp. Again I saw Erik Witakae, this time standing on boulders on the left-hand side of the road about an eighth of a mile before camp. When the bus in front of me passed him, he shook his fist in the air and pounded on his chest, facing the bus as it went by.

-2-

DECLARATION OF MICHAEL J. WARD IN SUPPORT OF PLAINTIFF'S
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.* Case No. C 07-02658 SI

SFDATA 626959_1

8. I reported the above events to Mr. Cahill but did not communicate with Mr. Witakae. When I returned to the location where Mr. Witakae had been standing approximately 15 minutes later, he was gone.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, declares under penalty of perjury that the facts set forth in this Declaration are true and correct to the best of his knowledge, information and belief.

Executed at Occidental, California, this 31st day of July 2007.

*[Signature]*
MICHAEL J. WARD

-3-
DECLARATION OF MICHAEL J. WARD IN SUPPORT OF PLAINTIFF'S
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
*Catholic Charities CYO v. Mary M. Gordon, et al.* Case No. C 07-02658 SI

SFDATA 626959_1