# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Catholic Charities CYO,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Gordon,<br><br>　　　　　Defendant(s). | 07-02658 SI<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-02658 SI                                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4     It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: August 20, 2007

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Timothy J. Smagacz

                                        *Timothy Smagacz*
                                        _____
                                        ADR Administrative Assistant
                                        415-522-4205
                                        Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-02658 SI                                        -2-

PROOF OF SERVICE

Case Name:      Catholic Charities CYO v. Gordon

Case Number:    07-02658 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 20, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Bruce A. McDonald
> Schnader Harrison Segal & Lewis LLP
> 2001 Pennsylvania Avenue, N.W.
> Suite 300
> Washington, DC 20006
>
> Matthew F. Miller
> Schnader Harrison Segal & Lewis LLP
> One Montgomery Street
> Suite 2200
> San Francisco, CA 94104-5501
> mmiller@schnader.com
>
> Paul W. Vapnek
> Townsend & Townsend & Crew LLP
> Two Embarcadero Center
> 8th Floor
> San Francisco, CA 94111
> PWVapnek@townsend.com
>
> John E. Lord

Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
jelord@townsend.com

Judith Melanie Schvimmer
Townsend and Townsend and Crew
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
jmschvimmer@townsend.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 20, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov