**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/17/07

Case No.   C07-2658 SI            Judge:   SUSAN ILLSTON

Title: CATHOLIC CHARITIES  -v-  MARY GORDON

Attorneys: J. Schvimmer          P. Vapnek

Deputy Clerk: Tracy Sutton   Court Reporter: S. McVickar

**PROCEEDINGS**

1)   Pltfs. Motion for Preliminary Injunction - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( x ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to    @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ 3:30 p.m.  for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: