IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC CHARITIES, | No. C 07-02658 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| MARY M. GORDON, et al., | |
| Defendants. | |

On August 17, 2007, the Court heard argument on plaintiff's motion for preliminary injunction. Having considered the arguments of the parties and the papers submitted, and as indicated at oral argument, the Court DENIES plaintiff's motion for preliminary injunction.

Plaintiff argues that it fully acquired the Caritas Creek non-profit organization in 1983. On the record before the Court, however, it unclear exactly what the relationship between plaintiff and the original Caritas Creek was, and there are indications that defendants never intended to fully relinquish their right to the Caritas Creek name. Plaintiff has therefore failed to establish a likelihood of success on the merits at this time. Plaintiff has also failed to establish that the balance of hardships tips in its favor. Accordingly, plaintiff has not shown that a preliminary injunction would be appropriate, and the Court DENIES its motion. [Docket No. 4]

**IT IS SO ORDERED.**

Dated: September 4 , 2007

SUSAN ILLSTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California